EXHIBIT "4"

CURRICULUM VITAE

**Noel S. Weiss, M.D., Dr.P.H.**

Address:      University of Washington
              Department of Epidemiology, Box 357236
              Health Sciences Bldg   Rm F-263
              1959 NE Pacific Street
              Seattle, WA  98195

Phone:        206  685-1788
Fax:          206  543-8525
E-mail:       nweiss@uw.edu

Birthdate:    March 10, 1943

Education
        AB, Stanford University, Stanford CA, 1965
        MD, Stanford University, Stanford CA, 1967
        MPH, Harvard School of Public Health, Boston MA, 1969
        DrPH, Harvard School of Public Health, Boston MA, 1971
              (Epidemiology and Biostatistics)

Positions
Epidemiologist, Office of Health Statistics Analysis, National Center for Health Statistics, Rockville MD, July 1971 - July 1973
Head, Cancer Surveillance System, Program in Epidemiology and Biostatistics, Fred Hutchinson Cancer Research Center, Seattle WA, July 1973 - March 1975
Assistant Member, Fred Hutchinson Cancer Research Center, Seattle WA, January 1974 - July 1976
Associate Member, Fred Hutchinson Cancer Research Center, Seattle WA, July 1976 - June 1982
Member, Fred Hutchinson Cancer Research Center, Seattle WA, July 1982 - Present
Assistant Professor, Department of Epidemiology, School of Public Health and Community Medicine, University of Washington, Seattle WA, July 1973 - June 1976
Associate Professor, Department of Epidemiology, School of Public Health and Community Medicine, University of Washington, Seattle WA, July 1976 - June 1979
Professor, Department of Epidemiology, School of Public Health and Community Medicine, University of Washington, Seattle WA, July 1979 - Present
Chairman, Department of Epidemiology, School of Public Health and Community Medicine, University of Washington, Seattle WA, July 1984 - June 1993

Honors

Recipient, Research Career Development Award, National Cancer Institute, 1976-
80.
Recipient, Outstanding Investigator Award, National Cancer Institute, 1985-99.
Member, Institute of Medicine, 1987-present.
Recipient, Outstanding Teaching Award, University of Washington School of Public
Health and Community Medicine, 1992.
Recipient, Distinguished Graduate Mentor Award, University of Washington, 1999.
Recipient, Abraham Lilienfeld Award, American College of Epidemiology, 2007.
Recipient, Evans Award for Teaching and Mentoring, Congress of Epidemiology,
2011.

Publications

1.   Weiss NS, Mitchell GF, Miller JFAP. Proliferation and differentiation of
antigen-sensitive cells in neonatally thymectomized mice.  Nature 1967;
214:995-997.

2.   Weiss NS. Cigarette smoking and arteriosclerosis obliterans: An
epidemiologic approach.  Am J Epidemiol 1972; 95:17-25. PMID: 5007359.

3.   Weiss NS. ABO blood type and arteriosclerosis obliterans.  Am J Hum
Genet 1972; 24:65-70. PMID: 5012694.

4.   Weiss NS. The value of roentgenographic abdominal aortic calcification in
predicting sites of occlusion in arteriosclerosis obliterans.  Angiology 1972;
23:136-139. PMID: 5018613.

5.   Weiss NS. Premature menopause and aortoiliac occlusive disease.  J
Chronic Dis 1972; 25:133-138. PMID: 5029950.

6.   Weiss NS. Relationship of menopause to serum cholesterol and arterial
blood pressure: The United States Health Examination Survey of Adults.
Am J Epidemiol 1972; 96:237-241. PMID: 5074680.

7.   Weiss NS. The relationship of high blood pressure to headache, epistaxis,
and selected other symptoms: The United States Health Examination
Survey of Adults.  N Engl J Med 1972; 287:631-633. PMID: 5076458.

8.   Weiss NS. Marital status and risk factors for coronary heart disease: The
United States Health Examination Survey of Adults.  Br J Prev Soc Med
1973; 27:41-43. PMID: 4717799.

9.   Weiss NS, Green D, Krueger DE. Problems in the use of death certificates
to identify sudden unexpected infant deaths.  Health Svc Rep 1973; 88:555-
558. PMID: 4715716.

10.  Weiss NS, Hammill PVV, Drizd T:  Blood pressure levels of children 6-11 years: Relationship to age, sex, race, and socioeconomic status, United States.  Vital and Health Statistics, DHEW Pub No (HRA) 74-1617, Series 11, No 135, Washington DC, US Govt Printing Office, 1974.

11.  Weiss NS (as a member of panel of Consultants on Ambulatory Medical Records to the US National Committee on Vital and Health Statistics): Ambulatory medical care records: Uniform minimum basic data set.  Vital and Health Statistics, DHEW Pub No (HRA) 74-1453, Series 4, No 15, Washington DC, US Govt Printing Office, 1974.

12.  Stadel BV, Weiss NS. Characteristics of menopausal women: A survey of King and Pierce counties in the State of Washington, 1973-1974.  Am J Epidemiol 1975; 102:209-216. PMID: 1163526.

13.  Weiss NS. Risks and benefits of estrogen use.  N Engl Med 1975; 293:1200-1202.

14.  Weiss NS. Recent trends in violent deaths among young adults in the United States.  Am J Epidemiol 1976; 103:416-422. PMID: 1258866.

15.  Weiss NS, Szekely DR, Austin DF. Increasing incidence of endometrial cancer in the United States.  N Engl J Med 1976; 294:1259-1262. PMID: 1264151.

16.  Weiss NS, Silverman DT, Baylis PH, Myers MH. Should curative surgery be attempted in patients with cancer of the main stem bronchus?  Cancer 1976; 38:1013-1016. PMID: 974987.

17.  Weiss NS, Young JL, Roth GJ. Marital status and the incidence of ovarian cancer: The US Third National Cancer Survey, 1969-1971.  J Natl Cancer Inst 1977; 58:913-915.  PMID: 845994.

18.  Weiss NS, Silverman DT. Laterality and prognosis in ovarian cancer.  Obstet Gynecol 1977; 49:421-423. PMID: 857206.

19.  Weiss NS: Exogenous estrogens and the incidence of neoplasms in tissues of Mullerian origin.  The Origins of Human Cancer, Hiatt HH, Watson JD, Winsten JA (eds).  Cold Spring Harbor Conference on Cell Proliferation, Volume 4, 1977.

20.  Weiss NS, Homonchuk T, Young JL. Incidence of the histologic types of ovarian cancer: The US Third National Cancer Survey, 1969-1971.  Gynecol Oncol 1977; 5:161-167. PMID: 881128.

21.	Weiss NS:  Interpretation of the association between exogenous estrogens and endometrial cancer.  Proceedings of the First International Symposium on Epidemiologic Evaluation of Drugs, Colombo F, et al (eds).  Amsterdam: Elsevier/North Holland Biomedical Press, 1977.

22.	Weiss NS, Peterson AS. Racial variation in the incidence of ovarian cancer in the United States.  Am J Epidemiol 1978; 107:91-95. PMID: 623098.

23.	Weiss NS. Menopausal estrogens and abnormalities of endometrial proliferation.  Ann Intern Med 1978; 88:410-412. PMID: 629503.

24.	Weiss NS, Flannery JT. The relationship of marital status to survival from melanoma.  Cancer 1978; 42:296-298. PMID: 667801.

25.	Szekely DR, Weiss NS, Schweid AI. The incidence of endometrial cancer in King County, Washington: A standardized histologic review.  J Natl Cancer Inst 1978; 60:985-989. PMID: 642039.

26.	Weiss NS:  Menopausal estrogens and endometrial cancer.  Estrogens and Cancer, Silverberg SC, Major FJ (eds).  New York: John Wiley and Sons, 1978.

27.	Weiss NS. Assessing the risks from menopausal estrogen use:  What can we learn from trends in mortality from uterine cancer?  J Chron Dis 1978; 31:705-708. PMID: 748366.

28.	Weiss NS, Szekely DR, English DR, Schweid AI. Endometrial cancer in relation to patterns of menopausal estrogen use.  JAMA 1979; 242:261-264. PMID: 448915.

29.	Weiss NS. Geographical variation in the incidence of leukemias and lymphomas.  Natl Cancer Inst Monograph 1979; 53:139-142. PMID: 295090.

30.	Koepsell TD, Weiss NS, Thompson DJ, Martin DP. Prevalence of prior hysterectomy in the Seattle-Tacoma area.  Am J Public Health 1980; 70:40-47. PMID: 6965339.

31.	Weiss NS, Sayvetz TA. Incidence of endometrial cancer in relation to the use of oral contraceptives.  N Engl J Med 1980; 302:551-554. PMID: 7351890.

32.	Weiss NS. Epidemiology of ovarian cancer.  Biology of Ovarian Neoplasia - A Series of Workshops on the Biology of Human Cancer, Report No 11, Murphy ED, Beamer WG (eds).  Geneva:  UICC Tech Rep Series Vol 50, 1980.

33.     Cummins RO, Logerfo JP, Inui TS, Weiss NS. High-yield referral criteria for post-traumatic skull roentgenography. Response of physicians and accuracy of criteria. JAMA 1980; 244:673-676. PMID: 7392167.

34.     Weiss NS, Farewell VT, Szekely DR, English DR, Kiviat N. Oestrogens and endometrial cancer: Effect of other risk factors on the association. Maturitas 1980; 2:185-190. PMID: 7442552.

35.     Weiss NS, Ure C, Ballard JH, Williams AR, Daling JR. Decreased risk of fractures of the hip and lower forearm with postmenopausal use of estrogen. N Engl J Med 1980; 303:1195-1198. PMID: 7421945.

36.     Weiss NS:  Barriers to interpretation of international data on cancer incidence and mortality.  Cancer Epidemiology in the USA and USSR, Levin DL (ed).  NIH Pub No 80-2044, US Govt Printing Office, 1980.

37.     Weiss NS:  Endometrial cancer: Probable and possible risk factors.  Cancer Epidemiology in the USA and USSR, Levin DL (ed).  NIH Pub No 80-2044, US Govt Printing Office, 1980.

38.     Beaumont JJ, Weiss NS. Mortality of welders, shipfitters, and other metal trades workers in Boilermakers Local No 104, AFL-CIO.  Am J Epidemiol 1980; 112:775-786. PMID: 7457470.

39.     Weiss NS. Inferring causal relationships: Elaboration of the criterion of "dose-response".  Am J Epidemiol 1981; 113:487-490. PMID: 7223730.

40.     Weiss NS, Daling JR, Chow WH:  Incidence of cancer of the large bowel in women in relation to reproductive and hormonal factors.  J Natl Cancer Inst 1981; 67:57-60. PMID: 6942196.

41.     Weiss NS, Lyon JL, Liff JM, Vollmer WN, Daling JR. Incidence of ovarian cancer in relation to the use of oral contraceptives.  Int J Cancer 1981; 28:669-671. PMID: 7333700.

42.     Beaumont JJ, Weiss NS. Lung cancer among welders.  J Occup Med 1981; 23:839-844.

43.     Weiss NS:  Ovary.  Cancer Epidemiology and Prevention, Schottenfeld D, Fraumeni JF Jr (eds).  Philadelphia: WB Saunders Co., 1982.

44.     Weiss NS, Daling JR, Chow WH. Cholecystectomy and the incidence of cancer of the large bowel.  Cancer 1982; 49:1713-1715. PMID: 7066872.

45.     Chu J, Schweid AI, Weiss NS. Survival among women with endometrial cancer: A comparison of estrogen users and nonusers.  Am J Obstet Gynecol 1982; 143:569-573. PMID: 7091228.

46.   Rivara FP, Bergman AB, LoGerfo JP, Weiss NS. Epidemiology of childhood injuries. II. Sex differences in injury rates.  Am J Dis Child 1982; 136:502-506. PMID: 7091061.

47.   Weiss NS, Lyon JL, Krishnamurthy S, Dietert SE, Liff JM, Daling JR. Noncontraceptive estrogen use and the occurrence of ovarian cancer.  J Natl Cancer Inst 1982; 68:95-98. PMID: 6948131.

48.   Daling JR, Weiss NS, Klopfenstein LL, Cochran LE, Chow WH, Daifuku R. Correlates of homosexual behavior and the incidence of anal cancer. JAMA 1982; 247:1988-1990. PMID: 7062503.

49.   Harris NV, Weiss NS, Francis AM, Polissar L. Breast cancer in relation to patterns of oral contraceptive use.  Am J Epidemiol 1982; 116:643-651. PMID: 7137151.

50.   Williams AR, Weiss NS, Ure CL, Ballard JH, Daling JR. Effect of weight, smoking, and estrogen use on the risk of hip and forearm fractures in postmenopausal women. Obstet Gynecol 1982; 60:695-699. PMID: 7145267.

51.   Siscovick DS, Weiss NS, Hallstrom AP, Inui TS, Peterson DR. Physical activity and primary cardiac arrest.  JAMA 1982; 248:3113-3117. PMID: 7143686.

52.   Weiss NS, Liff JM. Accounting for the multicausal nature of disease in the design and analysis of epidemiologic studies.  Am J Epidemiol 1983; 117:14-18. PMID: 6823948.

53.   Risch HA, Weiss NS, Lyon JL, Daling JR, Liff JM. Events of reproductive life and the incidence of epithelial ovarian cancer.  Am J Epidemiol 1983; 117:128-139. PMID: 6681935.

54.   Kraemer MJ, Richardson MA, Weiss NS, Furukawa CT, Shapiro GG, Pierson WE, Bierman CW. Risk factors for persistent middle ear effusions: Otitis media, catarrh, cigarette smoke exposure, and atopy.  JAMA 1983; 249:1022-1025. PMID: 6681641.

55.   Shy KK, McTiernan AM, Daling JR, Weiss NS. Oral contraceptive use and the occurrence of pituitary prolactinoma.  JAMA 1983; 249:2204-2207. PMID: 6834618.

56.   Holly EA, Weiss NS, Liff JM. Cutaneous melanoma in relation to exogenous hormones and reproductive factors. J Natl Cancer Inst 1983; 70:827-831. PMID: 6573527.

57.    Weiss NS:  Epidemiology of carcinoma of the endometrium.  Reviews in Cancer Epidemiology, Vol. 2, Lilienfeld AM, (ed).  New York: Elsevier Science Publishing Co., 1983.

58.    Weiss NS. Control definition in case-control studies of the efficacy of screening and diagnostic testing.  Am J Epidemiol 1983; 118:457-460. PMID: 6356887.

59.    Weiss NS, Liff JM, Ure CL, Ballard JH, Abbott GH, Daling JR. Mortality in women following hip fracture. J Chron Dis 1983; 36:879-882. PMID: 6655032.

60.    Daling JR, Starzyk P, Olshan AF, Weiss NS. Birth weight and the incidence of childhood cancer.  J Natl Cancer Inst 1984; 72:1039-1041. PMID: 6585581.

61.    Newcomb PA, Weiss NS, Daling JR. Incidence of vulvar carcinoma in relation to menstrual, reproductive, and medical factors.  J Natl Cancer Inst 1984; 73:391-396. PMID: 6589430.

62.    McTiernan AM, Weiss NS, Daling JR. Incidence of thyroid cancer in women in relation to reproductive factors. Am J Epidemiol 1984; 120:423-435. PMID: 6475918.

63.    McTiernan AM, Weiss NS, Daling JR. Incidence of thyroid cancer in women in relation to radiation therapy and history of thyroid disease.  J Natl Cancer Inst 1984; 73:575-581. PMID: 6590909.

64.    Olshan AF, Shy KK, Luthy DA, Hickok D, Weiss NS, Daling JR. Cesarean birth and neonatal mortality in very low birth weight infants.  Obstet Gynecol 1984; 64:267-270. PMID: 6738960.

65.    Siscovick DS, Weiss NS, Fletcher RH, Lasky T. The incidence of primary cardiac arrest during vigorous exercise.  N Engl J Med 1984; 311:874-877. PMID: 6472399.

66.    Siscovick DS, Weiss NS, Fletcher RH, Schoenbach VJ, Wagner EH. Habitual vigorous exercise and primary cardiac arrest: Effect of other risk factors on the relationship.  J Chron Dis 1984; 37:625-632. PMID: 6746852.

67.    Daling JR, Chu J, Weiss NS, Emel L, Tamimi HK. The association of condylomata acuminata and squamous carcinoma of the vulva.  Br J Cancer 1984; 50:533-535. PMID: 6487520.

68.    Weiss NS:  Epidemiology of endometrial cancer: A review of hormonal and non-hormonal risk factors.  Contemporary Issues in Clinical Oncology: Volume 2, Gynecologic Cancer, Forastiere AA, (ed).  New York: Churchill Livingstone, 1984.

69.    Weiss NS, Daling JR, Chow WH. Control definition in case-control studies of ectopic pregnancy.  Am J Public Health 1985; 75:67-68. PMID: 3966602.

70.    Daling JR, Chow WH, Weiss NS, Metch BJ, Soderstrom R. Ectopic pregnancy in relation to previous induced abortion.  JAMA 1985; 253:1005-1008. PMID: 3968823.

71.    Daling JR, Weiss NS, Metch BJ, Chow WH, Soderstrom RM, Moore DE, Spadoni LR, Stadel BV. Primary tubal infertility in relation to the use of an intrauterine device.  N Engl J Med 1985; 312:937-941. PMID: 3974683.

72.    Brender JD, Weiss NS, Koepsell TD, Marcuse EK. Fiber intake and childhood appendicitis.  Am J Public Health 1985; 75:399-400. PMID: 2983577.

73.    Brender JD, Marcuse EK, Weiss NS, Koepsell TD. Is childhood appendicitis familial?  Am J Dis Child 1985; 139:338-340. PMID: 3976622.

74.    Daling JR, Weiss NS, Voigt L, Spadoni LR, Soderstrom R, Moore DE, Stadel BV. Tubal infertility in relation to prior induced abortion.  Fertil Steril 1985; 43:389-394. PMID: 3979576.

75.    Weiss NS. Can not smoking be hazardous to your health?  N Engl J Med 1985; 313:632-633. PMID: 4022049.

76.    Chow WH, Daling JR, Weiss NS, Moore DE, Soderstrom R. Vaginal douching as a potential risk factor for tubal ectopic pregnancy.  Am J Obstet Gynecol 1985; 153:727-729. PMID: 4073134.

77.    McTiernan A, Weiss NS, Daling JR. Bias resulting from using the card-back system to contact patients in an epidemiologic study.  Am J Public Health 1986; 76:71-73. PMID: 3940457.

78.    Daling JR, Sherman KJ, Weiss NS. Risk factors for condyloma acuminatum in women. Sex Transm Dis 1986; 13:16-18. PMID: 3952595.

79.    Siscovick DS, Weiss NS, Fox N. Moderate alcohol consumption and primary cardiac arrest.  Am J Epidemiol 1986; 123:499-503. PMID: 3946396.

80.    Weiss NS:  Clinical Epidemiology: The Study of the Outcome of Illness. Vol. 11, Monographs in Epidemiology and Biostatistics.  New York: Oxford University Press, 1986.

81.    Harlow BL, Weiss NS, Lofton S. The epidemiology of sarcomas of the uterus.  J Natl Cancer Inst 1986; 76:399-402. PMID: 3456457.

