Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP

| | |
|---|---|
| MICHAEL W. GIBSON | 1382-0 |
| KEVIN W. HERRING | 6722-0 |
| FRANCIS P. HOGAN | 2722-0 |
| MICHAEL R. VIEIRA | 8186-0 |
| CLARA PARK | 9785-0 |
| BENJAMIN M. CREPS | 9959-0 |

999 Bishop Street, Suite 1400
Honolulu, Hawai`i  96813
Telephone:  (808) 539-0400
Facsimile:  (808) 533-4945
E-mail:  mgibson@awlaw.com
kherring@awlaw.com
fhogan@awlaw.com
mvieira@awlaw.com
cpark@awlaw.com
bcreps@awlaw.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EVERINE VAN HOUTEN,<br><br>    Plaintiff,<br><br>vs.<br><br>USPlabs, LLC, a Texas corporation, and GNC Holdings, Inc., a Pennsylvania corporation,<br><br>    Defendants. | CIVIL NO. CV13-00635 LEK/KSC<br><br>DEFENDANTS' MOTION FOR SUMMARY JUDGMENT; MEMORANDUM IN SUPPORT OF MOTION; DECLARATION OF KEVIN W. HERRING; EXHIBITS "1" – "11"; CERTIFICATE OF COMPLIANCE; CERTIFICATE OF SERVICE |

1624901.1

# DEFENDANTS' MOTION FOR
# SUMMARY JUDGMENT

Defendants USPlabs, LLC and GNC Holdings, Inc. respectfully request that this Court enter an order granting summary judgment in favor of Defendants on all claims set forth in the First Amended Complaint filed herein on October 29, 2014 (ECF # 48).

Summary judgment in favor of the Defendants is appropriate because Plaintiff has failed to provide *any* expert evidence regarding medical causation. Further, Defendants' experts conclude that the product at issue did not cause the alleged injury.

This Motion is brought under Fed R. Civ. P. 56 and is based on the Memorandum in Support of Motion, Concise Statement of Facts, as well as the attached exhibits and declarations.

DATED: Honolulu, Hawaii; April 22, 2015.

/s/ Kevin W. Herring
MICHAEL W. GIBSON
KEVIN W. HERRING
MICHAEL R. VIEIRA
Attorney for Defendants
USPlabs, LLC and
GNC Holdings, Inc.

1624901.2