82.    Harris NV, Weiss NS, Nolan CM. The role of poultry and meats in the etiology of Campylobacter jejuni/coli enteritis.  Am J Public Health 1986; 76:407-411. PMID: 3953917.

83.    Chow WH, Daling JR, Weiss NS, Moore DE, Soderstrom RM, Metch BJ. IUD use and subsequent tubal ectopic pregnancy.  Am J Public Health 1986; 76:536-539. PMID: 3963281.

84.    Morris PD, Koepsell TD, Daling JR, Taylor JW, Lyon JL, Swanson GM, Child M, Weiss NS. Toxic substance exposure and multiple myeloma: A case-control study.  J Natl Cancer Inst 1986; 76:987-994. PMID: 3458965.

85.    Olshan AF, Breslow NE, Daling JR, Weiss NS, Leviton A. Childhood brain tumors and paternal occupation in the aerospace industry.  J Natl Cancer Inst 1986;77:17-19. PMID: 3459911.

86.    Alderman BW, Weiss NS, Daling JR, Ure CL, Ballard JH. Reproductive history and postmenopausal risk of hip and forearm fracture.  Am J Epidemiol 1986;124:262-267. PMID: 3728442.

87.    Harris NV, Weiss NS, Thompson D, Kimball T, Martin DC, Nolan CM. The role of foods in the etiology of Campylobacter jejuni/coli enteritis and in the transmission of Campylobacter R factors.  J Anim Sci 1986; 62(Suppl. 3):93-106.

88.    Kakar F, Weiss NS, Strite SA. Thiazide use and the risk of cholecystectomy in women.  Am J Epidemiol 1986; 124:428-433. PMID: 3740043.

89.    Voigt LF, Harlow BL, Weiss NS. The influence of age at first birth and parity on ovarian cancer risk.  Am J Epidemiol 1986; 124:490-491. PMID: 3740048.

90.    McDonald JA, Weiss NS, Daling JR, Francis AM, Polissar L. Menopausal estrogen use and the risk of breast cancer.  Breast Cancer Res Treat 1986; 7:193-199. PMID: 3779117.

91.    Green BB, Daling JR, Weiss NS, Liff JM, Koepsell TD. Exercise as a risk factor for infertility with ovulatory dysfunction.  Am J Public Health 1986; 76:1432-1436. PMID: 3777292.

92.    Weiss NS, Harlow BL. Why does hysterectomy without bilateral oophorectomy influence the subsequent incidence of ovarian cancer?  Am J Epidemiol 1986; 124:856-858. PMID: 3766518.

93.    Schwartz SM, Weiss NS. Increased incidence of adenocarcinoma of the cervix in young women in the United States. Am J Epidemiol 1986; 124:1045-1047. PMID: 3776969.

94.    Mueller BA, Daling JR, Moore DE, Weiss NS, Spadoni LR, Stadel BV, Soules MR. Appendectomy and the risk of tubal infertility.  N Engl J Med 1986; 315:1506-1508. PMID: 3785307.

95.    Harris NV, Kimball T, Weiss NS, Nolan C. Dairy products, produce and other non-meat foods as possible sources of <u>Campylobacter jejuni</u> and <u>Campylobacter coli</u> enteritis.  J Food Protection 1986; 49:347-351.

96.    McTiernan A, Weiss NS, Daling JR. Incidence of thyroid cancer in women in relation to known or suspected risk factors for breast cancer.  Cancer Res 1987; 47:292-295. PMID: 3791213.

97.    Harlow BL, Weiss NS, Lofton S. Epidemiology of borderline ovarian tumors.  J Natl Cancer Inst 1987; 78:71-74. PMID: 3025504.

98.    Davis JW, Weiss NS, Armstrong BK. Second cancers in patients with chronic lymphocytic leukemia.  J Natl Cancer Inst 1987; 78:91-94. PMID: 3467132.

99.    Sherman KJ, Daling JR, Weiss NS. Sexually transmitted diseases and tubal infertility.  Sex Transm Dis 1987;14:12-16. PMID: 3563829.

100.   Weiss NS, Yang C-P:  Incidence of histologic types of cancer of the small intestine.  J Natl Cancer Inst 1987; 78:653-656. PMID: 3470541.

101.   Mueller BA, Daling JR, Weiss NS, Moore DE, Spadoni LR, Soderstrom RM: Tubal pregnancy and the risk of subsequent infertility.  Obstet Gynecol 1987; 69:722-726. PMID: 3574799.

102.   Schwartz SM, Armstrong BK, Weiss NS. Seasonal variation in the incidence of cutaneous malignant melanoma: An analysis by body site and histologic type.  Am J Epidemiol 1987; 126:104-111. PMID: 3591775.

103.   Yang C-P, Chow W-H, Daling JR, Weiss NS, Moore DE. Does prior infertility increase the risk of tubal pregnancy?  Fertil Steril 1987; 48:62-66. PMID: 3595915.

104.   Daling JR, Weiss NS, Hislop TG, Maden C, Coates RJ, Sherman KJ, Ashley RL, Beagrie M, Ryan JA, Corey L. Sexual practices, sexually transmitted diseases, and the incidence of anal cancer.  N Engl J Med 1987; 317:973-977. PMID: 2821396.

105.   Koepsell TD, Daling JR, Weiss NS, Taylor JW, Olshan AF, Lyon JL, Swanson GM, Child M. Antigenic stimulation and the occurrence of multiple myeloma.  Am J Epidemiol 1987; 126:1051-1062. PMID: 3687917.

106.    Daling JR, Mueller BA, Weiss NS, Moore DE, Spadoni LR, Soderstrom RM, Stadel BV. Postcoital test abnormalities in relation to contraceptive use.  Int J Fertil 1987; 32:436-441. PMID: 2891630.

107.    Daling JR, Weiss NS, Spadoni L, Moore DE, Voigt L. Cigarette smoking and primary tubal infertility.  In:  Smoking and Reproductive Health, PSG Publishing Co., 1987.

108.    Sherman KJ, Chow W-H, Daling JR, Weiss NS. Sexually transmitted diseases and the risk of tubal pregnancy. J Reprod Med 1988; 33:30-34. PMID: 3351804.

109.    Chow W-H, Daling JR, Weiss NS, Voigt LF. Maternal cigarette smoking and tubal pregnancy. Obstet Gynecol 1988; 71:167-170. PMID: 3336551.

110.    Schwartz SM, Weiss NS. Place of birth and incidence of ocular melanoma in the United States.  Int J Cancer 1988; 41:174-177. PMID: 3196415.

111.    Strader CH, Weiss NS, Daling JR, Karagas MR, McKnight B. Cryptorchism, orchiopexy, and the risk of testicular cancer.  Am J Epidemiol 1988; 127:1013-1018. PMID: 2895979.

112.    Kakar F, Weiss NS, Strite SA. Non-contraceptive estrogen use and the risk of gallstone disease in women.  Am J Public Health 1988; 78:564-566. PMID: 3354741.

113.    Sherman KJ, Daling JR, Chu J, McKnight B, Weiss NS. Multiple primary tumours in women with vulvar neoplasms: A case-control study.  Br J Cancer 1988; 57:423-427. PMID: 3390379.

114.    Strader CH, Weiss NS, Daling JR. Vasectomy and the incidence of testicular cancer.  Am J Epidemiol 1988; 128:56-63. PMID: 2837898.

115.    Wicklund KG, Daling JR, Allard J, Weiss NS. Respiratory cancer among orchardists in Washington State, 1968 to 1980.  J Occup Med 1988; 30:561-564. PMID: 3397782.

116.    Weiss NS, Heckbert SR. Patients as their own controls in studies of therapeutic efficacy: Can we trust the results of non-randomized trials?  J Gen Intern Med 1988; 3:381-383. PMID: 3404300.

117.    Risch HA, Weiss NS, Clarke EA, Miller AB. Risk factors for spontaneous abortion and its recurrence.  Am J Epidemiol 1988; 128:420-430. PMID: 3273482.

118.    Weiss NS. Measuring the separate effects of low parity and its antecedents on the incidence of ovarian cancer.  Am J Epidemiol 1988; 128:451-455. PMID: 3046337.

119.    Coates RJ, Weiss NS, Daling JR, Morris JS, Labbe RF. Serum levels of
        selenium and retinol and the subsequent risk of cancer.  Am J Epidemiol
        1988; 128:515-523. PMID: 3046338.

120.    Harlow BL, Weiss NS, Roth GJ, Chu J, Daling JR. Case-control study of
        borderline ovarian tumors: Reproductive history and exposure to exogenous
        female hormones.  Cancer Res 1988; 48:5849-5852. PMID: 3167840.

121.    Strogatz DS, Siscovick DS, Weiss NS, Rennert G. Wife's level of education
        and husband's risk of primary cardiac arrest.  Am J Public Health 1988;
        78:1491-1493. PMID: 3177731.

122.    Schwartz SM, Weiss NS. Absence of seasonal variation in the diagnosis of
        melanoma of the eye in the United States.  Br J Cancer 1988; 58:402-404.
        PMID: 3179195.

123.    Schwartz DA, Vaughan TL, Heyer NJ, Koepsell TD, Lyon JL, Swanson GM,
        Weiss NS. B cell neoplasms and occupational asbestos exposure.  Am J Ind
        Med 1988; 14:661-671. PMID: 3232686.

124.    Green BB, Weiss NS, Daling JR. Risk of ovulatory infertility in relation to
        body weight.  Fert Steril 1988; 50:721-726. PMID: 3181484

125.    Karagas MR, Weiss NS, Strader CH, Daling JR. Elevated intrascrotal
        temperature and the incidence of testicular cancer in noncryptorchid men.
        Am J Epidemiol 1989;129: 1104-1109. PMID: 2543215. PMID: 2543215.

126.    Farrow DC, Weiss NS, Lyon JL, Daling JR. Association of obesity and
        ovarian cancer in a case-control study.  Am J Epidemiol 1989;129:1300-
        1304. PMID: 2729264.

127.    Beckmann AM, Daling JR, Sherman KJ, Maden C, Miller BA, Coates RJ,
        Kiviat NB, Myerson D, Weiss NS, Hislop TG, Beagrie M, McDougall JK.
        Human papillomavirus infection and anal cancer.  Int J Cancer 1989;
        43:1042-1049. PMID: 2543642.

128.    Williams AR, Weiss NS, Koepsell TD, Lyon JL, Swanson GM. Infectious and
        noninfectious exposures in the etiology of light chain myeloma: A case-
        control study.  Cancer Res 1989; 49:4038-4041. PMID: 2660985.

129.    Harlow BL, Weiss NS:  A case-control study of borderline ovarian tumors:
        The influence of perineal exposure to talc.  Am J Epidemiol 1989; 130:390-
        394. PMID: 2750733.

130.    Holt VL, Daling JR, Voigt LF, McKnight B, Stergachis A, Chu J, Weiss NS.
        Induced abortion and the risk of subsequent ectopic pregnancy.  Am J
        Public Health 1989; 79:1234-1238. PMID: 2764199.

131.  Coates RJ, Weiss NS, Daling JR, Rettner RL, Warnick GR. Cancer risk in relation to serum copper levels. Cancer Res 1989; 49:4353-4356. PMID: 2743325.

132.  Voigt LF and Weiss NS.  Epidemiology of endometrial cancer.  In: Endometrial Cancer, Surwit E and Alberts D (eds.).  Boston: Kluew Academic Publishers, 1989.

133.  Weiss NS. Complementary role of specialized and multipurpose databases in assessing the safety of prescription drugs.  J Clin Res Drug Development 1989; 3:185-190.

134.  Van Den Eeden SK and Weiss NS. Is testicular cancer incidence in blacks increasing?  Am J Public Health 1989; 79:1553-1554. PMID: 2817171.

135.  Rosenblatt KA, Weiss NS, Schwartz SM.  Incidence of malignant fallopian tube tumors.  Gynecol Oncol 1989; 35:236-239. PMID: 2807017.

136.  Yang CP, Gallagher RP, Weiss NS, Band PR, Thomas DB, Russell DA. Differences in incidence rates of cancers of the respiratory tract by anatomic subsite and histologic type: An etiologic implication.  J Natl Cancer Inst 1989; 81:1829-1831. PMID: 2585530.

137.  Malone KE, Koepsell TD, Daling JR, Weiss NS, Morris PD, Taylor JW, Swanson GM, Lyon JL. Chronic lymphocytic leukemia in relation to chemical exposures. Am J Epidemiol 1989; 130:1152-1158. PMID: 2589308.

138.  Webster LA, Weiss NS, and the Cancer and Steroid Hormone Study Group. Alcoholic beverage consumption and the risk of endometrial cancer.  Int J Epidemiol 1989; 18:786-91. PMID: 2695474.

139.  Weiss NS. Scientific standards in epidemiologic studies.  Epidemiology 1990; 1:85-86. PMID: 2081248.

140.  Siscovick DS, Strogatz DS, Weiss NS, Rennert G. Retirement and primary cardiac arrest in males. Am J Public Health 1990; 80:207-208. PMID: 2297069.

141.  Schwartz SM, Weiss NS. Marital status and the incidence of sarcomas of the uterus.  Cancer Res 1990; 50:1886-1889. PMID: 2306740.

142.  Friedman JB, Weiss NS. Second thoughts about second-look laparotomy in advanced ovarian cancer.  N Engl J Med 1990; 322:1079-1082. PMID: 2320070.

143.   Verreault R, Weiss NS, Hollenbach KA, Strader CH, Daling JR: Use of electric blankets and risk of testicular cancer. Am J Epidemiol 1990; 131:759-762. PMID: 2321619.

144.   Stevens NG, Liff JM, Weiss NS. Plantar melanoma: Is the incidence of melanoma of the sole of the foot really higher in blacks than whites? Int J Cancer 1990; 45:691-693. PMID: 2323847.

145.   Ni H, Daling JR, Chu J, Stergachis A, Voigt LF, Weiss NS. Previous abdominal surgery and tubal pregnancy. Obstet Gynecol 1990; 75:919-922. PMID: 2342736.

146.   Mueller BA, Daling JR, Weiss NS, Moore DE. Recreational drug use and the risk of primary infertility. Epidemiology 1990; 1:195-200. PMID: 2081252.

147.   Daling JR, Weiss NS. Are barrier methods protective against cervical cancer? Epidemiology 1990; 1:261-262. PMID: 2083301.

148.   Li D-K, Daling JR, Stergachis AS, Chu J, Weiss NS: Prior condom use and the risk of tubal pregnancy. Am J Public Health 1990; 80:964-966. PMID: 2368859.

149.   Weiss NS: Cigarette smoking and the incidence of endometrial cancer. In: Smoking and Hormone-Related Disorders, Wald N and Baron J (eds). New York: Oxford University Press, 1990.

150.   Harlow BL, Weiss NS, Holmes EH. Plasma a-L-fucosidase activity and the risk of borderline epithelial ovarian tumors. Cancer Res 1990; 50:4702-4703. PMID: 2164446.

151.   Mueller BA, Rivara FP, Lii S-M, and Weiss NS. Environmental factors and the risk for childhood pedestrian-motor vehicle collision occurrence. Am J Epidemiol 1990; 132:550-560. PMID: 2389759.

152.   Sherman KJ, Daling JR, Stergachis A, Weiss NS, Foy HM, Wang SP, Grayston JT. Sexually transmitted diseases and tubal pregnancy. Sex Transm Dis 1990;17:115-121. PMID: 2247800.

153.   Heyer N, Weiss NS, Demers P, Rosenstock L. Cohort mortality study of Seattle fire fighters 1945-1983. Am J Ind Med 1990;17:493-504. PMID: 2327416.

154.   Karagas MR, Thomas DB, Roth GJ, Johnson LK and Weiss NS. The effects of changes in health care delivery on the reported incidence of cutaneous melanoma in western Washington State. Am J Epidemiol 1991;133:58-62. PMID: 1983899.

155.   Daling JR, Weiss NS, Schwartz SM, Stergachis A, Wang S-P, Foy H, Chu J, McKnight B, Grayston JT. Vaginal douching and the risk of tubal pregnancy. Epidemiology 1991; 2:40-48. PMID: 2021665.

156.   Stergachis A, Scholes D, Daling JR, Weiss NS, Chu J. Maternal cigarette smoking and the risk of tubal pregnancy. Am J Epidemiol 1991; 133:332-337. PMID: 1822668.

157.   Newcomb PA, Weiss NS, Storer BE, Scholes D, Young BE, Voigt LF: Breast self-examination in relation to the occurrence of advanced breast cancer. J Natl Cancer Inst 1991; 83:260-265. PMID: 1994055.

158.   Weiss NS. Oxygen and retrolental fibroplasia: Did epidemiology help or hinder?  Epidemiology 1991; 2:60. PMID: 2021668.

159.   Van Den Eeden SK, Weiss NS, Strader CH, Daling JR. Occupation and the occurrence of testicular cancer.  Am J Ind Med 1991; 19:327-337. PMID: 1848964.

160.   Weiss NS. Epidemiologic studies of diseases in which a necessary cause is known.  Epidemiology 1991; 2:153-154. PMID: 1932315.

161.   Holt V, Chu J, Daling JR, Stergachis AS, Weiss NS. Tubal sterilization and subsequent ectopic pregnancy. JAMA 1991; 266:242-246. PMID: 2056626.

162.   Thom DH, Wang S-P, Grayston JT, Siscovick DS, Stewart DK, Kronmal RA, Weiss NS:  Chlamydia pneumoniae strain TWAR antibody and angiographically demonstrated coronary artery disease.  Arteriosclerosis Thrombosis 1991; 11:547-551. PMID: 2029495.

163.   Voigt LF, Weiss NS, Chu J, Daling JR, McKnight B, van Belle G. Progestagen supplementation of exogenous oestrogens and risk of endometrial cancer.  Lancet 1991; 338:274-277. PMID: 1677110.

164.   Rosenblatt KA, Koepsell TD, Daling JR, Lyon JL, Swanson GM, Greenberg RS, Weiss NS. Antigenic stimulation and the occurrence of chronic lymphocytic leukemia.  Am J Epidemiol 1991; 134:22-28. PMID: 1853857.

165.   Sherman KJ, Daling JR, Chu J, Weiss NS, Ashley RL, Corey L. Genital warts, other sexually transmitted diseases, and vulvar cancer.  Epidemiol 1991; 2:257-262. PMID: 1655066.

166.   Irwin KL, Weiss NS, Lee NC, Peterson HB. Tubal sterilization, hysterectomy, and the subsequent occurrence of epithelial ovarian cancer.  Am J Epidemiol 1991; 134:362-369. PMID: 1877597.

167.    Holt VL, Daling JR, Stergachis A, Voigt LF, Weiss NS. Results and effect of refusal recontact in a case-control study of ectopic pregnancy. Epidemiology 1991; 2:375-379. PMID: 1742389.

168.    Schwartz SM, Weiss NS, Daling JR, Newcomb PA, Liff JM, Gammon MD, Thompson WD, Watt JD, Armstrong BK, Weyer P, Isaacson P, Ek M. Incidence of histologic types of uterine sarcoma in relation to menstrual and reproductive history.  Int J Cancer; 1991; 49:362-367. PMID: 1917134.

169.    Celum CL, Coombs RW, Lafferty W, Inui TS, Louie PH, Gates CA, McCreedy BJ, Egan R, Grove T, Alexander S, Koepsell TD, Weiss NS, Fisher L, Corey L, Holmes KK. Indeterminate human immunodeficiency virus type 1 western blots: Seroconversion risk, specificity of supplement tests, and an algorithm for evaluation.  J Infect Dis 1991; 164:656-664. PMID: 1894929.

170.    Cheney CL, Weiss NS, Fisher LD, Sanders JE, Davis S, Worthington-Roberts B. Oral protein intake and the risk of acute graft-versus-host disease after allogeneic marrow transplantation. Bone Marrow Transplant 1991; 8:203-210. PMID: 1958900. PMID: 1958900.

171.    Beckmann AM, Sherman KJ, Saran L, Weiss NS. Genital-type human papillomavirus infection is not associated with surface epithelial ovarian carcinoma.  Gynecol Oncol 1991; 43:247-251. PMID: 1661263.

172.    Rogers MAM, Thomas DB, Davis S, Weiss NS, Vaughan TL, Nevissi AE. A case-control study of oral cancer and pre-diagnostic concentrations of selenium, zinc in nail tissue.  Int J Cancer 1991; 48:182-188. PMID: 2019465.

173.    Sugarman JR, Gilbert TJ, Weiss NS. Prevalence of diabetes and impaired glucose tolerance among Navajo Indians.  Diabetes Care 1992; 15:114-120. PMID: 1737528.

174.    Goldoft M, Weiss NS. Incidence of male genital skin tumors: Lack of increase in the United States.  Cancer Causes Control 1992; 3:91-93. PMID: 1536920.

175.    Emerson JC, Weiss NS. Colorectal cancer and solar radiation. Cancer Causes Control 1992; 3:95-99. PMID: 1536921.

176.    Selby JV, Friedman GD, Quesenberry CP Jr, Weiss NS. A case-control study of screening sigmoidoscopy and mortality from colorectal cancer.  N Engl J Med 1992; 326:653-657. PMID: 1736103.

177.    Mueller BA, Luz-Jimenez M, Daling JR, Moore DE, McKnight B, Weiss NS: Risk factors for tubal infertility. Influence of history of prior pelvic inflammatory disease. Sex Transm Dis 1992; 19:28-34. PMID: 1561585.

178. Heckbert SR, Weiss NS, Hornung SK, Eaton DL, Motulsky AG.  Glutathione S-transferase and epoxide hydrolase activity in human leukocytes in relation to risk of lung cancer and other smoking-related cancers.  J Natl Cancer Inst 1992; 84:414-422. PMID: 1538419.

179. Daling JR, Sherman KJ, Hislop TG, Maden C, Mandelson MT, Beckman AM, Weiss NS.  Cigarette smoking and the risk of anogenital cancer.  Am J Epidemiol 1992; 135:180-189. PMID: 1311142.

180. Holt VL, Daling JR, McKnight B, Moore D, Stergachis A, Weiss NS. Functional ovarian cysts in relation to the use of monophasic and triphasic oral contraceptives.  Obstet Gynecol 1992; 79:529-533. PMID: 1553170.

181. Weiss NS:  Case-control studies of screening: A response to George Knox. Public Health 1992; 106:127-130. PMID: 1609048.

182. Weiss NS, McKnight B, Stevens NG. Approaches to the analysis of case-control studies of the efficacy of screening for cancer.  Am J Epidemiol 1992; 135:817-823. PMID: 1595681.

183. Thom DH, Grayston JT, Siscovick DS, Wang S-P, Weiss NS, Daling JR. Association of prior infection with Chlamydia pneumoniae and angiographically demonstrated coronary artery disease.  JAMA 1992; 268:68-72. PMID: 1608116.

184. Herrinton LJ, Koepsell TD, Weiss NS.  Smoking and multiple myeloma. Cancer Causes Control 1992; 3:391-392. PMID: 1617129.

185. Weiss NS, Stanford JL, Voigt LF:  Case-control studies of exogenous sex hormones in relation to breast cancer in women conducted in western Washington.  In: Hormone Replacement Therapy and Breast Cancer Risk, Mann RD (ed).  New Jersey: Parthenon, 1992.

186. Chen C, Roby PV, Weiss NS, Wilson JA, Benedetti TJ, Tait JF:  Clinical evaluation of the NBD-PC fluorescence polarization assay for prediction of fetal lung maturity.  Obstet Gynecol 1992; 80:688-692. PMID: 1407896.

187. Yang CP, Daling JR, Band PR, Gallagher RP, White E, Weiss NS: Noncontraceptive hormone use and risk of breast cancer.  Cancer Causes Control 1992; 3:475-479. PMID: 1525328.

188. Demers PA, Vaughan TL, Checkoway H, Weiss NS, Heyer NJ, Rosenstock L. Cancer identification using a tumor registry versus death certificates in occupational cohort studies in the United States.  Am J Epidemiol 1992; 136:1232-1240. PMID: 1476145.

189.   Whittemore AS, Harris R, Itnyre J, Halpern J, and the Collaborative Ovarian Cancer Group.  Characteristics relating to ovarian cancer risk: Collaborative analysis of 12 U.S. case-control studies. I. Methods.  Am J Epidemiol 1992; 136:1175-1183. PMID: 1476140.

190.   Whittemore AS, Harris R, Itnyre J, and the Collaborative Ovarian Cancer Group.  Characteristics relating to ovarian cancer risk: Collaborative analysis of 12 U.S. case-control studies. II. Invasive epithelial ovarian cancers in white women.  Am J Epidemiol 1992; 136:1183-1203. PMID: 1476141.

191.   Harris R, Whittemore AS, Itnyre J, and the Collaborative Ovarian Cancer Group.  Characteristics relating to ovarian cancer risk: Collaborative analysis of 12 U.S. case-control studies. III. Epithelial tumors of low malignant potential in white women.  Am J Epidemiol 1992; 136:1204-1211. PMID: 1476142.

192.   Whittemore AS, Harris R, Itnyre J, and the Collaborative Ovarian Cancer Group:  Characteristics relating to ovarian cancer risk: Collaborative analysis of 12 U.S. case-control studies. IV. The pathogenesis of epithelial ovarian cancer.  Am J Epidemiol 1992; 136:1212-1220. PMID: 1476143.

193.   Horn-Ross PL, Whittemore AS, Harris R, Itnyre J, Collaborative Ovarian Cancer Group. Characteristics relating to ovarian cancer risk: Collaborative analysis of 12 U.S. case-control studies. VI. Nonepithelial cancers among adults.  Epidemiology 1992; 3:490-495. PMID: 1329996.

194.   Demers PA, Vaughan TL, Koepsell TD, Lyon JL, Swanson GM, Greenberg RS, Weiss NS. A case-control study of multiple myeloma and occupation. Am J Ind Med 1992;23:629-639. PMID: 8338527.

195.   Selby JV, Friedman GD, Quesenbery CP, Weiss NS. Effect of fecal occult blood testing on mortality from colorectal cancer. A case-control study.  Ann Intern Med 1993; 118:1-6. PMID: 8416152.

196.   John EM, Whittemore AS, Harris R, Itnyre J, Collaborative Ovarian Cancer Group. Characteristics relating to ovarian cancer risk: Collaborative analysis of seven U.S. case-control studies. Epithelial ovarian cancer in Black women.  J Natl Cancer Inst 1993; 85:142-147. PMID: 8418303.

197.   Gold EB, Leviton A, Lopez R, Gilles FH, Hedley-Whyte ER, Kolonel LN, Lyon JL, Swanson GM, Weiss NS, West D, Aschernbrener C, Austin DF. Parental smoking and risk of childhood brain tumors.  Am J Epidemiol 1993; 137:620-628. PMID: 8470663.

198.   Marshall JA, Weiss NS, Hamman RF. The role of fiber in the etiology of non-insulin-dependent diabetes mellitus: The San Luis Valley Diabetes Study. Ann Epidemiol 1993; 3:18-26. PMID: 8287151.

199.    Herrinton LJ, Demers PA, Koepsell TD, Weiss NS, Daling JR, Taylor JW, Lyon JL, Swanson GM, Greenberg RS. Epidemiology of the M-component immunoglobulin types of multiple myeloma. Cancer Causes Control 1993; 4:83-92. PMID: 8481497.

200.    Rossing MA, Daling JR, Weiss NS, Voigt LF, Stergachis AS, Wang S-P, Grayston JT. Past use of intrauterine device and risk of tubal pregnancy. Epidemiology 1993; 4:245-251. PMID: 8512988.

201.    Rossing MA, Daling JR, Voigt LF, Stergachis AS, Weiss NS. Current use of intrauterine device and risk of tubal pregnancy. Epidemiology 1993; 4:252-258. PMID: 8512989.

202.    Nazar-Stewart V, Motulsky AG, Eaton DL, White E, Hornung SK, Leng Z-T, Stapleton P, Weiss NS: The glutathione S-transferase mu polymorphism as a marker for susceptibility to lung carcinoma. Cancer Res 1993; 53:2313-2318. PMID: 8485718.

203.    Shmulewitz EY, Weiss NS, Schwartz SM. Cutaneous melanoma following cervical intra-epithelial neoplasia in western Washington State. Cancer Causes Control 1993; 4:225-228. PMID: 8318639.

204.    Psaty BM, Heckbert SR, Atkins D, Siscovick DS, Koepsell TD, Wahl PW, Longstreth WT Jr, Weiss NS, Wagner EH, Prentice R, Furberg CD. A review of the association of estrogens and progestins with cardiovascular disease in postmenopausal women. Arch Intern Med 1993;153:1421-1427. PMID: 8512434.

205.    Herrinton LJ and Weiss NS. Postmenopausal unopposed estrogens - Characteristics of use in relation to the risk of endometrial carcinoma. Ann Epidemiol 1993;3:308-318. PMID: 8275205.

206.    Weiss NS and White E. Oral contraceptives and malignant melanoma. Cancer Causes Control 1993;4:395-397. PMID: 8347789.

207.    Malone KE, Daling JR, Weiss NS. Oral contraceptives in relation to breast cancer. Epidemiologic Reviews 1993;15:80-97. PMID: 8405215.

208.    Herrinton LJ and Weiss NS. Incidence of Waldenström's macroglobulinemia. Blood 1993;82:3148-3150. PMID: 8219203.

209.    Scholes D, Daling JR, Stergachis AS, Weiss NS, Wang SP, Grayston JT. Vaginal douching and risk of pelvic inflammatory disease. Obstetrics & Gynecology 1993;81:601-603. PMID: 8459976.

210.    Yang CP, Weiss NS, Band PR, Gallagher RP, White E, Daling JR. History of lactation and breast cancer risk. Am J Epidemiol 1993;138:1050-1056. PMID: 8266907.

211.    Weiss NS.  Complex mixtures and indoor air pollution: overview of epidemiologic methods.  Environ Health Perspect 1993;101(Suppl 4):179-181. PMID: 8206026.

212.    Weiss NS.  Should we consider a subject's knowledge of the etiologic hypothesis in the analysis of case-control studies?  Am J Epidemiol 1994;139:247-249. PMID: 8116599.

213.    Zhu K, Weiss NS, Schwartz SM, Daling JR.  Assessing the relationship between marital status and cancer incidence:  methodologic considerations. Cancer Causes Control 1994;5:83-87. PMID: 8123781.

214.    Gold EB, Leviton A, Lopez R, Austin DF, Gilles FH, Hedley-Whyte T, Kolonel LN, Lyon FJ, Swanson GM, Weiss NS, West DW, Aschenbrener C. The role of family history in risk of childhood brain tumors.  Cancer 1994; 73:1302-11. PMID: 8313335.

215.    Demers PA, Checkoway H, Vaughan TL, Weiss NS, Heyer NJ, Rosenstock L. Cancer incidence among firefighters in Seattle and Tacoma, Washington (United States).  Cancer Causes Control 1994:5:129-135. PMID: 8167259.

216.    White E, Malone KE, Weiss NS, Daling JR.  Breast cancer among young U.S. women in relation to oral contraceptive use.  J Natl Cancer Inst 1994; 86:505-514. PMID: 8133534.

217.    Weiss NS.  Application of the case-control method in the evaluation of screening.  Epidemiol Rev 1994; 16:102-108. PMID: 7925719.

218.    Voigt LF, Deng Q, Weiss NS.  Recency, duration, and progestin content of oral contraceptives in relation to the incidence of endometrial cancer (Washington, USA). Cancer Causes Control 1994; 5:227-233. PMID: 8061170.

219.    Herrinton LJ, Weiss NS, Koepsell TD, Daling JR, Taylor JW, Lyon JL, Swanson GM, Greenberg RS.  Exposure to hair-coloring products and the risk of multiple myeloma.  Am J Public Health 1994; 84:1142-1144. PMID: 8017540.

220.    Holt VL, Daling JR, McKnight B, Moore DE, Stergachis A, Weiss NS. Cigarette smoking and functional ovarian cysts.  Am J Epidemiol 1994; 139:781-786. PMID: 8178791.

221.    Cummings P, Stanford JL, Daling JR, Weiss NS, McKnight B. Risk of breast cancer in relation to the interval since last full term pregnancy.  BMJ 1994; 308:1672-4. PMID: 8025460.

222.   Jacobs EJ, White E, Weiss NS. Exogenous hormones, reproductive history, and colon cancer. Cancer Causes Control 1994;5:359-366. PMID: 8080948.

223.   Herrinton LJ, Stanford JL, Schwartz SM, Weiss NS. Ovarian cancer incidence among Asian migrants to the United States and their descendants. JNCI 1994;86:1336-1339. PMID: 8064892.

224.   Rossing MA, Daling JR, Weiss NS, Moore DE, Self SG. Ovarian tumors in a cohort of infertile women.  New Engl J Med 1994;331:771-776. PMID: 8065405.

225.   Daling JR, Malone KE, Voigt LF, White E, Weiss NS. Risk of breast cancer among young women: Relationship to induced abortion.  JNCI 1994;86:1584-1592. PMID: 7932822.

226.   Muhlemann K, Cook LS, Weiss NS. The incidence of hepatocellular carcinoma in US white women with breast cancer after the introduction of tamoxifen in 1977.  Breast Cancer Research and Treatment 1994;30:201-204. PMID: 7949218.

227.   Hartge P, Whittemore AS, Itnyre J, McGowan L, Cramer D, and the Collaborative Ovarian Cancer Group. Rates and risks of ovarian cancer in subgroups of white women in the United States.  Obstetrics & Gynecology 1994;84:760-764. PMID: 7936508.

228.   Weinmann S, Glass AG, Weiss NS, Psaty BM, Siscovick DS, White E. Use of diuretics and other antihypertensive medications in relation to the risk of renal cell cancer.  Am J Epidemiol 1994;140:792-804. PMID: 7977290.

229.   Buskin SE, Gale JL, Weiss NS, Nolan CM. Tuberculosis risk factors in adults in King County, Washington, 1988 through 1990.  Am J Public Health 1994;84:1750-1756. PMID: 7977912.

230.   Buskin SE, Gale JL, Weiss NS, Nolan CM. Tuberculosis in relation to a history of peptic ulcer disease and treatment of gastric hyperacidity.  Am J Epidemiol 1995;141:218-24. PMID: 7840095.

231.   Weiss NS.  Dr. Weiss replies: Analytic approaches for dealing with possible recall bias in case-control studies?  Am J Epidemiol 1995;141:299.

232.   Herrinton LJ, Weiss NS, Olshan AF.  The epidemiology of myeloma.  In Myeloma, Malpus JS, Bergsagel DE, Kyle RA (eds).  Oxford University Press, 1995.

233.   Piehler JM, Blackstone EH, Bailey KR, Sullivan ME, Pluth JR, Weiss NS, Broookmeyer RS, Chandler JG.  Reoperation on prosthetic heart values. Patient-specific estimates of in-hospital events. J Thorac Cardiovasc Surg 1995;109:30-48. PMID: 7815806.

234. Habel JA, Stanford JL, Vaughan TL, Rossing MA, Voight LF, Weiss NS, Daling JR: Occupation and breast cancer risk in middle-aged women. JOEM 1995;37:349-356. PMID: 7796203.

235. Herrinton LJ, Weiss NS, Beresford SAA, Stanford JL, Wolfla DM, Feng Z, Scott CR: Lactose and galactose intake and metabolism in relation to the risk of epithelial ovarian cancer. Am J Epidemiol 1995;141:407-16. PMID: 7879785.

236. Stanford JL, Herrinton LJ, Schwartz SM, Weiss NS. Breast cancer incidence in Asian migrants to the United States and their descendants. Epidemiol 1995;6:181-183. PMID: 7742407.

237. Li D, Daling JR, Mueller BA, Hickok DR, Fantel AG, Weiss NS. Periconceptional multivitamin use in relation to the risk of congenital urinary tract anomalies. Epidemiol 1995;6:212-218. PMID: 7619925.

238. Weiss NS. Cancer in relation to occupational exposure to perchloroethylene. Cancer Causes Control 1995, 6, 257-266. PMID: 7612805.

239. Stanford JL, Weiss NS, Voigt LF, Daling JR, Habel LA, Rossing MA. Combined estrogen and progestin hormone replacement therapy in relation to risk of breast cancer in middle-aged women. JAMA 1995;274:137-142. PMID: 7596001.

240. Lazovich D, Weiss NS, Stevens NG, White E, McKnight B, Wagner EH. A case-control study to evaluate efficacy of screening for faecal occult blood. J Med Screening 1995;2:84-9. PMID: 7497161.

241. Carozza SE, Olshan AF, Faustman EM, Gula MJ, Kolonel LN, Austin DF, West ED, Weiss NS, Swanson GM, Lyon JL, Hedley-Whyte T, Gilles FH, Aschenbrener C, Leviton A. Maternal exposure to N-nitrosatable drugs as a risk factor for childhood brain tumors. Int J Epidemiol 1995;24:308-312. PMID: 7635590.

242. Psaty BM, Heckbert SR, Koepsell TD, Siscovick DS, Raghunathan TE, Weiss NS, Rosendaal FR, Lemaitre RN, Smith NL, Wahl PW, Wagner EH, Furberg CD: The risk of myocardial infarction associated with antihypertensive drug therapies. JAMA 1995;274:620-625. PMID: 7637142.

243. Rossing MA, Schwartz SM, Weiss NS. Thyroid cancer incidence in Asian migrants to the United States and their descendants. Cancer Causes Control 1995;6:439-444. PMID: 8547542.

244.   Cook LS, Weiss NS, Schwartz SM, White E, McKnight B, Moore DE, Daling JR: Population-based study of tamoxifen therapy and subsequent ovarian, endometrial, and breast cancers.  J Natl Cancer Inst 1995;87:1359-64. PMID: 7658496.

245.   Herrinton LJ, Selby JV, Friedman GD, Quesenberry CP, and Weiss NS. Case-control study of digital-rectal screening in relation to mortality from cancer of the distal rectum.  Am J Epidemiol 1995;142:961-4. PMID: 7572977.

246.   Weiss NS. Third-generation oral contraceptives: how risky?  Lancet 1995;346:1570. PMID: 7500743.

247.   Friedman GD, Hiatt RA, Quesenberry CP, Selby JV, Weiss NS. Problems in assessing screening experience in observational studies of screening efficacy: example of urinalysis screening for bladder cancer. J Med Screening 1995;2:219-223. PMID: 8719152.

248.   Spertus JA, Weiss NS, Every NR, Weaver WD.  The influence of clinical risk factors on the use of angiography and revascularization after acute myocardial infarction.  Arch Intern Med., 1995; 155:2309-16. PMID: 7487255.

249.   Weiss NS.  Selection bias in case-control studies of severe varicella infection.  Pediatrics 1995;96:170-1. PMID: 7596714.

250.   Koessel SL, Theis MK, Vaughan TL, Koepsell TD, Weiss NS, Greenberg RS, and Swanson GM.  Socioeconomic status and the incidence of multiple myeloma.  Epidemiology 1996;7:4-8. PMID: 8664400.

251.   Weiss NS.  Ambiguities in the IARC criteria for evaluation of carcinogenic risks to humans, and a recommendation.  Epidemiology 1996;7:105-6. PMID: 8664389.

252.   Weiss NS, Beresford SAA, Stanford JL, Voigt LF.  Postmenopausal estrogen-progestogen therapy in relation to cancers of the endometrium and breast, Hormonal Carcinogenesis II. JJ Li, SA Li, J-A Gustafsson, S Nandi, L Sekely, Eds. Springer, New York, 1996;287-94.

253.   Daling JR, Malone KE, Voigt LF, White E, Weiss NS.  Risk of breast cancer associated with induced abortion.  Hormonal Carcinogenesis II. JJ Li, SA Li, J-A Gustafsson, S Nandi, L Sekely, Eds. Springer, New York, 1996;334-39.

254.   Rossing MA, Daling JR, Weiss NS, Moore DE, Self SG. In situ and invasive cervical carcinoma in a cohort of infertile women.  Fertil Steril 1996;65:19-22. PMID: 8557140.

255. Schwartz SM, Weiss NS, Daling JR, Gammon MD, Liff JM, Watt J, Lynch CF, Newcomb PA, Armstrong BK, Thompson WD. Exogenous sex hormone use, correlates of endogenous hormone levels, and the incidence of histologic types of sarcoma of the uterus. Cancer 1996; 77:717-24. PMID: 8616764.

256. Rossing MA, Daling JR, Weiss NS, Moore DE, Self SG. Risk of breast cancer in a cohort of infertile women. Gynecol Oncol 1996;60;3-7. PMID: 8557223.

257. Weiss NS. Cancer in relation to occupational exposure to trichloroethylene. Occ Env Med 1996;53:1-5. PMID: 8563851.

258. Weiss NS, Lazovich DA. Case-control studies of screening efficacy: the use of persons newly diagnosed with cancer who later sustain an unfavorable outcome. Am J Epidemiol 1996;143:319-22. PMID: 8633615.

259. Li DK, Mueller BA, Hickok DE, Daling JR, Fantel AG, Checkoway H, Weiss NS.  Maternal smoking during pregnancy and the risk of congenital urinary tract anomalies.  Am J Public Health 1996; 86:249-253. PMID: 8633746.

260. Psaty BM, Siscovick DS, Weiss NS, Koepsell TD, Rosendaal FR, Lin D, Heckbert SR, Wagner EH, Furberg CD. Hypertension and outcomes research: From clinical trials to clinical epidemiology.  Am J Hypertens 1996; 9:178-183. PMID: 8924268.

261. Herrinton LJ, Goldoft M, Schwartz SM, Weiss NS. The incidence of non-Hodgkin's lymphoma and its histologic subtypes in Asian migrants to the United States and their descendants.  Cancer Causes Control 1996;7:224-230. PMID: 8740735.

262. Rossing MA, Stanford JL, Weiss NS, Daling JR:  Indices of exposure to fetal and sperm antigens in relation to the occurrence of breast cancer. Epidemiology 1996;7:309-311. PMID: 8728448.

263. Weiss NS, Rossing MA:  Healthy screenee bias in epidemiologic studies of cancer incidence.  Epidemiology 1996; 7:319-322. PMID: 8728451.

264. Weiss NS, Hill DA. Postmenopausal estrogens and progestogens and the incidence of gynecologic cancer. Maturitas 1996;23:235-239. PMID: 8735361.

265. Rosenblatt KA, Weiss NS, Schwartz SM. Liver cancer in Asian migrants to the United States and their descendants. Cancer Causes Control 1996;7:345-350. PMID: 8734828.

266. Cook LS, White E, Schwartz SM, McKnight B, Daling JR, Weiss NS. A population-based study of contralateral breast cancer following a first primary breast cancer. Cancer Causes Control 1996;7:382-390. PMID: 8734833.

267. Rossing MA, Stanford JL, Weiss NS, Habel LA. Oral contraceptive use and risk of breast cancer in middle aged women.  Am J Epidemiol 1996;144:161-164. PMID: 8678047.

268. Chen MT, Cook LS, Daling JR, Weiss NS. Incomplete pregnancies and risk of ovarian cancer (Washington, United States). Cancer Causes Control 1996;7:415-420. PMID: 8813429.

269. Adler AI, Weiss NS, Kamb ML, Lyon JL. Is diabetes mellitus a risk factor for ovarian cancer? A case-control study in Utah and Washington. Cancer Causes Control 1996;7:475-478. PMID: 8813436.

270. Daling JR, Brinton LA, Voigt LF, Weiss NS, Coates RJ, Malone KE, Schoenberg JB, Gammon M. Risk of breast cancer among white women following induced abortion. Am J Epidemiol 1996;144:373-380. PMID: 8712194.

271. Leet T, Acquavella J, Lynch C, Anne M, Weiss NS, Vaughan T, Checkoway H. Cancer incidence among alachlor manufacturing workers. Amer J Ind Med 1996;30:300-306. PMID: 8876798.

272. Herrinton LJ, Lemaitre RN, Beresford SAA, Stanford JL, Wolfla DM, Feng Z, Scott CR, Weiss NS. Lactose metabolism and time to pregnancy. Fertility and Sterility 1996;66:384-388. PMID: 8751734.

273. Voigt LF, Weiss NS and Stanford JL.  Review of the epidemiologic data on hormone replacement therapy in relation to the risk of breast cancer. Breast Cancer Advances in biology and therapeutics.  Calvo F, Crepin M, Magdelenat H, eds. John Libbey Eurotext 1996, 321-327.

274. Weiss NS: Clinical Epidemiology: The Study of the Outcome of Illness, Second Edition. Vol. 27, Monographs in Epidemiology and Biostatistics. New York: Oxford University Press, 1996.

275. Weiss NS.  Health consequences of short- and long-term postmenopausal hormone therapy.  Clinical Chemistry 1996;42:8(b);1342-44. PMID: 8697609.

276. McTiernan A, Stanford JL, Weiss NS, Daling JR, Voigt LF.  Occurrence of breast cancer in relation to recreational exercise in women age 50-64 years. Epidemiology 1996;7:598-604. PMID: 8899385.

277.   Zhu K, Stanford JL, Daling JR, McKnight B, Stergachis A, Brawer MK, Weiss
       NS.  Vasectomy and prostate cancer:  A case-control study in a health
       maintenance organization.  Am J Epidemiol 1996;144:717-22. PMID:
       8857819.

278.   Green PK, Weiss NS, McKnight B, Voigt LF, Beresford SAA.  Risk of
       endometrial cancer following cessation of menopausal hormone use.
       Cancer Causes Control 1996;7:575-80. PMID: 8932917.

279.   Muhlemann K, Alexander ER, Pepe M, Weiss NS, Schopfer K, and The
       Swiss Haemophilus Influenzae Study Group.  Invasive haemophilus
       influenzae disease and epiglottitis among Swiss children from 1980 to 1993:
       Evidence for herd immunity among older age groups. Scand J Infect Dis
       1996;28:265-268. PMID: 8863358.

280.   Herrinton LJ, Weiss NS, Olshan AF.  Multiple myeloma, in Cancer
       Epidemiology and Prevention, Second Edition, D. Schottenfeld and JF
       Fraumeni, eds. Oxford, New York, 1996.

281.   Weiss NS, Cook LS, Farrow DC, Rosenblatt KA.  Ovarian cancer, in Cancer
       Epidemiology and Prevention, Second Edition, D. Schottenfeld and JF
       Fraumeni, eds. Oxford, New York, 1996.

282.   Muhlemann K, Alexander ER, Weiss NS, Pepe M, Schopfer K, The Swiss H.
       Influenzae Study Group.  Risk factors for invasive haemophilus influenzae
       disease among children 2-16 years of age in the vaccine era, Switzerland
       1997-1993.  Int J Epidemiol 1996;26:1280-1285. PMID: 9027536.

283.   Chen C, Madeleine MM, Lubinski C, Weiss NS, Tickman EW, Daling JR.
       Glutathione S-transferase M1 genotypes and the risk of anal cancer: A
       population-based case-control study.  Cancer Epidemiol, Biomarkers, &
       Prev 1996;5:985-991. PMID: 8959321.

284.   Malone KE, Daling JR, Weiss NS, McKnight B, White E, Voigt LF.  Family
       history and survival of young women with invasive breast carcinoma.
       Cancer 1996;78:1417-1425. PMID: 8839546.

285.   Habel LA, Moe RE, Daling JR, Holte S, Rossing MA, Weiss NS.  Risk of
       contralateral breast cancer among women with carcinoma in situ of the
       breast.  Annals of Surgery 1997;225:69-75. PMID: 8998122.

286.   Newton KM, LaCroix AZ, McKnight B, Knopp RH, Siscovick DS, Heckbert
       SR, Weiss NS.  Estrogen replacement therapy and prognosis after first
       myocardial infarction. Am J Epidemiol 1997;145:269-277. PMID:
       9012600.

287.   Gresenguet G, Kreiss JK, Chapko MK, Hillier SL, Weiss NS.  HIV infection and vaginal douching in Central Africa.  AIDS 1997;11:101-106. PMID: 9110082.

288.   Hill DA, Weiss NS, Voigt LF, Beresford SAA.  Endometrial cancer in relation to intra-uterine device use.  Int J Cancer 1997;70:278-281. PMID: 9033627.

289.   Cook LS, Kamb ML, Weiss NS.  Perineal powder exposure and the risk of ovarian cancer.  Am J Epidemiol 1997;145:459-465. PMID: 9048520.

290.   Muhlemann K, Weiss NS.  Can herd immunity influence the assessment of vaccine efficacy in nonrandomized studies?  Am J Public Health 1997;87:113. PMID: 9065216.

291.   Psaty BM, Smith NL, Siscovick DS, Koepsell TD, Weiss NS, Heckbert SR, Lemaitre RN, Wagner EH, Furberg CD.  Health outcomes associated with antihypertensive therapies used as first-line agents.  JAMA 1997;277:739-745. PMID: 9042847.

292.   Weiss NS.  Bias in studies of venous thromboembolism in relation to the use of new formulations of oral contraceptives.  Contraception 1997;55:189-190. PMID: 9115009.

293.   Cook LS, Daling JR, Voigt LF, deHart MP, Malone KE, Stanford JL, Weiss NS, Brinton LA, Gammon MD, Brogan D.  Characteristics of women with and without breast augmentation.  JAMA 1997;277:1612-1617. PMID: 9168291.

294.   Cook LS, Weiss NS, Potts MS.  Second cancers after adjuvant tamoxifen therapy for breast cancer.  J Natl Cancer Inst 1997;89:657-659. PMID: 9150192.

295.   Weiss NS.  Case-control studies, in Oxford Textbook of Public Health, Third Edition, R. Detels, WW Holland, J McEwen, GS Omenn eds. Oxford, London, 1997.

296.   Teschke K, Morgan MS, Checkoway H, Franklin G, Spinelli JJ, van Belle G, Weiss NS.  Surveillance of nasal and bladder cancer to locate sources of exposure to occupational carcinogens.  Occup Env Med 1997;54:443-451. PMID: 9245952.

297.   Heckbert SR, Weiss NS, Koepsell TD, Lemaitre RN, Smith NL, Siscovick DS, Lin D, Psaty BM.  Duration of estrogen replacement therapy in relation to the risk of incident myocardial infarction in postmenopausal women.  Arch Intern Med 1997;157:1330-36. PMID: 9201007.

298.    Weiss NS.  Case-control studies of the efficacy of screening for cancer: can we earn them some respect?  J Med Screening 1997;4:57-59. PMID: 9275264.

299.    Teschke K, Morgan MS, Checkoway H, Franklin G, Spinelli JJ, van Belle G, Weiss NS.  Mesothelioma surveillance to locate sources of exposure to asbestos.  Canadian J Pub Health 1997;88:163-168. PMID: 9260356.

300.    Beresford SAA, Weiss NS, Voigt LF, McKnight B.  Risk of endometrial cancer in relation to use of oestrogen combined with cyclic progestagen therapy in postmenopausal women.  Lancet 1997;349:458-462. PMID: 9040575.

301.    Cummings P, Weiss NS, McKnight B, Stanford JL.  Estimating the risk of breast cancer in relation to the interval since last term pregnancy. Epidemiology 1997;8:488-494. PMID: 9270948.

302.    Weiss NS.  General concepts of epidemiology, in Modern Scientific Evidence:  The Law and Science of Expert Testimony.  D Faigman, D Kaye, M Saks, J Sanders, eds.  West, St. Paul, 1997.

303.    Weiss NS, Beresford SAA, Voigt LF, Green PK, Shapiro JA.  Unresolved issues in endometrial cancer and postmenopausal hormone therapy, in Progress in the management of the menopause.  BG Wren, ed., Parthenon, New York, 1997.

304.    Shapiro JA, Weiss NS, Beresford SAA, Voigt LF.  Menopausal hormone use and endometrial cancer, by tumor grade and invasion.  Epidemiology 1998;9:99-101. PMID: 9430277.

305.    Cummings P, Koepsell TD, Weiss NS.  Studying injuries with case-control methods in the emergency department. Ann Emerg Med  1998;31:99-105. PMID: 9437350.

306.    Cushing KL, Weiss NS, Voigt LF, McKnight B, Beresford SAA.  Risk of endometrial cancer in relation to use of low-dose, unopposed estrogens. Obstet Gynecol 1998;91:35-39. PMID: 9464717.

307.    Williams MA, Weiss NS.  Drinking water and adverse reproductive outcomes. Epidemiology 1998;9:113-114. PMID: 9504276.

308.    Weiss NS.  Clinical Epidemiology, in Modern Epidemiology, Second edition, Rothman KJ and Greenland S, eds.

309.    Fink JC, Leisenring WM, Sullivan KM, Sherrard DJ, Weiss NS.  Avascular necrosis following bone marrow transplantation:  A case-control study. Bone 1998;22:67-71. PMID: 9437515.

310.   Cummings P, Weiss NS.  Case series and exposure series: the role of studies without controls in providing information about the etiology of injury or disease.  Injury Prev 1998;4:54-57. PMID: 9595334.

311.   Gessner BD, Weiss NS, Nolan CM.  Risk factors for pediatric tuberculosis infection and disease after household exposure to adult index cases in Alaska.  J Pediatr 1998;132:509-513. PMID: 9544910.

312.   Weiss NS.  Analysis of case-control studies of the efficacy of screening for cancer: how should we deal with tests done in persons with symptoms? Am J Epidemiol 1998;147:1099-1102. PMID: 9645787.

313.   Weiss NS, Dublin S.  Accounting for time-dependent covariates whose levels are influenced by exposure status.  Epidemiology 1998;9:436-440. PMID: 9647909.

314.   Weiss NS.  Can we protect ourselves from excesses of language?  Am J Epidemiol 1998;148:131-132. PMID: 9676693.

315.   Richert-Boe KE, Humphrey LL, Glass AG, Weiss NS.  Screening digital rectal examination and prostate cancer mortality: a case-control study.  J Med Screen 1998;5:99-103. PMID: 9718529.

316.   Atkinson J, Mahomed K, Williams MA, Woelk GB, Mudzamiri S, Weiss NS.  Dietary risk factors for pre-eclampsia among women attending Harare Maternity Hospital, Zimbabwe. Cent Afr J Med 1998;44:86-92. PMID: 9810400.

317.   Etzioni RD, Weiss NS.  Analysis of case-control studies of screening: Impact of misspecifying the duration of detectable preclinical pathologic changes.  Am J Epidemiol 1998;148:292-297. PMID: 9690367.

318.   Habel LA, Daling JR, Newcomb PA, Self SG, Porter PL, Stanford JL, Seidel K, Weiss NS.  Risk of recurrence after ductal carcinoma in situ of the breast.  Cancer Epidemiol Biomarkers Prev 1998;7:689-696. PMID: 9718221.

319.   Woelk G, Emanuel I, Weiss NS, Psaty BM.  Birthweight and blood pressure among children in Harare, Zimbabwe.  Arch Dis Child Fetal Neonatal Ed 1998;79:F119-F122. PMID: 9828738.

320.   Kaplan RC, Heckbert SR, Weiss NS, Wahl PW, Smith NL, Newton KM, Psaty BM.  Postmenopausal estrogens and risk of myocardial infarction in diabetic women.  Diabetes Care 1998;21:1117-1121. PMID: 9653605.

321.   Weiss NS, Cook LS.  Evaluating the efficacy of screening for recurrence of cancer.  J Natl Cancer Inst 1998;90:1870-1872. PMID: 9862623.

322.   Cook LS, Goldoft M, Schwartz SM, Weiss NS.  Incidence of adenocarcinoma of the prostate in Asian immigrants to the United States and their descendants.  J Urology 1998;161:152-155. PMID: 10037388.

323.   Weiss NS. "Sensitive" and "specific" epidemiologic studies: the division of research of the Kaiser Permanente Medical Care Program. The Permanente Journal 1998;2:13-4.

324.   Zhu K, Weiss NS, Stanford JL, Daling JR, Stergachis A, McKnight B, Brawer MK, Levine RS.  Prostate cancer in relation to the use of electric blanket or heated water bed.  Epidemiology 1999;10:83-85. PMID: 9888286.

325.   Weiss NS.  Case-control studies of the efficacy of screening tests designed to prevent the incidence of cancer.  Am J Epidemiol 1999;149:1-4. PMID: 9883787.

326.   Hagan H, McGough JP, Thiede H, Weiss NS, Hopkins S, Alexander ER.  Syringe exchange and risk of infection with hepatitis B and C viruses.  Am J Epidemiol 1999;149:203-213. PMID: 9927214.

327.   Shapiro JA, Williams MA, Weiss NS.  Body mass index and risk of renal cell carcinoma.  Epidemiology 1999;10:188-191. PMID: 16446746.

328.   Weiss NS.  Assessing the effects of a therapy by comparing the experience of currently treated and formerly treated patients.  Epidemiology 1999;10:196-197. PMID: 10069260.

329.   Shapiro JA, Williams MA, Weiss NS, Stergachis A, LaCroix AZ, Barlow WE.  Hypertension, antihypertensive medication use, and risk of renal cell carcinoma.  Am J Epidemiol 1999;149:521-530. PMID: 10084241

330.   Kamineni A, Williams MA, Schwartz SM, Cook LS, Weiss NS.  The incidence of gastric carcinoma in Asian  migrants to the United States and their descendants.  Cancer Causes Control 1999;10:77-83. PMID: 10334646.

331.   Chen C, Cook LS, Li X-Y, Hallagan S, Madeleine MM, Daling JR, Weiss NS.  CYP2D6 genotype and the incidence of anal and vulvar cancer.  Cancer Epidemiol, Biomarkers Prev 1999;8:317-321. PMID: 10207635.

332.   McKnight B, Cook LS, Weiss NS.  Logistic regression analysis for more than one characteristic of exposure.  Am J Epidemiol 1999;149:984-992. PMID: 10355373.

333.   Jacobs EJ, White E, Weiss NS, Heckbert SR, LaCroix A, Barlow WE.  Hormone replacement therapy and colon cancer among members of a health maintenance organization.  Epidemiology 1999;10:445-451. PMID: 10401882.

334.   Pharris-Ciurej ND, Cook LS, Weiss NS.  Incidence of testicular cancer in the United States.  Has the epidemic begun to abate?  Am J Epidemiol 1999;150:45-46. PMID: 10400552.

335.   Psaty BM, Koepsell TD, Lin D, Weiss NS, Siscovick DS, Rosendall FR, Pahor M, Furberg CD.  Assessment and control for confounding by indication in  observational studies.  J Am Geriatr Soc 1999;47:749-754. PMID: 10366179.

336. Vander Stoep A, Beresford SA, Weiss NS. A didactic device for teaching epidemiology students how to anticipate the effect of a third factor on an exposure-outcome relation. Am J Epidemiol 1999;150:221. PMID: 10412971.

337. Ho NJ, Koziol JA, Parsons CL, Barlow W, Weiss NS. Natural history of interstitial cystitis in 274 patients receiving sulfated polysaccharide therapy. Urology 1999;53:1133-1139. PMID: 10367841.

338. Velentgas P, Daling JR, Malone KE, Weiss NS, Williams MA, Self SG, Mueller BA. Pregnancy after breast carcinoma. Outcomes and influence on mortality. Cancer 1999;85:2424-2432. PMID: 10357413.

339. Chen C, Madeleine MM, Weiss NS, Daling JR. Glutathione *S*-transferase *M1* genotypes and the risk of vulvar cancer: a population-based case-control study. Am J Epidemiol 1999;150:437-442. PMID: 10472942.

340. Kausz A, Antonsen J, Hercz G, Pei Y, Weiss NS, Emerson S, Sherrard D. Screening plasma aluminum levels in relation to aluminum bone disease among asyptomatic dialysis patient. Am J Kidney Dis 1999;34:688-693. PMID: 10516350.

341. Psaty BM, Weiss NS, Furberg CD, Koepsell TD, Siscovick DS, Rosendaal FR, Smith NL, Heckbert SR, Kaplan RC, Lin D, Fleming TR, Wagner EH. Surrogate end points, health outcomes, and the drug-approval process for the treatment of risk factors for cardiovascular disease. JAMA 1999;282:786-790. PMID: 10463718.

342. Chen C, Madeleine MM, Weiss NS, Daling JR. Glutathione *S*-transferase *M1* genotypes and the risk of squamous carcinoma of the cervix: A population-based case-control study. Am J Epidemiol 1999;150:568-572. PMID: 10489995.

343. Shields TS, Weiss NS, Voigt LF, Beresford SAA. The additional risk of endometrial cancer associated with unopposed estrogen use in women with other risk factors. Epidemiology 1999;10:733-738. PMID: 10535788.

344. Wittenberg J, Cook LS, Rossing MA, Weiss NS. Reproductive risk factors for mucinous and non-mucinous epithelial ovarian cancer. Epidemiology 1999;10:761-763. PMID: 10535792.

345. Cook LS, Malone KE, Daling JR, Voigt LF, Weiss NS. Hair product use and the risk of breast cancer in young women. Cancer Causes Control 1999;10:551-559. PMID: 10616824.

346. Cook LS, Weiss NS. Endometrial cancer, in Women and Health, MB Goldman, MC Hatch eds. Academic Press, San Diego, 2000.

347. Mockett EJ, Rossing MA, Weiss NS. Fetal antigen hypothesis and ovarian cancer: Is there an immunogenic explanation for the reduction in risk associated with parity? Epidemiology 2000;11:55-58. PMID: 10615844.

348. Hill DA, Weiss NS, LaCroix AZ. Adherence to postmenopausal hormone therapy during the year after the initial prescription: a case-control study. Am J Obstet Gynecol 2000;182:270-6. PMID: 10694323.

349. Keenan HT, Bratton SL, Martin LD, Crawford SW, Weiss NS. Outcome of children who require mechanical ventilatory support after bone marrow transplantation. Crit Care Med 2000;28:830-5. PMID: 10752837.

350. Tang M-TC, Weiss NS, Malone KE. Induced abortion in relation to breast cancer among parous women: a birth certificate registry study. Epidemiology 2000;11:177-80. PMID: 11021616.

351. Tang M-TC, Weiss NS, Daling JR, Malone KE. Case-control differences in the reliability of reporting a history of induced abortion. Am J Epidemiol 2000;151:1139-44. PMID: 10905525.

352. Alem AM, Sherrard DJ, Gillen DL, Weiss NS, Beresford SA, Heckbert SR, Wong C, Stehman-Breen C. Increased risk of hip fracture among patients with end-stage renal disease. Kidney Int 2000;58:396-9. PMID: 10886587.

353. Crump C, Chen C, Appelbaum FR, Kopecky KJ, Schwartz SM, Willman CL, Slovak ML, Weiss NS. Glutathione S-transferase theta 1 gene deletion and risk of acute myeloid leukemia. Cancer Epidemiol Biomarkers Prev. 2000;9:457-60. PMID: 10815689.

354. Hagan H, McGough JP, Thiede H, Hopkins SG, Weiss NS, Alexander ER. Volunteer bias in nonrandomized evaluations of the efficacy of needle-exchange programs. J Urban Health 2000;77:103-12. PMID: 10741846.

355. Flood DM, Weiss NS, Cook LS, Emerson JC, Schwartz SM, Potter JD. Colorectal cancer incidence in Asian migrants to the United States and their descendants. Cancer Causes Control 2000;11:403-11. PMID: 10877333.

356. Cummings P, McKnight B, Weiss NS. Modeling the effects of age at and time since delivery on subsequent risk of cancer. Epidemiology 2000;11:479-81. PMID: 10874562.

357. Li CI, Weiss NS, Stanford JL, Daling JR. Hormone replacement therapy in relation to risk of lobular and ductal breast carcinoma in middle-aged women. Cancer 2000;88:2570-7. PMID: 10861435.

358. Vander Stoep A, Beresford SAA, Weiss NS, McKnight B, Cauce AM, Cohen P. Community-based study of the transition to adulthood for adolescents with psychiatric disorder. Am J Epidemiol 2000;152:352-62. PMID: 10968380.

359. Sanderson M, Williams MA, Weiss NS, Hendrix NW, Chauhan SP. Oral contraceptives and epithelial ovarian cancer. Does dose matter? J Reprod Med 2000;45:720-6. PMID: 11027080.

360. Stehman-Breen CO, Sherrard DJ, Alem AM, Gillen DL, Heckbert SR, Wong CS, Ball A, Weiss NS. Risk factors for hip fracture among patients with end-stage renal disease. Kidney Int 2000;58:2200-5. PMID: 11044242.

361. Holt VL, Weiss NS. Recommendations for the design of epidemiologic studies of endometriosis. Epidemiology 2000;11:654-9. PMID: 11055625.

362. Hill DA, Weiss NS, Beresford SAA, Voigt LF, Daling JR, Stanford JL, Self S. Continuous combined hormone replacement therapy and risk of endometrial cancer. Am J Obstet Gynecol 2000;183:1456-61. PMID: 11120510.

363. Hagan H, Thiede H, Weiss NS, Hopkins SG, Duchin JS, Alexander ER. Sharing of drug preparation equipment as a risk factor for hepatitis C virus incidence. Am J Public Health 2001;9:23-27. PMID: 11189822.

364. Buist DSM, LaCroix AZ, Barlow WE, White E, Weiss NS. Bone mineral density and breast cancer in postmenopausal women. J Clin Epidemiol 2001;54:417-42. PMID: 11297892.

365. O'Meara ES, Rossing MA, Daling JR, Elmore JG, Barlow WE, Weiss NS. Hormone replacement therapy after a diagnosis of breast cancer in relation to recurrence and mortality. J Natl Cancer Inst 2001;93:754-62. PMID: 11353785.

366. Buist DSM, LaCroix AZ, Barlow WE, White E, Cauley JA, Bauer DC, Weiss NS. Bone mineral density and endogenous hormones and risk of postmenopausal breast cancer. Cancer Causes Control 2001;12:213-22. PMID: 11405326.

367. Weiss NS, Rossing MA. Non-hormonal contraception and the risk of ovarian cancer. Epidemiology 2001;12:300. PMID: 11337602.

368. Weiss NS. Policy emanating from epidemiologic data: What is the proper forum? Epidemiology 2001;12:373-4. PMID: 11416770.

369. Li CI, Malone KE, Weiss NS, Daling JR. Tamoxifen therapy for primary breast cancer and risk of contralateral breast cancer. J Natl Cancer Inst 2001;93:1008-13. PMID: 11438566.

370. Cook LS, Weiss NS, Pharris-Ciurej N, Schwartz SM, White E. Colorectal cancer following tamoxifen therapy for breast cancer (United States). Cancer Causes Control 2001;12:404-10. PMID: 11545455.

371. Weiss NS, Rossing MA. Oestrogen-replacement therapy and risk of ovarian cancer. Lancet 2001;358:438. PMID: 11513905.

372. Reed SD, Weiss NS, Srouji SS. Combined post-menopausal hormone therapy and risk of endometrial cancer. Menopausal Med 2001;9:7-12.

373. Heckbert SR, Kaplan RC, Weiss NS, Psaty BM, Lin D, Furberg CD, Starr JR, Anderson GD, LaCroix AZ. Risk of recurrent coronary events in relation to use and recent initiation of postmenopausal hormone therapy. Arch Intern Med 2001;161:1709-13. PMID: 11485503.

374. Littman AJ. Voigt LF, Beresford SAA, Weiss NS. Recreational physical activity and endometrial cancer risk. Am J Epidemiol 2001;154:924-33. PMID: 11700247.

375. Watson RS, Cummings P, Quan L, Bratton S, Weiss NS. Cervical spine injuries among submersion victims. J Trauma 2001;51:658-62. PMID: 11586155.

376. Herrinton LJ, Voigt LF, Weiss NS, Beresford SA, Wingo PA.  Risk factors for synchronous primary endometrial and ovarian cancers.  Ann Epidemiol 2001;11:529-533. PMID: 11709271.

377. Weiss NS.  Can the "specificity" of an association be rehabilitated as a basis for supporting a causal hypothesis?  Epidemiology 2002;13:6-8. PMID: 11805580.

378. Seliger SL, Weiss NS, Gillen DL, Kestenbaum B, Ball A, Sherrard DJ, Stehman-Breen CO.  HMG-CoA reductase inhibitors are associated with reduced mortality in ESRD patients.  Kidney International 2002;61:297-304. PMID: 11786112.

379. Vander Stoep A, Weiss NS, McKnight B, Beresford SAA, Cohen P.  Which measure of adolescent psychiatric disorder – diagnosis, number of symptoms, or adaptive functioning – best predicts adverse young adult outcomes?  J Epidemiol Community Health 2002;56:56-65. PMID: 11801621.

380. Olson SH, Voigt LF, Begg CB, Weiss NS.  Reporting participation in case-control studies. Epidemiology 2002;13:123-126. PMID: 11880750.

381. Corley DA, Levin TR, Habel LA, Weiss NS, Buffler PA.  Surveillance and survival in Barrett's adenocarcinomas: a population-based study. Gastroenterology 2002;122:633-640. PMID: 11874995.

382. Dublin S, Rossing MA, Heckbert SR, Goff BA, Weiss NS.  Risk of epithelial ovarian cancer in relation to use of antidepressants, benzodiazepines, and other centrally acting medications. Cancer Causes Control 2002;13:35-45. PMID: 11899116.

383. Chen C-L, Weiss NS, Newcomb P, Barlow W, White E.  Hormone replacement therapy in relation to breast cancer.  JAMA 2002;287:734-741. PMID: 11851540.

384. Weiss NS.  Case-control studies, in Oxford Textbook of Public Health, 4th edition. R. Sebels, J McEwen, R Beaglehole, H Tanaka, eds. Oxford, New York, 2002.

385. Weiss NS.  General concepts in epidemiology, in Modem Scientific Evidence, 2nd edition.  DL Faigman, DH Kaye, MJ Saks, J Sanders, eds. West Publishing Co., St. Paul, 2002.

386. Psaty BM, Weiss NS, Furberg CD.  The PROGRESS trial: Questions about the effectiveness of angiotensin converting enzyme inhibitors.  Am J Hypertension 2002;15:472-474. PMID: 12022252.

387. Pang JWY, Heffelfinger HD, Huang GJ, Benedetti TJ, Weiss NS.  Outcomes of planned home births in Washington state: 1989-1996.  Obstet Gynecol 2002;100:253-259. PMID: 12151146.

388. Weiss NS, Treggiari MM.  Postmenopausal hormone use and skeletal fracture: Does the size of the benefit decrease with increasing age?  Obstet Gynecol 2002;100:364-368. PMID: 12151165.

389.    Weiss NS.  Outcome events in studies of diagnostic or screening tests. J Med Screen 2002;9:52-53. PMID: 12133919.

390.    Weiss NS, Davis RL.  In nonrandomized studies, can we use a person's preimmunization experience to help gauge the safety and efficacy of immunization?  Am J Epidemiol 2002;156:395-396. PMID: 12196307.

391.    Kulasingam SL, Hughes JP, Kiviat NB, Mao C, Weiss NS, Kuypers JM, Koutsky LA.  Evaluation of human papillomavirus testing in primary screening for cervical abnormalities.  JAMA 2002;288:1749-1757. PMID: 12365959.

392.    Chen C, Lamharzi N, Weiss NS, Etzioni R, Dightman DA, Barnett M, DiTommas D, Goodman G.  Androgen receptor polymorphisms and the incidence of prostate cancer.  Cancer Epidemiol Biomarkers Prev 2002;11:1033-1040. PMID: 12376504.

393.    Pang JWY, Cook LS, Schwartz SM, Weiss NS.   Incidence of leukemia in Asian migrants to the United States and their descendants.  Cancer Causes Control 2002;13:791-795. PMID: 12462543.

394.    Porter MP, Voigt LF, Penson DF, Weiss NS.  Racial variation in the incidence of squamous cell carcinoma of the bladder in the United States.  J Urology 2002;168;1960-1963. PMID: 12394685.

395.    Ball AM, Gillen DL, Sherrard D, Weiss NS, Emerson SS, Seliger SL, Kestenbaum BR, Stehman-Breen C.  Risk of hip fracture among dialysis and renal transplant recipients.  JAMA 2002;288:3014-3018. PMID: 12479766.

396.    Shors AR, Iwamoto S, Doody DR, Weiss NS. Relationship of uveal and cutaneous malignant melanoma in persons with multiple primary tumors. Int J Cancer 2002;102:266-268. PMID: 12397648.

397.    Weiss NS, Etzioni R.  Estimating the influence of rescreening interval on the benefits associated with cancer screening:  approaches and limitations. Epidemiology 2002;13:713-717. PMID: 12410014.

398.    Ioannou GN, Rockey DC, Bryson CL, Weiss NS.  Iron deficiency and gastrointestinal malignancy: a population-based cohort study.  Am J Med 2002;113:276-280. PMID: 12361812.

399.    Cummings P, McKnight B, Weiss NS.  Matched-pair cohort methods in traffic crash research.  Accident Analysis and Prev 2003:35:131-141. PMID: 12479904.

400.    Ioannou GN, Dominitz JA, Weiss NS, et al.  Racial differences in the relationship between hepatitis C infection and iron stores.  Hepatology 2003;37:795-801. PMID: 12668972.

401.    Vander Stoep AV, Weiss NS, Kuo ES, et al.  What proportion of failure to complete secondary school education in the U.S. population is attributable to adolescent psychiatric disorder?  J Behav Health Serv Res 2003;30:119-124. PMID: 12633008.

402.     Schellhase KG, Koepsell TD, Weiss NS, et al.  Glucose screening and the risk of complications in Type 2 diabetes mellitus.  J Clin Epidemiol 2003;56:75-80. PMID: 12589873.

403.     Lamharzi N, Johnson MM, Goodman G, Etzioni R, Weiss NS, Dightman DA, Barnett M, DiTommaso D, Chen C.  Polymorphic markers in the 5α-reductase type II gene and the incidence of prostate cancer.  Int J Cancer 2003;105:480-483. PMID: 12712437.

404.     Koepsell TD, Weiss NS.  Epidemiologic Methods:  Studying the Occurrence of Illness.  Oxford, New York, 2003.

405.     Weiss NS.  Endometrial cancer in relation to combined-continuous postmenopausal hormone therapy:  status of knowledge after the WHI.  Menopausal Med 2003;11:7-8.

406.     Weiss NS.  Breast cancer mortality in relation to clinical breast examination and breast self-examination.  The Breast Journal 2003;9:S86-S89. PMID: 12713502.

407.     Weiss NS.  Adjusting for screening history in epidemiologic studies of cancer:  why, when, and how to do it.  Am J Epidemiol 2003;157:957-961. PMID: 12777356.

408.     Psaty BM, Lumley T, Furberg CD, Schellenbaum G, Pahor M, Alderman MH, Weiss NS.  Health outcomes associated with various antihypertensive therapies used as first-line agents.  A network meta-analysis.  JAMA 2003;289:2534-2544. PMID: 12759325.

409.     Hujoel PP, Drangsholt M, Spiekerman C, Weiss NS.  An exploration of the periodontitis-cancer association.  Ann Epidemiol 2003;13:312-316. PMID: 12821269.

410.     Kmet LM, Cook LS, Weiss NS, Schwartz SM, White E.  Risk factors for colorectal cancer following breast cancer.  Breast Cancer Res Treat 2003;79L143-147. PMID: 12825849.

411.     Cook LS, Doherty JA, Weiss NS, Chen C.  Endometrial cancer:  Epidemiology and molecular endocrinology.  In:  Hormones, Genes, and Cancer (Henderson BE, Ponder B, Ross RK, eds).  Oxford University Press, New York, NY. p. 371-397, 2003.

412.     Liao CK, Rosenblatt KA, Schwartz SM, Weiss NS.  Endometrial cancer in Asian migrants to the United States and their descendents.  Cancer Causes Control 2003;14:357-360. PMID: 12846367.

413.     Li CI, Malone KE, Porter PL, Weiss NS, Tang MT, Daling JR.  The relationship between alcohol use and risk of breast cancer by histology and hormone receptor status among women 65-79 years of age.  Cancer Epidemiol Biomarkers Prev 2003;12:1061-1066. PMID: 14578143.

414.     Li CI, Malone KE, Porter PL, Weiss NS, Tang MT, Daling JR.  Reproductive and anthropometric factors in relation to the risk of lobular and ductal breast carcinoma among women 65-79 years of age.  Int J Cancer 2003;107:647-651. PMID: 14520705.

415.   Ioannou GN, Weiss NS, Kowdley KV, Dominitz JA.  Is obesity a risk factor for cirrhosis-related death or hospitalization? A population-based cohort study.  Gastroenterology 2003;125:1053-1059. PMID: 14517789.

416.   Li CI, Malone KE, Weiss NS, Boudreau DM, Cushing-Haugen KL, Daling JR.  Relation between use of antihypertensive medications and risk of breast carcinoma among women ages 65-79 years.  Cancer 2003;98:1504-1513. PMID: 14508839.

417.   Chen C, Weiss NS, Stanczyk FZ, Lewis SK, DiTommaso D, Etzioni R, Barnett MJ, Goodman GE.  Endogenous sex hormones and prostate cancer risk:  a case-control study nested within the carotene and retinol efficacy trial. Cancer Epidemiol Biomarkers Prev 2003;12:1410-1416. PMID: 14693730.

418.   Li CI, Malone KE, Porter PL, Weiss NS, Tang MT, Cushing-Haugen K, Daling JR.  Relationship between long durations and different regimens of hormone therapy and risk of breast cancer. JAMA  2003;289:3254-3263. PMID: 12824206.

419.   Shields TS, Falk RT, Herrero R, Schiffman M, Weiss NS, Bratti C, Rodriguez AC, Sherman ME, Burk RD, Hildesheim A.  A case-control study of endogenous hormones and cervical cancer.  Br J Cancer 2004;90:146-152. PMID: 14710222.

420.   Kestenbaum B, Seliger SL, Gillen DL, Wasse II, Young B, Sherrard DJ, Weiss NS, Stehman-Breen CO.  Parathyroidectomy rates among United States dialysis patients 1990-1999.  Kidney Int 2004;65:282-288. PMID: 14675061.

421.   DeRoos AJ, Baris D, Weiss NS, Herrinton L.  Epidemiology of multiple myeloma, in Myeloma:  Biology and Management, 3rd Edition.  JS Malpas et al., eds.  Saunders, Philadelphia, 2004.

422.   Treggiari MM, Hudson LD, Martin DP, Weiss NS, Caldwell E, Rubenfeld G.  Effect of acute lung injury and acute respiratory distress syndrome on outcome in critically ill trauma patients.  Crit Care Med 2004;32:327-331. PMID: 14758144.

423.   Fenton JJ, Weiss NS.  Screening computed tomography. Will it result in overdiagnosis of renal carcinoma? Cancer 2004;100:986-990. PMID: 14983494.

424.   Treggiari MM, Weiss NS.  Occupational asbestos exposure and the incidence of non-Hodgkin lymphoma of the gastrointestinal tract:  an ecologic study.  Ann Epidemiol 2004;14:168-171. PMID: 15036219.

425.   Weinmann S, Richert-Boe K, Glass AG, Weiss NS.  Prostate cancer screening and mortality: A case-control study (United States).  Cancer Causes Control 2004;14:133-138. PMID: 15017125.

426.   Agot KE, Ndinya-Achola JO, Kreiss JK, Weiss NS.  Risk of HIV-1 in rural Kenya.  A comparison of circumcised and uncircumcised men. Epidemiology 2004;15:157-163. PMID: 15127907.

427.   Ioannou GN, Dominitz JA, Weiss NS, Heagerty PJ, Kowdley KV. The effect of alcohol consumption on the prevalence of iron overload, iron deficiency, and iron deficiency anemia. Gastroenterology 2004;126:1293-1301. PMID: 15131790.

428.   Frankenfeld CL, McTiernan A, Tworoger SS, Atkinson C, Thomas WK, Stanczyk F, Marcinova S, Weigle S, Weiss NS, Holt VL, Schwartz SM, Lampe JW. Serum steroid hormones, sex hormone-binding globulin concentrations, and urinary hydroxylated estrogen metabolites in post-menopausal women in relation to daidzein-metabolizing phenotypes. J Steroid Biochem Mol Bio. 2004;88:399-408. PMID: 15145450.

429.   Weiss NS, Dhillon PK, Etzioni R. Case-control studies of the efficacy of cancer screening. Overcoming bias from nonrandom patterns of screening. Epidemiol 2004:15:409-413. PMID: 15232400.

430.   Weiss NS. Presents can come in black boxes, too. Epidemiol 2004;15:525-526. PMID: 15308949.

431.   Li S-TT, Davis RL, Weiss NS. Intussusception and oral poliovirus vaccination: Is there an association? Am J Epidemiol 2004;160:576-581. PMID: 15353418.

432.   Doria-Rose VP, Levin TR, Selby JV, Newcomb PA, Richert-Boe KE, Weiss NS. The incidence of colorectal cancer following a negative screening sigmoidoscopy: Implications for screening interval. Gastroenterology 2004;127:714-722. PMID: 15362026.

433.   Smith NL, Heckbert SR, Lemaitre RN, Reiner AP, Lumley T, Weiss NS, Larson EB, Rosendaal FR, Psaty BM. Esterified estrogens and conjugated equine estrogens and the risk of venous thrombosis. JAMA 2004;292:1581-1587. PMID: 15467060,

434.   Reed SD, Voigt LF, Beresford SAA, Hill DA, Doherty JA, Weiss NS. Dose of progestin in postmenopausal-combined hormone therapy and risk of endometrial cancer. Am J Obstet Gynecol 2004;191:146-151. PMID: 15507934.

435.   Psaty BM, Furberg CD, Ray WA, Weiss NS. Potential for conflict of interest in the evaluation of suspected adverse drug reactions. Use of cerivastatin and risk of rhabdomyolysis. JAMA 2004;292:2622-2631. PMID: 15572720.

436.   Shaw PA, Etzioni R, Zeliadt SB, Mariotto A, Karnofski K, Penson DF, Weiss NS, Feuer EJ. An ecologic study of prostate-specific antigen screening and prostate cancer mortality in nine geographic areas of the United States. Am J Epidemiol 2004;160:1059-1069. PMID: 15561985.

437.   Kurth AE, Martin DP, Golden MR, Weiss NS, Heagerty PJ, Spielberg F, Handsfield HH, Holmes KK. A comparison between audio computer-assisted self-interviews and clinician interviews for obtaining the sexual history. Sex Trans Dis 2004;31:719-726. PMID: 15608586.

438.   Cárcamo C, Hooton T, Wener MH, Weiss NS, Gilman R, Arevalo J, Carrasco J, Seas C, Caballero M, Holmes KK. Etiologies and manifestations of persistent diarrhea in adults with HIV-1 infection: a case-control study in Lima, Peru. JID 2005;191:11-19. PMID: 15592997.

439. Reed SD, Voigt LF, Beresford SA, Hill DA, Doherty JA, Weiss NS. Dose of progestogen in postmenopausal combined hormone therapy and risk of endometrial cancer. In Hormonal Carcinogenesis IV, JJ Li et al., eds. Springer, New York, 2005. PMID: 15507934.

440. Chen C, Lewis SK, Voigt L, Fitzpatrick A, Plymate SR, Weiss NS. Prostate carcinoma incidence in relation to prediagnostic circulating levels of insulin-like growth factor 1, insulin-like growth factor binding protein 3, and insulin. Cancer 2005;103;76-84. PMID: 15540247.

441. Schellhase KG, Koepsell TD, Weiss NS. Glycemic control and the risk of multiple microvascular diabetic complications. Fam Med 2005;37:125-130. PMID: 15690253.

442. Doherty JA, Weiss NS, Freeman RJ, Dightman DA, Thornton PJ, Houck JR, Voigt LF, Rossing MA, Schwartz SM, Chen C. Genetic factors in catechol estrogen metabolism in relation to the risk of endometrial cancer. Cancer Epidemiol Biomarkers Prev 2005;14:357-366. PMID: 15734958.

443. Boger-Megiddo I, Weiss NS. Histologic subtypes and laterality of primary epithelial ovarian tumors. Gynecologic Oncology 2005;97:80-83. PMID: 15790441.

444. Weinmann S, Richert-Boe KE, Van Den Eeden SK, Enger SM, Rybicki BA, Shapiro JA, Weiss NS. Screening by prostate-specific antigen and digital rectal examination in relation to prostate cancer mortality. A case-control study. Epidemiology 2005;16:367-376. PMID: 17641982.

445. Elmore JG, Reisch LM, Barton MB, Barlow WE, Rolnick S, Harris EL, Herrinton LJ, Geiger AM, Beverly RK, Hart G, Yu O, Greene SM, Weiss NS, Fletcher SW. Efficacy of breast cancer screening in the community according to risk level. J Natl Cancer Inst 2005;97:1035-1043. PMID: 16030301.

446. Doria-Rose VP, Biggs ML, Weiss NS. Subfertility and the risk of testicular germ cell tumors (United States) Cancer Causes Control 2005;16:651-656. PMID: 15771763.

447. Ioannou GN, Weiss NS, Boyko EJ, Kahn SE, Lee SP. Contribution of metabolic factors to alanine aminotransferase activity in persons with other causes of liver disease. Gastroenterology 2005;128:627-35. PMID: 15810122.

448. Ioannou GN, Weiss NS, Kearney DJ. Is helicobacter pylori seropositivity related to body mass index in the United States? Aliment Pharmacol Ther. 2005;21:765-72. PMID: 15771763.

449. Norvell DC, Czerniecki JM, Reiber GE, Maynard C, Pecoraro JA, Weiss NS. The prevalence of knee pain and symptomatic knee osteoarthritis among veteran traumatic amputees and nonamputees. Arch Phys Med Rehabil 2005;86:487-93. PMID: 15759233.

450. Ioannou GN, Weiss NS, Boyko EJ, Kowdley KV, Kahn SE, Carithers RL, Tsai EC, Dominitz JA. Is central obesity associated with cirrhosis-related

death or hospitalization? A population-based, cohort study. Clin Gastroenterol Hepatol 2005;3:67-74. PMID: 15645407.

451. Starr JR, Chen C, Doody DR, Hsu L, Ricks S, Weiss NS, Schwartz SM. Risk of testicular germ cell cancer in relation to variation in maternal and offspring cytochrome P450 genes involved in catechol estrogen metabolism. Cancer Epidemiol Biomarkers Prev 2005;14:2183-2190.  PMID: 16172230.

452. Epplein M, Schwartz SM, Potter JD, Weiss NS. Smoking-adjusted lung cancer incidence among Asian-Americans. Cancer Causes Control 2005;16:1085-1090. PMID: 16184474.

453. Modugno F, Ness RB, Chen C, Weiss NS. Inflammation and endometrial cancer: a hypothesis. Cancer Epidemiol Biomarkers Prevention 2005;14:1-8. PMID: 16364998.

454. Sun L, Epplein M, Li C, Vaughan T, Weiss NS. Trends in the incidence rates of nasopharyngeal carcinoma among Chinese Americans living in Los Angeles county and the San Francisco Metropolitan area, 1992-2002. Am J Epidemiol 2005;162:1-5. PMID: 16282240.

455. Weiss JM, Weiss NS, Ulrich CM, Doherty JA, Voigt LF, Chen C. Interindividual variation in nucleotide excision repair genes and risk of endometrial cancer. Cancer Epidemiol Biomarkers Prev 2005;14:2524-30. PMID: 16284373.

456. Weber W, Taylor JA, Stoep AV, Weiss NS, Standish LJ, Calabrese C. Echinacea purpurea for prevention of upper respiratory tract infections in children. J Altern Complement Med 2005;11:1021-6. PMID: 16398593.

457. Weinmann S, Weiss NS, Richert-Boe K, Glass AG. Validity of outpatient medical records in identifying prostate-specific antigen (PSA) tests administered for screening purposes. Health Services & Outcomes Research Methodology 2005;5:95-101.

458. Potter JD, Prentice R, Weiss NS. Obituary: Richard Doll. Cancer Epidemiol Biomarkers & Prev. 2005;14:2825.

459. Smith JM, Rudser K, Gillen D, Kestenbaum B, Seliger S, Weiss NS, McDonald RA, Davis CL, Stehmen-Breen C. Risk of lymphoma after renal transplantation varies with time: an analysis of the United States Renal Data System. Transplantation. 2006;81:175-80. PMID: 16436959.

460. Lemaitre RN, Weiss NS, Smith NL, Psaty BM, Lumley T, Larson EB, Heckbert SR. Esterified estrogen and conjugated equine estrogen and the risk of incident myocardial infarction and stroke. Arch Intern Med 2006;166:399-404. PMID: 16505258.

461. Fulton-Kehoe D, Rossing MA, Rutter C, Mandelson MT, Weiss NS. Use of antidepressant medications in relation to the incidence of breast cancer. Br J Cancer 2006;94:1071-78. PMID: 16523201.

462. Jackson LA, Jackson ML, Nelson JC, Neuzil KM, Weiss NS. Evidence of bias in estimates of influenza vaccine effectiveness in seniors. Int J Epidemiol 2006;35:337-44. PMID: 16368725.

463.    Jackson LA, Nelson JC, Benson P, Neuzil KM, Reid RJ, Psaty BM, Heckbert SR, Larson EB, Weiss NS. Functional status is a confounder of the association of influenza vaccine and risk of all cause mortality in seniors. Int J Epidemiol 2006;35:345-52. PMID: 16368724.

464.    Rossing MA, Tang MTC, Flagg EW, Weiss LK, Wicklund KG, Weiss NS. Body size and risk of epithelial ovarian cancer (United States). Cancer Causes Control 2006;17:713-20. PMID: 16633919.

465.    Psaty BM, Weiss NS, Furberg CD. Recent trials in hypertension. Compelling science or commercial speech? JAMA 2006;295:1704-06. PMID: 16609093.

466.    Ioannou GN, Liou IW, Weiss NS. Serum bilirubin and colorectal cancer risk: a population-based cohort study. Aliment Pharmacol Ther 2006;23:1637-42. PMID: 16696814.

467.    Weiss JM, Saltzman BS, Doherty JA, Voigt LF, Chen C, Beresford SAA, Hill DA, Weiss NS. Risk factors for the incidence of endometrial cancer according to the aggressiveness of disease. Am J Epidemiol 2006;164:56-62. PMID: 16675538.

468.    Cook LS, Kmet LM, Magliocco AM, Weiss NS. Endometrial cancer survival among U.S. black and white women by birth cohort. Epidemiology 2006;17:469-472. PMID: 16755263.

469.    DeRoos AJ, Baris D, Weiss NS, Herrinton L. Multiple Myeloma, in Cancer Epidemiology and Prevention, 3rd Edition, D Schottenfeld and JF Fraumeni Jr, eds. Oxford, New York, 2006.

470.    Cook LS, Weiss NS, Doherty JA, Chen C. Endometrial Cancer, in Cancer Epidemiology and Prevention, 3rd Edition, D Schottenfeld and JF Fraumeni Jr, eds. Oxford, New York, 2006.

471.    Weiss NS. When can the results of epidemiologic research not eliminate the need to invoke the precautionary principle? J Evid Based Dent Pract 2006;6:16-8. PMID: 17138390.

472.    Walsh TJ, Grady RW, Porter MP, Lin DW, Weiss NS. Incidence of testicular germ cell cancers in U.S. children: SEER program experience 1973 to 2000. Urology 2006;26:402-5. PMID: 16904461.

473.    Heffelfinger JD, Heckbert SR, Psaty BM, Weiss NS, Thompson WW, Bridges CB, Jackson LA. Influenza vaccination and risk of incident myocardial infarction. Hum Vaccin 2006;2:161-6. PMID: 17012887.

474.    Carcamo C, Hooton T, Weiss NS, et al. Randomized controlled trial of zinc supplementation for persistent diarrhea in adults with HIV-1 infection. J Acquir Immune Defic Syndr 2006;43:197-201. PMID: 16940855.

475.    Hedderson MM, Weiss NS, Sacks DS, et al. Pregnancy weight gain and risk of neonatal complications: macrosomia, hypoglycemia, and hyperbilirubinemia. Obstet Gynecol 2006;108:1153-61. PMID: 17077237.

476.    Weiss JM, Weiss NS, Ulrich CM, Doherty JA, Chen C. Nucleotide excision repair genotype and the incidence of endometrial cancer: Effect of other risk

factors on the association. Gynecologic Oncology 2006;103:891-896. PMID: 16806437.

477.    Chen C, Freeman R, Voigt LF, Fitzpatrick A, Plymate SR, Weiss NS. Prostate cancer risk in relation to selected genetic polymorphisms in insulin-like growth factor-1, insulin-like growth factor binding protein-3, and insulin-like growth factor-1 receptor. Cancer Epidemiol Biomarkers Prev 2006;15:2461-2466. PMID: 17164371. PMID: 17164371.

478.    Swartz MA, Porter MP, Lin DW, Weiss NS. Incidence of primary urethral carcinoma in the United States. Urology 2006: 68(6):1164-1168. PMID: 17141838.

479.    Agot KE, Kiarie JN, Nguyen HQ, Odhiambo JO, Onyango TM, Weiss NS. Male circumcision in Siaya and Bondo districts, Kenya: Prospective cohort study to assess behavioral disinhibition following circumcision. J Acquir Immune Defic Syndr 2007;44:66-70. PMID: 17019365.

480.    Psaty BM, Weiss NS. NSAID trials and the choice of comparators – Questions of public health importance. N Engl J Med 2007;356:328-330. PMID: 17251528.

481.    Batra M, Heike CL, Phillips RC, Weiss NS. Geographic and occupational risk factors for ventricular septal defects. Arch Pediatr Adolesc Med 2007;161:89-95. PMID: 17199072.

482.    Hingorani S, Guthrie KA, Schoch G, Weiss NS, McDonald GB. Chronic kidney disease in long-term survivors of hematopoietic cell transplant. Bone Marrow Transplantation 2007;39:223-229. PMID: 17290279.

483.    Holt SK, Rossing MA, Malone KE, Schwartz SM, Weiss NS, Chen C. Ovarian cancer risk and polymorphisms involved in estrogen catabolism. Cancer Epidemiol Biomarkers Prev 2007;16:481-89. PMID: 17372243.

484.    Ferrara A, Weiss NS, Hedderson MM, Quesenberry CP, Selby JV, Ergas IJ, Peng T, Escobar GJ, Pettitt DJ, Sacks DA. Pregnancy plasma glucose levels exceeding the American Diabetes Association thresholds, but below the National Diabetes Data Group threshold for gestational diabetes mellitus, are related to the risk of neonatal macrosomia, hypoglycaemia and hyperbilirubinaemia. Diabetologia 2007;50:298-306. PMID: 17103140.

485.    de Boer IH, Sibley SD, Kestenbaum B, Sampson JN, Young B, Cleary PA, Steffes MW, Weiss NS, Brunzell JD. Central obesity, incident microalbuminuria, and change in creatinine clearance in the epidemiology of diabetes interventions and complications study. J Am Soc Nephrol 2007;18:235-243. PMID: 17151331.

486.    Ioannou GN, Weiss NS, Kowdley KV. Relationship between transferrin-iron saturation, alcohol consumption, and the incidence of cirrhosis and liver cancer. Clin Gastroenterol Hepatol 2007;5:624-9. PMID: 17478349.

487.    Fenton JJ, Cai Y, Weiss NS, Elmore JG, Pardee RE, Reid RJ, Baldwin LM. Delivery of cancer screening: how important is the preventative health examination? Arch Intern Med 2007;167:580-85. PMID: 17389289.

488. de Boer IH, Ioannou GN, Kestenbaum B, Brunzell JD, Weiss NS. 25-Hydroxyvitamin D levels and albuminuria in the Third National Health and Nutrition Examination Survey (NHANES III). Am J Kidney Dis 2007;50:69-77. PMID: 17591526.

489. Weiss NS. Assessing the influence of a genetic characteristic on disease in the presence of a strong environmental etiology. Epidemiol 2007;18:429-30. PMID: 17525692.

490. Chubak J, Doherty JA, Cushing-Haugen KJ, Voigt LF, Saltzman BS, Hill DA, Beresford SA, Weiss NS. Endometrial cancer risk in estrogen users after switching to estrogen-progestin therapy. Cancer Causes Control 2007;18:1001-7. PMID: 17653829.

491. MacMahon B, Weiss NS. Is there a dark phase of this STROBE? Epidemiology 2007;18:791-804. PMID: 18049190.

492. Etzioni RD, Ankerst DP, Weiss NS, Inoue LYT, Thompson IM. Is prostate-specific antigen velocity useful in early detection of prostate cancer? A critical appraisal of the evidence. J Natl Cancer Inst 2007;99:1510-5. PMID: 17925534.

493. Hedderson MM, Ferrara A, Williams MA, Holt VL, Weiss NS. Androgenicity of progestins in hormonal contraceptives and the risk of gestational diabetes mellitus. Diabetes Care 2007;30:1062-68. PMID: 17303784.

494. Ioannou GN, Splan MF, Weiss NS, McDonald GB, Beretta L, Lee SP. Incidence and predictors of hepatocellular carcinoma in patients with cirrhosis. Clin Gastroenterol Hepatol 2007;5:938-945. PMID: 17509946.

495. Rossing MA, Cusing-Haugen KL, Wicklund KG, Doherty JA, Weiss NS. Menopausal hormone therapy and risk of epithelial ovarian cancer. Cancer Epidemiol Biomarkers Prev 2007;16:2548-2556. PMID: 18086757.

496. Doherty JA, Cushing-Haugen KL, Saltzman BS, Voigt LF, Hill DA, Beresford SA, Chen C, Weiss NS. Long-term use of postmenopausal estrogen and progestin hormone therapies and the risk of endometrial cancer. Am J Obstet Gynecol 2007:197139e1-139e7. PMID: 17689625.

497. Dooley AC, Weiss NS, Kestenbaum B. Increased risk of hip fracture among men with chronic kidney disease. Am J Kidney Dis 2008;51:38-44. PMID: 18155531.

498. Pang JWY, Friedman DL, Whitton JA, Stovall M, Mertens AC, Robison LL, Weiss NS. Employment status among adult survivors in the childhood cancer survivor study. Pediatr Blood Cancer 2008;50:104-10. PMID: 17554791.

499. Weiss NS, Koepsell TD, Psaty BM. Generalizability of the results of randomized trials. Arch Intern Med 2008;168:133-5. PMID: 18227357.

500. Boger-Megiddo I, Weiss NS, Barnett MJ, Goodman GE, Chen C. V89L polymorphism of the 5α-reductase type II gene (SRD5A2), endogenous sex hormones, and prostate cancer risk. Cancer Epidemiol Biomarkers Prev 2008;17:286-91. PMID: 18268111.

501.    Collaborative group on epidemiological studies of ovarian cancer. Ovarian cancer and oral contraceptives: collaborative reanalysis of data from 45 epidemiological studies including 23,257 women with ovarian cancer and 87,303 controls. Lancet 2008;371:303-14. PMID: 18294997.

502.    Hutchison GB, Rothman KJ, Cole P, Mack T, Weiss NS, Monson RR. Remembrance: Brian MacMahon, 1923-2007. Epidemiology 2008;19:357.

503.    Weiss NS, Bodelon C. Interview-based case-control studies of screening efficacy. Epidemiology 2008:19;265-67. PMID: 18277161.

504.    Saltzman BS, Doherty JA, Hill DA, Beresford SA, Voigt LF, Chen C, Weiss NS. Diabetes and endometrial cancer: An evaluation of the modifying effects of other known risk factors. Am J Epidemiol 2008;167:607-614. PMID: 18071194.

505.    Rossing MA, Cushing-Haugen KL, Wicklund KG, Weiss NS. Cigarette smoking and risk of epithelial ovarian cancer. Cancer Causes Control 2008;19:413-420. PMID: 18080774.

506.    Weiss NS. Clinical epidemiology, in Modern Epidemiology, 3rd edition. Rothman KJ, Greenland S, Lash TL eds. Lippincott Williams & Wilkins, Philadelphia, 2008.

507.    Weber W, Vander Stoep A, McCarty RL, Weiss NS, Biederman J, McClellan J. Hypericum perforatum (St. John's wort) for attention-defecit/hyperactivity disorder in children and adolescents: a randomized controlled tiral. JAMA 2008;299:2633-41. PMID: 18544723.

508.    Weiss NS. Subgroup-specific associations in the face of overall null results: Should we rush in or fear to tread? Cancer Epidemiol Biomarkers Prev 2008;17:1297-99. PMID: 18559544.

509.    Richert-Boe KE, Weinmann S, Shapiro JA, Rybicki BA, Enger SM, Van Den Eeden SK, Weiss NS. Racial differences in treatment of early-stage prostate cancer. Urology 2008;71:1172-76. PMID: 18279922.

510.    Jackson ML, Nelson JC, Weiss NS, Neuzil KM, Barlow W, Jackson LA. Influenza vaccination and risk of community-acquired pneumonia in immunocompetent elderly people: a population-based, nested case-control study. Lancet 2008;372:398-405. PMID: 18675690.

511.    Biggs ML, Davis MD, Eaton DL, Weiss NS, Barr DB, Doody DR, Fish S, Needham LL, Chen C, Schwartz SM. Serum organochlorine pesticide residues and risk of testicular germ cell carcinoma: A population-based case-control study. Cancer Epidemiol Biomarkers Prev 2008;17:2012-18. PMID: 18708392.

512.    Epplein M, Reed SD, Voigt LF, Newton KM, Holt VL, Weiss NS. Risk of complex and atypical hyperplasia in relation to anthropometric measures and reproductive history. Am J Epidemiol 2008;168:563-570. PMID: 18682485.

513.    deBoer IH, Kestenbaum B, Rue TC, Steffes MW, Cleary PA, Molitch ME, Lachin JM, Weiss NS, Brunzell JD. Insulin therapy, hyperglycemia, and

hypertension in type 1 diabetes mellitus. Arch Intern Med 2008;168:1867-1873. PMID: 18809813.

514. Roddam AW, Allen NE, Appleby P, Key TJ, Ferrucci L, Carter HB, Metter EJ, Chen C, Weiss NS, Fitzpatrick A, Hsing AW, Lacey JV Jr, Helzlsouer K, Rinaldi S, Riboli E, Kaaks R, Janssen JA, Wildhagen MF, Schröder FH, Platz EA, Pollak M, Giovannucci E, Schaefer C, Quesenberry CP Jr, Vogelman JH, Severi G, English DR, Giles GG, Stattin P, Hallmans G, Johansson M, Chan JM, Gann P, Oliver SE, Holly JM, Donovan J, Meyer F, Bairati I, Galan P. Insulin-like growth factors, their binding proteins, and prostate cancer risk: analysis of individual patient data from 12 prospective studies. Ann Intern Med 2008;149:461-71. PMID: 18838726.

515. Rossing MA, Cushing-Haugen KL, Wicklund KG, Doherty JA, Weiss NS. Risk of epithelial ovarian cancer in relation to benign ovarian conditions and ovarian surgery. Cancer Causes Control 2008;19:1357-1364. PMID: 18704718.

516. Weiss NS. Precipitation and autism: do these results warrant publication? Arch Pediatr Adolesc Med 2008;162:1095-96. PMID: 18981361.

517. Fialkow MF, Newton KM, Weiss NS. Incidence of recurrent pelvic organ prolapse 10 years following primary surgical management: a retrospective cohort study. Int Urogynecol J 2008;19:1483-1487. PMID: 18682876.

518. Treggiari MM, Karir V, Yanez ND, Weiss NS, Daniel S, Deem SA. Intensive insulin therapy and mortality in critically ill patients. Critical Care 2008;12:R29. PMID: 18312617.

519. Misono S, Weiss NS, Fann JR, Redman M, Yueh B. Incidence of suicide in persons with cancer. J Clin Oncol 2008;26:4731-8. PMID: 18695257.

520. Chubak J, Buist DS, Bourdeau DM, Rossing MA, Lumley T, Weiss NS. Breast cancer recurrence risk in relationt o antidepressant use after diagnosis. Breast Cancer Res Treat 2008;112:123-32. PMID: 18058227.

521. Epplein M, Reed SD, Voigt LF, Newton KM, Holt VA, Weiss NS. Endometrial hyperplasia risk in relation to recent use of oral contraceptives and hormone therapy. AEP 2009:19;1-7. PMID: 19064186.

522. Setiawan VW, Doherty JA, Shu X, Akbari MR, Chen C, et al. Two estrogen-related variants in CYP19A1 and endometrial cancer risk: a pooled analysis in the epidemiology of endometrial cancer consortium. Cancer Epidemiol Biomarkers Prev 2009;18:242-47. PMID: 19124504.

523. Fesinmeyer MD, Gulati R, Zeliadt S, Weiss NS, Kristal AR, Etzioni R. Effect of population trends in body mass index on prostate cancer incidence and mortality in the United States. Cancer Epidemio Biomarkers Prev 2009;18:808-15. PMID: 19258479.

524. Reed SD, Voigt LF, Newton KM, Garcia RH, Allison HK, Epplein M, Jordan D, Swisher E, Weiss NS. Progestin therapy of complex endometrial hyperplasia with and without atypia. Obstet Gynecol 2009;113:655-62. PMID: 19300331.

525. Daling JR, Doody DR, Sun X, Trabert BL, Weiss NS, Chen C, Biggs ML, Starr JR, Dey SK, Schwartz SM. Association of marijuana use and the incidence of testicular germ cell tumors. Cancer 2009;115:1215-23. PMID: 19204904.

526. Weiss NS. Estimating the impact of the discontinuation of medical interventions on health outcomes. Am J Epidemiol 2009;169:653-56. PMID: 19126592.

527. Reding KW, Weiss NS, Chen C, Li CI, Carlson CS, Wilkerson HW, Farin FM, Thummel KE, Daling JR, Malone KE. Genetic polymorphisms in the catechol estrogen metabolism pathway and breast cancer risk. Cancer Epidemiol Biomarkers Prev 2009;18:1461-7. PMID: 19383894.

528. Van Der Bom JG, Avest PT, Van Den Berg HM, Psaty BM, Weiss NS. Assessment of incidence of inhibitors in patients with hameophilia. Haemophilia 2009;15:707-711. PMID: 19432923.

529. Nelson JC, Jackson ML, Weiss NS, Jackson LA. New strategies are needed to improve the accuracy of influenza vaccine effectiveness estimates among seniors. J Clin Epidemiol. 2009;62:687-94. PMID: 19124221.

530. Dublin S, Jackson M, Nelson JC, Weiss NS, Larson EB, Jackson LA. Statin use and risk of community acquired pneumonia in older people: population based case-control study. BMJ 2009;338: b2137. PMID: 19531550.

531. Treggiari MM, Romand JA, Yanez ND, Deem SA, Goldberg J, Hudson L, Heidegger CP, Weiss NS. Randomized trial of light versus deep sedation on mental health after critical illness. Crit Care Med 2009;37:2527-2533. PMID: 19602975.

532. Reed SD, Newton KM, Clinton WL, Epplein M, Garcia R, Allison K, Voigt LF, Weiss NS. Incidence of endometrial hyperplasia. Am J Obstet Gynecol 2009;200:678. PMID: 19393600.

533. Rowhani-Rahbar A, Mao C, Hughes JP, Alvarez FB, Bryan JT, Hawes SE, Weiss NS, Koutsky LA. Longer term efficacy of a prophylactic monovalent human papillomavirus type 16 vaccine. Vaccine 2009;27:5612-5619. PMID: 19647066.

534. Holmes RS, Hawes SE, Toure P, Dem A, Feng Q, Weiss NS, Kiviat NB. HIV infection as a risk factor for cervical cancer and cervical intraepithelial neoplasia in Senegal. Cancer Epidemiol Biomarkers Prev 2009;18:2442-6. PMID: 19690181.

535. Martini RP, Deem S, Yanez ND, Chestnut RM, Weiss NS, Daniel S, Souter M, Treggiari MM. Management guided by brain tissue oxygen monitoring and outcome following severe traumatic brain injury. J Neurosurg 2009;11:644-9. PMID: 19392603.

536. Rowhani-Rahbar A, Carter JJ, Hawes SE, Hughes JP, Weiss NS, Galloway DA, Koutsky LA. Antibody responses in oral fluid after administration of prophylactic human papillomavirus vaccines. JID 2009;200:1452-55. PMID: 19698077.

537.  Bodelon C, Doherty JA, Chen C, Rossing MA, Weiss NS. Use of nonsteroidal anti-inflammatory drugs and risk of endometrial cancer. Am J Epidemiol 2009;170:1512-1517. PMID: 19897512.

538.  Reding KW, Li CI, Weiss, NS, Chen C, Carlson CS, Duggan D, Thummel KE, Daling JR, Malone KE. Genetic variation in the progesterone receptor and metabolism pathways and hormone therapy in relation to breast cancer risk. Am J Epidemiol 2009;170:1241-1249. PMID: 19846565.

539.  Bodelon C, Madeleine MM, Voigt LF, Weiss NS. Is the incidence of invasive vulvar cancer increasing in the United States? Cancer Causes Control 2009;20:1779-1782. PMID: 19680749.

540.  Weinmann S, Shapiro JA, Rybicki BA, Enger SM, Van Den Eeden SK, Richert-Boe KE, Weiss NS. Medical history, body size and cigarette smoking in relation to fatal prostate cancer. Cancer Causes Control 2009;21:117-125. PMID: 19816779.

541.  Weiss NS. "Population-based outcome studies" of therapy: potentially useful, but not a panacea. Clin Epidemiol 2009;62:1003-1005. PMID: 19447583.

542.  Rossing MA, Wicklund KG, Cushing-Haugen KL, Weiss NS. Predictive value of symptoms for early detection of ovarian cancer. J Natl Cancer Inst 2010;102:222-9. PMID 20110551.

543.  Sherr KH, Micek MA, Gimbel SO, Gloyd SS, Hughes JP, John-Stewart GC, Manjate RM, Pfeiffer J, Weiss NS. Quality of HIV care provided by non-physician clinicians and physicians in Mozambique: a retrospective cohort study. AIDS 2010;24:S59-66. PMID: 20023441.

544.  Boger-Megiddo I, Heckbert SR, Weiss NS, McKnight B, Furberg CD, Wiggins KL, Delaney JA, Siscovick DS, Larson EB, Lemaitre RN, Smith NL, Rice KM, Glazer NL, Psaty BM. Myocardian infraction and stroke associated with diuretic based two drug antihypertensive regimens: population based case-control study. BMJ 2010;340:C1065. PMID: 20100777.

545.  Rossing MA, Cushing-Haugen KL, Wicklund KG, Doherty JA, Weiss NS. Recreational physical activity and risk of epithelial ovarian cancer. Cancer Causes Control 2010;21:485-91. PMID: 19953315.

546.  Dublin S, Walker RL, Jackson ML, Nelson JC, Weiss NS, Jackson LA. Use of proton pump inhibitors and H2 blockers and risk of pneumonia in older adults: a population-based case-control study. Pharmacoepidemiology and Drug Safety 2010; 19: 792-802.

547.  Reed SD, Newton KM, Garcia RL, Allison KH, Voight LF, Jordan CD, Epplein M, Swisher E, Upson K, Elhrlich KJ, Weiss NS. Complex hyperplasia with and without atypia: clinical outcomes and implications of progestin therapy. Obstet Gynecol 2010; 116: 365-73.

548.  Merzon E, Weiss NS, Lustman AJ, Elhayani A, Dresner J, Vinker S. Statin administration and risk of cholecystectomy: a populatin-based case-control study. Expert Opin Drug Saf 2010; 9: 539-43. PMID: 20482330.

549.   Afzali A, Weiss NS, Boyko EJ, Ioannou GN. Association between serum uric acid level and chronic liver disease in the United States. Hepatology 2010; 52: 578-589. PMID: 20683957.

550.   Walter RB, Appelbaum FR, Tallman MS, Weiss NS, Larson RA, Estey EH. Shortcomings in the clinical evaluation of new drugs: acute myeloid leukemia as paradigm. Blood 2010;116:2420-2428. PMID: 20538802.

551.   Zeft AS, Schlesinger MH, Keenan H, Larson R, Emery H, Weiss NS. Wegener's granulomatosis and environmental factors in Western Montana. Rheumatology Reports 2010;2:55-60.

552.   Sangare LR, Stergachis A, Brentlinger PE, Richardson BA, Staedke SG, Kiwuwa MP, Weiss NS. Determinants of use of intermittent preventive treatment of malaria in pregnancy: Jinja, Uganda. PLoS ONE 2010;5:e15066. PMID: 21124732.

553.   Agot KE, Vander Stoep A, Tracy M, Obare BA, Bukusi EA,Ndinya-Achola JO, Moses S, Weiss NS. Widow inheritance and HIV prevalence in Bondo District, Kenya: baseline results from a prospective cohort study. PLoS ONE 2010;5:e14028. PMID: 21103347.

554.   Ba O, Fleming JA, Dieye Y, wa Mutombo BM, Ba M, Cisse MF, Diallo AG, Sow I, Slack MP, Faye PC, Ba M, Diallo N, Weiss NS. Hospital surveillance of childhood bacterial meningitis in Senegal and the introduction of Haemophilus influenzae type b conjugate vaccine. Am J Trop Med Hyg 2010;83:1330-1335. PMID: 21118944.

555.   Misono S, Sie KC, Weiss NS, et al. Congenital cytomegalovirus infection in pediatric hearing loss. Arch Otolaryngol Head Neck Surg 2011;137:47-53. PMID: 21242546.

556.   Weiss NS. The analysis of case-control studies of the efficacy of screening for recurrence of cancer. J Clin Epidemiol 2011;64:41-3. PMID: 21130350.

557.   Trabert B, Weiss NS, Rudra CB, et al. A case-control investigation of adenomyosis: impact of control group selection on risk factor strength. Womens Health Issues 2011;21:160-4. PMID: 21269840.

558.   Lurie G, Gaudet MM, Spurdle AB, Carney ME, Wilkens LR, Yang HP, Weiss NS, et al. The obesity-associated polymorphisms FTO rs9939609 and MC4R rs17782313 and endometrial cancer risk in non-Hispanic white women. PLoS One 2011;6:e16756. PMID: 21347432.

559.   Rosenblatt KA, Weiss NS, Cushing-Haugen KL, et al. Genital powder exposure and the risk of epithelial ovarian cancer. Cancer Causes Control 2011;22:737-42. PMID: 21516319.

560.   Weiss NS. The new world of data linkages in clinical epidemiology: are we being brave or foolhardy? Epidemiology 2011;22:292-4. PMID: 21464647.

561.   Stapleton RD, Martin TR, Weiss NS, et al. A phase II randomized placebo-controlled trial of omega-3 fatty acids for the treatment of acute lung injury. Crit Care Med 2011;39:1655-62. PMID: 21423000.

562. Fleming JA, Dieye Y, Ba O, Mutombo wa Mutombo B, Diallo N, Faye PC, Ba M, Cisse MF, Diallo AG, Ba M, Slack MP, Weiss NS. Effectiveness of haemophilus influenzae type B conjugate vaccine for prevention of meningitis in Senegal. Pediatr Infect Dis J 2011;30:430-2. PMID: 21099444

563. Sangaré LR, Weiss NS, Brentlinger PE, et al. Patterns of anti-malarial drug treatment among pregnant women in Uganda. Malar J 2011;10:152. PMID: 21645402

564. de Boer IH, Rue TC, Hall YN, Heagerty PJ, Weiss NS, et al. Temporal trends in the prevalence of diabetic kidney disease in the United States. JAMA 2011;305:2532-9. PMID: 21693741.

565. Adami HO, Berry SC, Breckenridge CB, Smith LL, Swenberg JA, Trichopoulos D, Weiss NS, et al. Toxicology and epidemiology: improving the science with a framework for combining toxicological and epidemiological evidence to establish causal inference. Toxicol Sci 2011; 122:223-34. PMID: 21561883.

566. Pocobelli G, Doherty JA, Voigt LF, Beresford SA, Hill DA, Chen C, Rossing MA, Holmes RS, Noor ZS, Weiss NS. Pregnancy history and risk of endometrial cancer. Epidemiology 2011;22:638-45. PMID: 21691206.

567. Dublin S, Walker RL, Jackson ML, Nelson JC, Weiss NS, et al. Use of opioids or benzodiazepines and risk of pneumonia in older adults: a population-based case-control study. J Am Geriatr Soc 2011;59:1899-1907.

568. Simpkins JW, Swenberg JA, Weiss N, et al. Atrazine and breast cancer: a framework assessment of the toxicological and epidemiological evidence. Toxicol Sci 2011;123:441-59. PMID: 21768606

569. Phipps AI, Doherty JA, Voigt LF, Hill DA, Beresford SA, Rossing MA, Chen C, Weiss NS. Long-term use of continuous-combined estrogen-progestin hormone therapy and risk of endometrial cancer. Cancer Causes Control 2011;22:1639-46. PMID: 21909949

570. Thrall MM, Gray HJ, Symons RG, Weiss NS, et al. Neoadjuvant chemotherapy in the Medicare cohort with advanced ovarian cancer. Gynecol Oncol 2011;123:461-6. PMID: 21945309

571. Chubak J, Pocobelli G, Weiss NS. Tradeoffs between accuracy measures for electronic health care data algorithms. J Clin Epidemiol 2012;65:343-9. PMID: 22197520.

572. Rowhani-Rahbar A, Alvarez FB, Bryan JT, Hughes JP, Hawes SE, Weiss NS, et al. Evidence of immune memory 8.5 years following administration of a prophylactic human papillomavirus type 16 vaccine. J Clin Virol 2012;53:239-43. PMID: 22209292.

573. Weiss NS, Newcomb PA. Quantifying the potential benefit of sigmoidoscopic rescreening for colorectal cancer. J Natl Cancer Inst 2012;104:259-60. PMID: 22298837.

574.    Sakoda LC, Loomis MM, Doherty JA, et al. Germ line variation in nucleotide excision repair genes and lung cancer risk in smokers. Int J Mol Epidemiol Genet. 2012;3:1-17. PMID: 22493747.

575.    Collaborative Group on Epidemiological Studies of Ovarian Cancer. Ovarian cancer and body size: individual participant meta-analysis including 25,157 women with ovarian cancer from 47 epidemiological studies. PLoS Med 9(4): e1001200. doi:10.1371/journal.pmed.100120. PMID: 22606070.

576.    Floyd JS, Heckbert SR, Weiss NS, et al. Use of administrative data to estimate the incidence of statin-related rhabdomyolysis. JAMA 2012;307:1580-2

577.    Guo F, Liu Y, Wang X, He Z, Weiss NS, et al. Human papillomavirus infection and esophageal squamous cell carcinoma: a case-control study. Cancer Epidemiol Biomarkers Prev 2012;21:780-5. PMID: 22337534.

578.    Floyd JS, Kaspera R, Marciante KD, Weiss NS, et al. A screening study of drug-drug interactions in cerivastatin users: an adverse effect of clopidogrel. Clin Pharmacol Ther 2012;91:896-904. PMID: 22419147.

579.    Setiawan VW, Pike MC, Karageorgi S, Deming SL, Anderson K, Bernstein L, Brinton LA, Cai H, Cerhan JR, Cozen W, Chen C, Doherty J, Freudenheim JL, Goodman MT, Hankinson SE, Lacey JV Jr, Liang X, Lissowska J, Lu L, Lurie G, Mack T, Matsuno RK, McCann S, Moysich KB, Olson SH, Rastogi R, Rebbeck TR, Risch H, Robien K, Schairer C, Shu XO, Spurdle AB, Strom BL, Thompson PJ, Ursin G, Webb PM, Weiss NS, et al. Age at last birth in relation to risk of endometrial cancer: pooled analysis in the epidemiology of endometrial cancer consortium. Am J Epidemiol 2012;176:269-78. PMID 22831825.

580.    Sangaré LR, Weiss NS, Brentlinger PE, et al. Determinants of use of insecticide treated nets for the prevention of malaria in pregnancy: Jinja, Uganda. PLoS One 2012;7:e39712. PMID 22745817.

581.    Dublin S, Walker RL, Jackson ML, Nelson JC, Weiss NS, et al. Angiotensin-converting enzyme inhibitor use and pneumonia risk in community-dwelling older adults: results from a population-based case-control study. Pharmacoepidemiol Drug Saf 2012;DOI 10.1002/pds.3340. PMID 22949094.

582.    Mannino S, Villa M, Apolone G, Weiss NS, et al. Effectiveness of adjuvanted influenza vaccination in elderly subjects in northern Italy. Am J Epidemiol 2012;176:527-33. PMID 22940713.

583.    Dirac MA, Horan KL, Doody DR, Meschke JS, Park DR, Jackson LA, Weiss NS, et al. Environment or host?: A case-control study of risk factors for mycobacterium avium complex lung disease. Am J Respir Crit Care Med 2012;186:684-91. PMID 22859521

584.    Ioannou GN, Bryson CL, Weiss NS, et al. The prevalence of cirrhosis and hepatocellular carcinoma in patients with human immunodeficiency virus infection. Hepatology 2013:57:249-57. PMID: 22532055

585. Frederiksen H, Svaerke C, Thomsen RW, Farkas DK, Pedersen L, Weiss NS, et al. Lymph node enlargement and risk of haematological and solid cancer. Br J Haematol 2013;160:599-607.

586. Doubeni CA, Weinmann S, Adams K, Kamineni A, Buist DS, Ash AS, Rutter CM, Doria-Rose VP, Corley DA, Greenlee RT, Chubak J, Williams A, Kroll-Desrosiers AR, Johnson E, Webster J, Richert-Boe K, Levin TR, Fletcher RH, Weiss NS. Screening colonoscopy and risk for incident late-stage colorectal cancer diagnosis in average-risk adults: a nested case-control study. Ann Intern Med 2013;158:312-20. PMID: 23460054

587. Etzioni R, Gulati R, Cooperberg MR, Penson DM, Weiss NS, et al. Limitations of basing screening policies on screening trials: The US Preventive Services Task Force and prostate cancer screening. Med Care 2013;51:295-300. PMID: 23269114

588. Saltzman BS, Weiss NS, Sieh W, et al. Use of antihypertensive medications and breast cancer risk. Cancer Causes Control 2013:24:365-71. PMID 23224328

589. Weiss NS. The withholding of test results as a means of assessing the effectiveness of treatment in test-positive persons. J Clin Epidemiol 2013;66:355-8. PMID: 22981247

590. Chubak J, Rutter CM, Kamineni A, Johnson EA, Stout NK, Weiss NS, et al. Measurement in comparative effectiveness research. Am J Prev Med 2013:44:513-9. PMID 23597816.

591. Doherty JA, Sakoda LC, Loomis MM, Barnett MJ, Julianto L, Thornquist MD, Neuhouser ML, Weiss NS, et al. DNA repair genotype and lung cancer risk in the beta-carotene and retinol efficacy trial. Int J Mol Epidemiol Genet 2013;4:11-34. PMID 23565320.

592. Erichsen R, Christiansen CF, Mehnert F, Weiss NS, et al. Colorectal cancer and risk of atrial fibrillation and flutter: a population case-control study. Intern Emer Med 2012;7:431-8. PMID 21968511

593. Sunshine JE, Deem S, Weiss NS, et al. Etomidate, adrenal function, and mortality in critically ill patients. Respiratory Care 2013;58:639-46. PMID 22906838

594. Yamamoto KT, Robinson-Cohen C, de Oliveira MC, Kostina A, Nettleton JA, Ix JH, Nguyen H, End J, Lima JAC, Siscovick DS, Weiss NS, Kestenbaum B. Dietary phosphorous is associated with greater left ventricular mass. Kidney Int 2013;83:707-14. PMID 23283134

595. Lowry SJ, Chubak J, Press OW, McKnight B, Weiss NS. Risk of non-Hodgkin lymphoma in relation to tricyclic antidepressant use. Ann Epidemiol 2013;23:349-54. PMID 23683711

596.   Corley DA, Mehtani K, Queseenberry C, Zhao W, de Boer Y, Weiss NS. Impact of endoscopic surveillance on mortality from Barrett's esophagus-associated esophageal adenocarcinoma. Gastroenterology 2013;145:312-9. PMID 23673354

597.   Kogon AJ, vanderStoep A, Weiss NS, et al. Depression and its associated factors in pediatric chronic kidney disease. Pediatr Nephrol 2013;28:1855-61. PMID 23700174

598.   Kamineni A, Weinmann S, Shy KK, Glass AG, Weiss NS. Efficacy of screening in preventing cervical cancer incidence among older women. Cancer Causes Control 2013;24:1653-60. PMID 23744043

599.   Setiawan VW et al. Type I and type II endometrial cancers: Have they different risk factors? J Clin Oncol 2013;31:2607-18. PMID 23733771

600.   Rustagi AS, Kamineni A, Weiss NS. Point: Cervical cancer screening guidelines should consider observational data on screening efficacy in older women. Am J Epidemiol 2013;178:1020-2. PMID 23966563

601.   Rustagi AS, Kamineni A, Weiss NS. Response to counterpoint: Efficacy of cervical cancer screening in older women. Am J Epidemiol 2013;178:1027. PMID 23966562

602.   Villa M, Black S, Groth N, Rothman KJ, Apolone G, Weiss NS, et al. Safety of MF59-adjuvanted influenza vaccination in the elderly: Results of a comparative study in Northern Italy. Am J Epidemiol 2013;178:1139-45. PMID 23863759

603.   Imani PD, Odiit A, Hingorani SR, Weiss NS, Eddy AA. Acute kidney injury and its association with in-hospital mortality among children with acute infections. Pediatr Nephrol 2013; 28:2199-2206. PMID 23872929

604.   Chubak J, Boudreau DM, Wirtz HS, McKnight B, Weiss NS. Threats to the validity of nonrandomized studies of postdiagnosis exposures on cancer recurrence and survival. J Natl Cancer Inst 2013;105:1456-62. PMID 23940288

605.   Weiss NS. Case-control studies of screening for colorectal cancer: Tailoring the design and analysis to the specific research question. Epidemiology 2013;24:894-7. PMID 24076994

606.   Farris RWD, Weiss NS, Zimmerman JJ. Functional outcomes in pediatric severe sepsis: Further analysis of the Researching Severe Sepsis and Organ Dysfunction in Children: A Global Perspective Trial. Pediatr Crit Care Med 2013;14:835-42. PMID 24100847

607.  Basta NE, Stuart JM, Nasciamento MC, Manigart O, Trotter C et al.
      Methods for identifying Neisseria meningitides carriers; A study in the
      African meningitis belt. PLoS ONE
      8(10):e78336.Doi:10.1371/journal.pone.0078336

608.  Asbjornsdottir KH, Slyker JA, Weiss NS, et al. Breastfeeding is associated
      with decreased pneumonia incidence among HIV-exposed, uninfected
      Kenyan infants. AIDS 2013;27:2809-2815. PMID 23921609

609.  Habel LA, Danforth KN, Quesenberry CP, Capra A, vandenEeden SK,
      Weiss NS, Ferrara A. Cohort study of insulin glargine and risk of breast,
      prostate, and colorectal cancer among patients with diabetes. Diabetes
      Care 2013;36:3953-60. PMID 24170756

610.  Robinson-Cohen C, Littman AJ, Duncan GE, Weiss NS, et al. Physical
      activity and change in estimated GFR among persons with CKD. J Am
      Soc Nephrol 2014;25:399-406. PMID 24335971

611.  Psaty BM, Weiss NS, 2013 ACC/AHA guideline on the treatment of blood
      cholesterol: A fresh interpretation of old evidence. JAMA 2014;311:461-2.
      PMID 24264722.

612.  deVivo I, Prescott J, Setiawan VW, et al. Genome-wide association of
      endometrial cancer in E2C2. Hum Genet 2014;133:211-24. PMID
      24096698.

613.  Rustagi AS, Kamineni A, Weinmann S, Reed SD, Newcomb P, Weiss NS.
      Cervical screening and cervical cancer death among older women: A
      population-based case-control study. Am J Epidemiol 2014;179:1107-14.
      PMID 24685531

614.  He Z, Xu Z, Hang D, Guo F, Abliz A, Weiss NS, et al. Anti-HPV-E7
      seropositivity and risk of esophageal squamous cell carcinoma in a high-
      risk Chinese population. Carcinogenesis 2014;35:816-21. PMID
      24356570

615.  Weiss NS. All-cause mortality as an outcome in epidemiologic studies:
      Proceed with caution. Eur J Epidemiol 2014;29:147-9. PMID 24729152

616.  Pocobelli G, Newcomb PA, Li CI, Cook LS, Barlow WE, Weiss NS. Fatal
      breast cancer in relation to use of unopposed estrogen and combined
      hormone therapy. Breast Cancer Res Treat 2014;145:439-47. PMID
      24671356

617.  Yu MK, Weiss NS, Ding X, et al. Association between depressive
      symptoms and incident ESRD in a diabetic cohort. Clin J Am Soc Nephrol
      2014 9:920-8. PMID 24677559

618. Chen MM, Crous-Bou M, Setiawan VW, et al. Exome-wide association study of endometrial cancer in a multiethnic population. PLoS One 2014 May 8;9(5):e97045. doi: 10.1371/journal.pone.0097045. eCollection 2014. PMID 24810602

619. Weiss NS, Koepsell TD. Epidemiologic Methods. Oxford, New York, 2014.

620. Ostenfeld EB, Erichsen R, Pedersen L, Farkas DF, Weiss NS, Sorensen HT. Atrial fibrillation as a marker of occult cancer. PLoS One 2014 Aug13;9(8):e102861. PMID 24831031

621. Etzioni R, Xia J, Hubbard R, Weiss NS, Gulati R. A reality check for overdiagnosis estimates associated with breast cancer screening. J Natl Cancer Inst 2014;106:dju315. PMID 25362701

622. Weiss NS. Re: "Twenty-five year follow-up for breast cancer incidence and mortality of the Canadian National Breast Screening Study: a randomized screening trial". Am J Epidemiol 2014;180:759-60. PMID 25194149

623. Cote ML, et al. Risk factors for endometrial cancer in black and white women: a pooled analysis from the epidemiology of endometrial cancer consortium. Cancer Causes Control 2015;26:287-96. PMID 25534916

624. Pocobelli G, Weiss NS. Breast cancer mortality in relation to receipt of screening mammography: a case-control study in Saskatchewan, Canada. Cancer Causes Control 2015;26:231-7. PMID 25471059

625. Weiss, NS. Case-control studies, in Oxford Textbook of Public Health, 6th Edition, R Detels, M Guilford, Q Abdool Karim, CC Tan, eds. Oxford, 2015.

626. Ioannou GN, Bryson CL, Weiss NS, Boyko EL. Associations between lipodystrophy or anti-retroviral medications and cirrhosis in patients with HIVinfection or HIV/HCV co-infection. Eur J Gastroenterol Hepatol 2015;27:577-84. PMID 25769096

627. Weiss NS. Cohort studies of the efficacy of screening for cancer. Epidemiology 2015;26:362-4. PMID 25764250

628. Sogaard KK, Farkas DK, Pedersen L, Weiss NS, et al. Pneumonia and the incidence of cancer: a Danish nationwide cohort study. J Int Med 2015;277:429-38. PMID 24831031

.

Testimony in judicial proceedings since 2005

Noel S. Weiss, M.D., Dr.P.H.


2006:        Pisani v. AC & S, Seattle, WA
             Perez    Seattle, WA
             White v. Seeno Con, Seattle
             Wilson v. Chesterton, Seattle, WA
             Allen v. Aerojet, Sacramento, CA
             Craig v. Atlas, Seattle, WA
             Payne v. Saberhagen, Seattle, WA
             Adams, Seattle, WA
             Villalpando, Seattle, WA
             Detel v. BP, Seattle, WA
             Smith, Seattle, WA
             Trompeter, Seattle, WA
             Frisbie, Seattle, WA


2007:        Yankee v. Alcoa, Seattle, WA
             Taylor, Seattle, WA


2008:        Davidian, Seattle, WA
             Cooper, Seattle, WA
             Smith (Alton), Seattle
             Seifert - Portland Fire Bureau
             Bradford, Seattle
             Barr, Seattle
             Smith v. Chesterton, San Francisco
             Williams, Seattle


2009:        Compton, Seattle
             Smith v. Sears, Seattle
             Gerston, Seattle
             Crull, Seattle
             Dreckman, Denver
             Wall, Seattle
             Riley, Seattle
             Nunez, Seattle (and Los Angeles, for testimony)
             Heinen, Seattle
             Miller, Seattle (and Los Angeles, for testimony)


2010:        Corrigan, Seattle
              La Brenz, Seattle
              Erickson v Microaire, Seattle

2011:        Grondahl, Seattle
             Gray, Seattle
             Niusini, Seattle
             Makinano, Seattle
             Druckreier, Seattle
             Larson, Bellevue

2012:        Acosta, Seattle
             Pullian, Seattle
             Kenny, Seattle
             Lindley, Seattle
             Young, Seattle
             Massey, Seattle
             Scarcella, Seattle

2013:        Ball, Seattle
             Cavacuiti, Seattle
             Spivey, Bellevue

2014:        Allen, Seattle
             Sendl, Seattle
             Self, Seattle
             Runnestrand, Seattle
             Hawbaker, Seattle
             Cuvalo, Seattle
             Razo, Seattle
             McBride, Seattle
             Dimarco, Seattle
             Krogh, Seattle
             Cantrell, Seattle
             Marquez, Seattle
             Santangelo, Bellevue

2015:        Barber, Seattle