EXHIBIT "6"

# EXHIBIT "6"
# <u>INDEX</u>

**Footnote 18**: (BS) Nos. 575-580

**Footnote 19**: (BS) Nos. 525-0533

**Footnote 20**: (BS) Nos. 502-510

**Footnote 21**: (BS) Nos. 479-480

**Footnote 22**: (BS) Nos. 465-466

**Footnote 23**: (BS) Nos. 468-469

**Footnote 24**: (BS) Nos. 428-434

**Footnote 25**: (BS) Nos. 351-356, 306-313

**Footnote 26**: (BS) Nos. 269-0274

**Footnote <u>29</u>**: (BS) Nos. 220 – 225

# FOOTNOTE 18

```
{2a}                        PATIENT REGISTRATION FORM
                            HILO MEDICAL CENTER
                         1190 WAIANUENUE AVE HILO, HI 96720

MED REC#:  H██████████        NAME:  VANHOUTEN,EVERINE A        VIP:     CONF:
ACCOUNT#:  H██████████     ADMIT DATE:  11/07/12  TIME:  0518   DISCHG DATE:
BIRTHDATE: 0██████████     SERV/LOC:     HLED            SOC SEC#:    XXX-XX-3768
AGE:     32          ROOM/BED:                      PAT STATUS:   DEP ER
SEX:     F           RACE: WHITE/CAUCASIAN          ADM CLERK:     ETOMITA
FIN CLASS: QHMSA        ADMIT SOURCE: PATIENT CAME FROM HO
INS DIAG:              REASON:
INS AUTH:
INS Procedure 1:          Proc 2:          Proc 3:            Proc 4:

                        *** PATIENT INFORMATION ***

PATIENT:    VANHOUTEN,EVERINE A          MARITAL ST: NEVER MARRIED
ADDRESS:    5██████████████████████       RELIGION:   NONE
            L████████████████
PHONE HM#: (80██████████████              PHONE WK#:  (80██████████
PREFERRED LANGUAGE:
                        *** PHYSICIAN INFORMATION ***

PRIMARY CARE PHYS: Leeloy, Henry K. MD        FAMILY PHYS:
ADMIT PHYSICIAN:                              OTHER PHYS:
ATTENDING/ER PHYS: Coker, Kyle P MD

                        *** CONTACT INFORMATION ***

NEXT OF KIN:  NONE,PERPT                 PERSON TO NOTIFY:  VANHOUTEN,BARBARA
NOK ADDRESS:                            PERSON NOTIFY ADD:

NOK PHONE #:                            PERSON NOTIFY PH#:  ██████████████
NOK OT PH #:                            PERSON OT PH#:

                        *** GUARANTOR INFORMATION ***

GUARANTOR NAME: VANHOUTEN,EVERINE A       GUAR EMPLOYER: HILO MEDICAL CENTER
GUAR ADDRESS:   ██████████████████████     GUAR EMP PH #: (██████████████
                ██████████████            RELATIONSHIP:  PATIENT
GUAR PHONE NO:  (██████████████           GUARANTOR SS#: XXX-XX-3768

  INSURANCE                POLICY #          GROUP #        SUBSCRIBER
1 DO NOT USE Quest/HMS     ██████████████                  VANHOUTEN,EVERINE A
     PO Box 3520,Honolulu,HI 96811
     (808)948-6486
2


3


                        *** ADVANCE DIRECTIVES ***

Advanced Directive:U    Name:
  What type:

Do you have a living will?
HIPAA Notice Provided? 03/21/11  COA signed? Y    If no?

COMMENT:

HLMRPC08                                          ZIP/POST
```

**Hilo Medical Center**
*We Care for Our Community*
1190 Waianuenue Avenue. Hilo, Hawaii 96720
(808)932-3000

Report Status: Signed

Patient: **VANHOUTEN,EVERINE A**
DOB: ~~●●●●●●●●●~~
Medical Record: **HM00507788**
Account: **HL0010158377**
PCP: Henry K. Leeloy MD
ED Physician: **Coker, Kyle P MD**
Service Date: **11/07/12**

### History of Present Illness

**Nursing Note:** Agreed With
**Chief Complaint:** Urinary Infection/UTI symptoms
**Time Seen by Provider:** 11/07/12 06:01
**Source:** Patient
**Historian:** Appears accurate
**Exam Limitations:** None
**Onset:** Days (1)
**Severity:** Moderate
**Timing/Duration:** Constant
**Modifying Factors:** improves with: Medication
**Associated Symptoms:** None. denies: Fever/Chills, Nausea/Vomiting

Notes: (location/quality/context):
Nursing Triage Note

| History of Chief Complaint | triage |
|---|---|
| symptoms including | pt her for evaluation of uti |
| states pain 6/10 | pain on urination x 1 day; pt |
| about 2 hrs | now with motrin and tylenol taken |
| and care | ago; no acute distress; pt to room |
| | transferred |



**11/07/12 06:12**
This is a 32 year old female [primary care physician-Dr. Leeloy] with no significant past medical history who presents to the ED alone via POV complaining of pain with urination. Onset x 1 day, 2000 last night. Rates pain as 6/10. Reports taking motrin and tylenol with some relief of her symptoms. Adds that "everything is sore." Denies fever, chills, nausea, vomiting, hematuria, or any other associated symptoms.  (Coker,Kyle P MD)

**Allergies/Adverse Reactions:**

No Known Allergies Allergy (Verified 11/07/12 05:23)

**Home Medications:**

Pg 1 of 5
**Physician Documentation** 1107-0012

Name: VANHOUTEN,EVERINE A
MR #: HM00507788
DOB: ████████

| Medication | Instructions | Recorded | Type |
|---|---|---|---|
| Nitrofurantoin Macrocrystal [Macrobid (Nitrofurantoin)100MG CAP*] | 100 mg PO Q6H #14 capsule | 11/07/12 | Rx |
| None | | 11/07/12 | History |
| Phenazopyridine HCl [Phenazopyridine (Pyridium)*] | 200 mg PO TID PRN #12 tablet | 11/07/12 | Rx |

### Past Medical History

**Past Medical History:** Reports: None
**Past Surgical History:** Cholecystectomy, Other (breast augmentation)

### - Social History

**Personal History:** Single
**Alcohol:** Reports: Occasional
**Drugs:** Reports: Never
**Smoking Status:** Never Smoker

### Review of Systems

**Except as noted:** Reviewed and negative
**Constitutional:** denies: Fever, Chills
**Eyes:** denies: Pain, Trauma
**Ears/Nose/Mouth/Throat:** denies: Earache, Rhinorrhea, Sinus Pain, Sore Throat
**Cardiovascular:** denies: Chest Pain, Palpitations
**Respiratory:** denies: Dyspnea, Cough
**Gastrointestinal:** denies: Nausea, Vomiting
**Genitourinary:** Dysuria (pain with urination). denies: Hematuria
**Musculoskeletal:** denies: Back Pain, Neck Pain, Joint Pain
**Integumentary:** denies: Pruritis, Rash, Bruising
**Neurological:** denies: Dizziness, Headache
**Psychiatric:** denies: Depression, Anxiety
**Endocrine:** denies: Polyuria, Polydipsia
**Hematologic/Lymph:** denies: Easy Bruising, Excessive Bleeding
**Allergic/Immunologic:** denies: Food Allergy, Drug Allergy

### Physical Exam

**Vital Signs Reviewed?:** Yes
**Constitutional:** Well Developed/Nourished, Appears Stated Age
**Eyes:** PERRL, EOMI
**Ears/Nose/Throat:** Nml ENT Exam. No: JVD
**Cardiovascular:** Regular Rate & Rhythm, Peri Pulses Strg/Eq
**Respiratory:** BS Normal/Equal Bilat. No: Respiratory Distress
**Gastrointestinal:** Soft, Normal BS. Not: Tender
**Abdominal Tenderness:** Not: Present
**Musculoskeletal:** Full ROM. No: Deformity, Tenderness to Palp, Pedal Edema
**Integumentary:** Normal, Dry
**Neurological:** Alert. Not: Focal Findings
**Psychiatric:** Nml Age Behavior, Alert

**Nursing Vital Signs:**
                              **Initial Vital Signs**

Pg 2 of 5
**Physician Documentation 1107-0012**

Name: VANHOUTEN,EVERINE A
MR #: HM00507788
DOB:

| Temperature | 36.2 C L | 11/07/12 05:24 |
|---|---|---|
| Pulse Rate | 95 | 11/07/12 05:24 |
| Respiratory Rate | 16 | 11/07/12 05:24 |
| Blood Pressure | 137/93 H | 11/07/12 05:24 |
| O2 Sat by Pulse Oximetry | 100 | 11/07/12 05:24 |

**- Laboratory**

**Result Note:**

### Laboratory Tests

| | 11/07/12 05:31 | Range/Units |
|---|---|---|
| Urine Color | Yellow | (()) |
| Urine Appearance | Hazy | (()) |
| Urine pH | 6.0 | (5.0-7.5) |
| Ur Specific Gravity | >1.035 H | (1.005-1.03) |
| Urine Protein | 100 H | (NEG)  mg/dL |
| Urine Glucose (UA) | Negative | (NEG)  mg/dL |
| Urine Ketones | Negative | (NEG)  mg/dL |
| Urine Blood | Large H | (NEG) |
| Urine Nitrate | Negative | (NEG) |
| Urine Bilirubin | Negative | (NEG) |
| Urine Urobilinogen | 1.0 | (0.2-1.0)  EU/dL |
| Ur Leukocyte Esterase | Trace H | (NEG) |
| Urine RBC | 20-50 | (0-2)  /hpf |
| Urine WBC | 10-20 | (0-5)  /hpf |
| Ur Squamous Epith Cells | Mod | (())  /lpf |
| Urine Bacteria | Occ H | (NONE)  /hpf |
| Urine Mucus | Few | (())  /lpf |
| Ur Culture Indicated? | Reflex c/s done. H | (CSND) |
| Urine Total Volume | 2 | (())  mL |

**Update**

**- Patient Update**

**Status on patient:**
11/07/12 06:12
Charting performed by ED scribe Sarah Bakken for Dr. Coker.

**- Patient Update**

**Visit Medications:**

ED Visit Medications

Discontinued Medications

| Generic Name | Dose Route | Start | Last Admin |
|---|---|---|---|

Pg 3 of 5
**Physician Documentation 1107-0012**

Name: VANHOUTEN,EVERINE A
MR #: HM00507788
DOB:

| Trade Name | Freq | PRN Reason | Stop | Dose Admin |
|---|---|---|---|---|
| Nitrofurantoin Macrocrystals Macrodantin Capsule | 100 mg PO ONCE ONE | | 11/07/12 06:09 11/07/12 06:10 | |
| Phenazopyridine HCl Pyridium Tablet | 200 mg PO ONCE ONE | | 11/07/12 06:08 11/07/12 06:09 | |

**Medical Decision Making/Dispo**

**MDM Note/Critical Care Macro:**

11/07/12 07:03
32-year-old female presented emergency department with dysuria and suprapubic pain since 8:00 last night. The patient has recently had sex for the first time in several months and feels that she has a developed a urinary tract infection do this. She does have a history of occasional urinary tract infections and has been some years since her last period she is not having flank pain or fevers. She denies any nausea vomiting. Otherwise she is in good health. Bowel sounds are normal. Physical exam benign. It artery studies show a urinalysis consistent with a urinary tract infection. Cultures are pending. There is not enough urine obtained to perform a CT or the patient states that she is a condom and currently has a IUD in place. She'll be started on nitrofurantoin zoster in the emergency department as an outpatient. I've asked that she follow up with her primary care physician in 3-5 days for culture results and review.  She can return to the emergency department for any worsening of symptoms, no fever, intractable nausea vomiting, or other needs.
**Reviewed the Following:** Lab
**Discussed Investigation, Dx and Tx With:** Patient
**Risk, Follow-up Discussed With:** Patient

- Disposition

**Time of Disposition:** 06:49
**Disposition:** DC

**Referrals:**
Leeloy,Henry K., MD [Primary Care Provider] - 3 to 5 Days
**Ambulatory Prescriptions:**
Nitrofurantoin Macrocrystal [Macrobid (Nitrofurantoin)100MG CAP*] 100 mg PO Q6H #14 capsule
Phenazopyridine HCl [Phenazopyridine (Pyridium)*] 200 mg PO TID PRN #12 tablet
 PRN Reason: Pain



- Disposition

**DX: (Primary DX listed 1st):** Hemorrhagic cystitis
**Condition:** Stable
**Instructions:**  URINARY TRACT INFECTION, General Emergency Department Discharge Instructions
**Custom Instructions:**
Please follow up in 3-5 days with your primary care provider. Please return to the ER if your symptoms worsen.

Pg 4 of 5
**Physician Documentation 1107-0012**

Name: **VANHOUTEN,EVERINE A**
MR #: HM00507788
DOB: ▮▮▮▮▮▮▮▮▮

Signed By:   **Coker, Kyle P MD**        Date/Time: **11/07/12 0705**
                                      **<Electronically signed by Kyle P Coker MD>**

CC: Leeloy, Henry K. MD.

Pg 5 of 5
**Physician Documentation** 1107-0012

# FOOTNOTE 19

```
{2a}                    PATIENT REGISTRATION FORM
                          HILO MEDICAL CENTER
                     1190 WAIANUENUE AVE HILO HI 96720

MED REC#: HM00S07788        NAME: VANHOUTEN EVERINE A        VIP:    CONF:
ACCOUNT#: HL0010182218      ADMIT DATE:   03/18/13 TIME:  1851   DISCHG DATE:
BIRTHDATE: 0        -1980    SERV/LOC:     HLED                SOC SEC#:    XXX-XX-3768
AGE:      33                ROOM/BED:                         PAT STATUS:  DEP ER
SEX:      F                 RACE: WHITE/CAUCASIAN             ADM CLERK:   MCASTRO
FIN CLASS: QHMSA            ADMIT SOURCE: CLINIC OR PHYSICIAN'
INS DIAG:                   REASON:
INS AUTH:
INS Procedure 1:            Proc 2:            Proc 3:            Proc 4:

*** PATIENT INFORMATION ***

PATIENT:   VANHOUTEN,EVERINE A           MARITAL ST: NEVER MARRIED
ADDRESS:                                 RELIGION:   NONE

PHONE HM#: (                             PHONE WK#: (

*** PHYSICIAN INFORMATION ***

PRIMARY CARE PHYS: Leeloy, Henry K. MD.    FAMILY PHYS:
ADMIT PHYSICIAN:                           OTHER PHYS:
ATTENDING/ER PHYS: Wren, Dale L  MD

*** CONTACT INFORMATION ***

NEXT OF KIN:   NONE,PERPT                 PERSON TO NOTIFY:  VANHOUTEN,BARBARA
NOK ADDRESS:                             PERSON NOTIFY ADD:

NOK PHONE #:                             PERSON NOTIFY PH#: (
NOK OT PH #:                             PERSON OT PH#:

*** GUARANTOR INFORMATION ***

GUARANTOR NAME: VANHOUTEN,EVERINE A       GUAR EMPLOYER: HILO MEDICAL CENTER
GUAR ADDRESS:                     EET     GUAR EMP PH #:
                                          RELATIONSHIP:  PATIENT
GUAR PHONE NO: (                          GUARANTOR SS#: XXX-XX-3768

INSURANCE              POLICY #           GROUP #        SUBSCRIBER
1 Quest/HMSA                                             VANHOUTEN,EVERINE A
    PO Box 3520,Honolulu,HI 96811
    (808)948-6486
2

3

*** ADVANCE DIRECTIVES ***

Advanced Directive:N   Name:
  What type:

Do you have a living will?
HIPAA Notice Provided? 03/21/11 COA signed? Y    If no?

COMMENT:
```

**Hilo Medical Center**
*We Care for Our Community*
1190 Waianuenue Avenue. Hilo, Hawaii 96720
(808)932-3000

Report Status: Signed with Addenda

Patient: **VANHOUTEN,EVERINE A**
DOB: 0▮▮▮▮▮▮
Medical Record: **HM00507788**
Account: **HL0010182218**
PCP: **Henry K. Leeloy MD**
ED Provider: **Wren, Dale L  MD**
Service Date: **03/18/13**

### History of Present Illness

**Nursing Note:** Agreed With
**Chief Complaint:** Nausea/Vomiting/Diarrhea
**Time Seen by Provider:** 03/18/13 19:20
**Source:** Patient, Parent, Hospital Records
**Historian:** Appears accurate
**Exam Limitations:** None
**Onset:** Hours
**Severity:** Moderate
**Timing/Duration:** Constant
**Modifying Factors:** improves with: Medication (Ibuprofen)
**Associated Symptoms:** Fever/Chills (chills only, no fever), Nausea/Vomiting, Other (diarrhea, abdominal discomfort)

**Notes: (location/quality/context):**
Nursing Triage Note

History of Chief Complaint       pt reports nausea, vomiting, diarrhea
over the
                                 last 12 hrs.



03/18/13 19:29
Patient is a 33 year old female with history of cholecystectomy who presents to the ED with her mother via POV complaining of nausea, vomiting, diarhea and abdominal discomfort. Onset earlier this morning. She is having 5/10 periumbilical abdominal "discomfort." She has been taking Ibuprofen for pain. Patient reports associated chills. She is currently afebrile. Patient denies any recent travel, dysuria or any other associated symptoms. She is not on a catchment water system. Her PCP is Dr. Leeloy. (Wren,Dale L MD)

**Allergies/Adverse Reactions:**

No Known Allergies Allergy (Verified 11/07/12 05:23)

**Home Medications:**

Pg 1 of 7
**Physician Documentation** 0318-0144

Name: **VANHOUTEN,EVERINE A**
MR #: **HM00507788**
DOB: ▓▓▓▓▓▓▓▓

| Medication | Instructions | Recorded | Type |
|---|---|---|---|
| Nitrofurantoin Macrocrystal [Macrobid (Nitrofurantoin)100MG CAP*] | 100 mg PO Q6H #14 capsule | 11/07/12 | Rx |
| None | | 11/07/12 | History |
| Phenazopyridine HCl [Phenazopyridine (Pyridium)*] | 200 mg PO TID PRN #12 tablet | 11/07/12 | Rx |
| Ondansetron [Zofran Odt Tablet] | 4 mg PO Q6H PRN #10 tablet | 03/18/13 | Rx |

### Past Medical History

**Past Medical History:** Reports: None
**Past Surgical History:** Cholecystectomy, Other (breast augmentation)
**Last Menstrual Period:** Other (2/20/13)

**- Social History**

**Personal History:** Single
**Alcohol:** Reports: Occasional
**Drugs:** Reports: Never
**Smoking Status:** Never Smoker

### Review of Systems

**Except as noted:** Reviewed and negative
**Constitutional:** Chills.  denies: Fever
**Eyes:** denies: Vision Change, Discharge
**Ears/Nose/Mouth/Throat:** denies: Rhinorrhea, Sinus Pain, Sore Throat
**Cardiovascular:** denies: Chest Pain, Palpitations
**Respiratory:** denies: Dyspnea, Cough
**Gastrointestinal:** Abdominal Pain, Nausea, Vomiting, Diarrhea
**Genitourinary:** denies: Dysuria, Hematuria
**Musculoskeletal:** denies: Back Pain, Neck Pain, Muscle Pain/Stiffness
**Integumentary:** denies: Pruritis, Rash, Bruising
**Neurological:** denies: Dizziness, Headache
**Hematologic/Lymph:** denies: Excessive Bleeding, Lymphadenopathy
**Allergic/Immunologic:** denies: Drug Allergy

### Physical Exam

**Vital Signs Reviewed?:** Yes
**Constitutional:** Well Developed/Nourished, Appears Stated Age, Alert.  Not: Distress
**Eyes:** PERRL, EOMI
**Ears/Nose/Mouth/Throat:** Nml ENT Exam.  No: JVD

Pg 2 of 7
**Physician Documentation** 0318-0144

Name: **VANHOUTEN,EVERINE A**
MR #: HM00507788
DOB: ▓▓▓▓▓▓▓

**Cardiovascular:** Regular Rate & Rhythm, Peri Pulses Strg/Eq
**Respiratory:** BS Normal/Equal Bilat.  No: Respiratory Distress
**Gastrointestinal:** Soft, Normal BS.  Not: Tender
**Abdominal Tenderness:** Present, RLQ.  Not: Rebound, Voluntary Guarding, Involuntary Guarding
**Musculoskeletal:** Full ROM, Supple Neck.  No: Deformity, Tenderness to Palp, Pedal Edema
**Integumentary:** Normal, Dry
**Neurological:** Alert, Oriented x 3.  Not: Focal Findings
**Psychiatric:** Nml Age Behavior, Nml Mood/Affect, Alert
**Hema/Lymph/Immun:** No: Bleeding Gums, Lymphadenopathy

**Nursing Vital Signs:**

### Initial Vital Signs

| Temperature | 36.6 C | 03/18/13 19:11 |
|---|---|---|
| Pulse Rate | 112 H | 03/18/13 19:11 |
| Respiratory Rate | 16 | 03/18/13 19:11 |
| Blood Pressure | 135/96 H | 03/18/13 19:11 |
| O2 Sat by Pulse Oximetry | 99 | 03/18/13 19:11 |

### Results/Interpretations

- CT Scan
  ** ABDOMEN AND PELVIS CT
CT Notes:
03/18/13 23:01

CONTRAST ENHANCED CT SCAN OF THE ABDOMEN AND PELVIS Technique: Computed spiral CT of the abdomen and pelvis was performed from the level of the dome of the diaphragm to the pelvic floor after the intravenous administration of 75 cc of Omnipaque 350. Oral contrast was also given. Findings: Lung bases: Clear. Liver: Normal . Gallbladder and bile ducts: Normal bile ducts. Status post cholecystectomy. Pancreas: Normal. Spleen: Normal. Aorta and retroperitoneum: Normal. Kidneys ureters and bladder: Normal, except for 3 small nonobstructing stones in the left upper renal pole calyces ranging in size from 1-5 mm. No hydronephrosis or ureteral stones. No perinephric edema. Bowel and mesentery: Normal. Appendix: Normal. Pelvis: No pelvic masses. In IUD appears well-positioned within the uterine cavity with a small amount of fluid in the cervical canal about clinical significance. Bones: Normal. Additional findings: No free fluid or air. Impression: Small nonobstructing left renal stones. No acute finding evident. Electronically signed by Scott Grosskreutz, M.D. at 10:50 PM on 18 March 2013. Board certified, American College of Radiology

- Laboratory

**Result Note:**



03/18/13 19:30

Pg 3 of 7
**Physician Documentation** 0318-0144

Name: **VANHOUTEN,EVERINE A**
MR #: **HM00507788**
DOB: 



03/18/13 19:30

| 139 | 105 | 15 |
|---|---|---|
| 3.9 | 28 | 0.93 |

### Laboratory Tests

| | 03/18/13 19:30 | 03/18/13 20:00 | Range/Units |
|---|---|---|---|
| WBC | 11.6 H | | (3.8-11.2) 10(9)/L |
| RBC | 4.94 | | (3.9-5.2) 10(12)/L |
| Hgb | 14.7 | | (11.6-15.1) g/dL |
| Hct | 43.4 | | (34.1-44.2) % |
| MCV | 87.7 | | (80-100) fL |
| MCH | 29.7 | | (27-33) pg |
| MCHC | 33.9 | | (32-36) g/dL |
| RDW | 13.0 | | (11-15) % |
| Plt Count | 332 | | (150-450) 10(9)/L |
| Differential Method | Manual | | (()) |
| Neutrophils % (Manual) | 89 H | | (40-70) % |
| Band Neutrophils % | 1 | | (0-9) % |
| Lymphocytes % (Manual) | 4 L | | (20-45) % |
| Monocytes % (Manual) | 6 | | (4-10) % |
| Absolute Neutrophils | 10.44 H | | (1.4-7.0) 10(9)/L |
| Absolute Lymphocytes | 0.46 L | | (0.7-4.5) 10(9)/L |
| Absolute Monocytes | 0.70 | | (0.1-1.0) 10(9)/L |
| Toxic Granulation | Sl | | (()) |
| Large Platelets | Present | | (()) |
| Anisocytosis | Sl | | (()) |
| Sodium | 139 | | (133-145) mmol/L |
| Potassium | 3.9 | | (3.3-5.1) mmol/L |
| Chloride | 105 | | (96-108) mmol/L |
| Carbon Dioxide | 28 | | (21-31) mmol/L |
| Anion Gap | 6 | | (4-16) |
| BUN | 15 | | (8-24) mg/dL |
| Creatinine | 0.93 | | (0.40-1.10) mg/dL |
| Est GFR (Non-Af Amer) | >60 | | (>59) |
| Est GFR (MDRD) Af Amer | >60 | | (>59) |
| Glucose | 111 H | | (70-99) mg/dL |
| Calcium | 8.6 | | (8.6-10.3) mg/dL |
| Total Bilirubin | 1.0 | | (0-1.2) mg/dL |
| AST | 186 H | | (0-31) U/L |
| ALT | 176 H | | (0-31) U/L |
| Alkaline Phosphatase | 89 | | (34-104) U/L |
| Total Protein | 6.8 | | (5.9-8.4) g/dL |
| Albumin | 4.3 | | (4.0-5.1) g/dL |
| Globulin | 2.5 | | (2.0-3.6) g/dL |
| Albumin/Globulin Ratio | 1.7 | | (1.2-2.3) |
| Lipase | 17 | | (4-58) U/L |

Pg 4 of 7
**Physician Documentation** 0318-0144

Name: **VANHOUTEN,EVERINE A**
MR #: **HM00507788**
DOB: ~~██████~~

| HCG, Qual | Negative | | (()) |
|---|---|---|---|
| Urine Color | | Yellow | (()) |
| Urine Appearance | | Sl hazy | (()) |
| Urine pH | | 6.5 | (5.0-7.5) |
| Ur Specific Gravity | | 1.020 | (1.005-1.03) |
| Urine Protein | | Trace H | (NEG)  mg/dL |
| Urine Glucose (UA) | | Negative | (NEG)  mg/dL |
| Urine Ketones | | 15 H | (NEG)  mg/dL |
| Urine Blood | | Negative | (NEG) |
| Urine Nitrate | | Negative | (NEG) |
| Urine Bilirubin | | Negative | (NEG) |
| Urine Urobilinogen | | 4.0 H | (0.2-1.0)  EU/dL |
| Ur Leukocyte Esterase | | Negative | (NEG) |
| Urine RBC | | 0-2 | (0-2)  /hpf |
| Urine WBC | | 2-5 | (0-5)  /hpf |
| Ur Squamous Epith Cells | | Few | (())  /hpf |
| Urine Bacteria | | Mod H | (NONE)  /hpf |
| Urine Mucus | | Mod | (())  /lpf |
| Ur Culture Indicated? | | Reflex c/s done. H | (CSND) |

**Update**

**- Patient Update**

**Status on patient:**
03/18/13 19:32
Charting performed by ED scribe Kailie Shiba for Dr. Wren.

**- Patient Update**

**Visit Medications:**

ED Visit Medications

| Discontinued Medications |
|---|

| Generic Name Trade Name | Dose Route Freq  PRN Reason | Start Stop | Last Admin Dose Admin |
|---|---|---|---|
| Sodium Chloride <br><br>Sodium Chloride 0.9% Bag | 1000 mls @ <br><br> 999 mls/hr IV <br><br> .Q1H1M ONE | 03/18/13 23:21 03/19/13 00:21 | 03/18/13 22:45 999 mls/hr |
| Ondansetron HCl <br><br> Zofran Injection | 4 mg IVP PRN <br><br> PRN | 03/18/13 19:17 | 03/18/13 20:00 4 mg |

Pg 5 of 7
**Physician Documentation** 0318-0144

Name: **VANHOUTEN,EVERINE A**
MR #: **HM00507788**
DOB: ~~REDACTED~~

| | NAUSEA / VOMITING | . | |
|---|---|---|---|
| Ondansetron HCl | 4 mg PO | 03/18/13 23:24 | 03/18/13 23:25 |
| Zofran Odt Tablet | TAKEHOME ONE | 03/18/13 23:25 | 4 mg |
| Morphine Sulfate | 5 mg IVP ONCE | 03/18/13 21:54 | 03/18/13 22:04 |
| Morphine Injection | ONE | 03/18/13 21:55 | 5 mg |
| Metoclopramide HCl | 10 mg IV ONCE | 03/18/13 21:54 | 03/18/13 22:04 |
| Reglan Injection | ONE | 03/18/13 21:55 | 10 mg |
| Ondansetron HCl | 4 mg IVP ONCE | 03/18/13 21:53 | 03/18/13 21:00 |
| Zofran Injection | ONE | 03/18/13 21:54 | 4 mg |
| Sodium Chloride | 1000 mls @ | 03/18/13 19:17 | 03/18/13 20:00 |
| Sodium Chloride 0.9% Bag | 999 mls/hr IV | 03/18/13 20:17 | 999 mls/hr |
| | .Q1H1M ONE | | |
| Pantoprazole Sodium | 40 mg IV ONCE | 03/18/13 20:00 | 03/18/13 20:00 |
| Protonix Injection | ONE | 03/18/13 20:01 | 40 mg |
| Diphenhydramine HCl | 25 mg IV ONCE | 03/18/13 20:09 | 03/18/13 20:00 |
| Benadryl Injection | ONE | 03/18/13 20:10 | 25 mg |
| Morphine Sulfate | 5 mg IVP ONCE | 03/18/13 19:34 | 03/18/13 20:05 |
| Morphine Injection | ONE | 03/18/13 19:35 | 5 mg |

**Medical Decision Making/Dispo**

**MDM Note/Critical Care Macro:**

03/19/13 00:58
33 yo F with gastroenteritis with normal CT of abdomen for RLQ pain but normal appendix.  Pt with elevated LFT post cholecystectomy.  Alkphos and bili are not elevated.  Pt reports heavy ibuprofen use but denies tylenol or alchol.  No IV drug use or recent tattoo.  Acute hepatitis panel sent.  discussed need for close follow up with patient.  LFT may be hepatitis vs viral gastroenteritis.  Will call PMD tomorrow and will get LFT checked in 24-48 hours and will return for worsening symptoms.  Will avoid alchol and tylenol.  Will not travel to Vegas in 2 days without recheck of LFT and see
Pg 6 of 7
**Physician Documentation** 0318-0144

*Van Houten vs USPlabs, LLC; Civil No. CV 13-00635 LEK/KSC*
*Records from Hilo Medical Center taken on 03/02/2015*

Name:  **VANHOUTEN,EVERINE A**
MR #:  **HM00507788**
DOB:  ▓▓▓▓▓▓▓▓▓



PMD or in ED.  Mother at bedside and aware of plan.  CT of abdomen with no evidence of dilated ducts / obstruction but <u>biliary stone is possible as well</u>, but pt pain is RLQ making biliary stone /cholangitis less likely.

03/19/13 01:02

**Reviewed the Following:** Lab, Imaging, Old Charts
**Discussed Investigation, Dx and Tx With:** Patient, Family
**Risk, Follow-up Discussed With:** Patient, Family

- **Disposition**

**Time of Disposition:** 23:23
**Disposition:** DC

**Referrals:**
Leeloy,Henry K., MD [Primary Care Provider] -
**Ambulatory Prescriptions:**
Ondansetron [Zofran Odt Tablet] 4 mg PO Q6H PRN #10 tablet
 PRN Reason: Nausea / Vomiting
**Forms:**  Return to Work/School

- **Disposition**

**DX: (Primary DX listed 1st):** Gastroenteritis, Elevated liver enzymes
**Condition:** Stable
**Instructions:**  General Emergency Department Discharge Instructions, GASTROENTERITIS
**Custom Instructions:**
Follow up with Dr. Leeloy for results of hepatitis screen. Avoid alcohol and Tylenol. Return for worsening symptoms. Have your liver enzymes rechecked either tomorrow afternoon or Wednesday morning. Follow up with your doctor or in the ED prior to leaving for Vegas on Wednesday.

Signed By:   **Wren, Dale L MD**        Date/Time: **03/19/13 0112**
                        **<Electronically signed by Dale L Wren MD>**

CC: Leeloy, Henry K. MD.

## ADDENDUM

Pg 7 of 7
**Physician Documentation** 0318-0144

Name:  **VANHOUTEN,EVERINE A**
MR #:  **HM00507788**
DOB:  ████████

Called patient to discuss catchment water / possible leptospirosis exposure.  Calling lab to request leptospirosis send off and calid RX for doxycycline 100 mg PO BID to Longs Keauu.

Addendum Electronically Signed By:  **Wren, Dale L  MD**          Date/Time:  **03/19/13 1835**

CC: Leeloy, Henry K. MD.

*Van Houten vs USPlabs, LLC; Civil No. CV 13-00635 LEK/KSC
Records from Hilo Medical Center taken on 03/02/2015*          533

# FOOTNOTE 20



```
[2A]                          PATIENT REGISTRATION FORM
                                HILO MEDICAL CENTER
                              1190 WAIANUENUE AVE HILO, HI 96720

MED REC#: HH00507788        NAME: VANHOUTEN,EVERINE A        VIP:        CONF:
ACCOUNT#: HE0010182430    ADMIT DATE:    03/20/13  TIME:  1154    DISCHG DATE:
BIRTHDATE:                SERV/LOC:      HLED                     SOC SEC#:      XXX-XX-3768
AGE:      33              ROOM/BED:                              PAT STATUS:    DEP ER
SEX:      F               RACE: WHITE/CAUCASIAN                  ADM CLERK:     BCASTRO
FIN CLASS: QHMSA          ADMIT SOURCE: PATIENT CAME FROM HO
INS DIAG:                 REASON:
INS AUTH:
INS Procedure 1:              Proc 2:            Proc 3:            Proc 4:

                           *** PATIENT INFORMATION ***
PATIENT:    VANHOUTEN,EVERINE A        MARITAL ST: NEVER MARRIED
ADDRESS:    1              STREET      RELIGION:   NONE

PHONE HM#: (8                          PHONE WK#: (

                          *** PHYSICIAN INFORMATION ***
PRIMARY CARE PHYS: Leeloy, Henry K. MD.       FAMILY PHYS:
ADMIT PHYSICIAN:                              OTHER PHYS:
ATTENDING/ER PHYS: Edwards, Robin MD

                           *** CONTACT INFORMATION ***
NEXT OF KIN:  NONE,PERPT               PERSON TO NOTIFY:  VANHOUTEN,BARBARA
NOK ADDRESS:                           PERSON NOTIFY ADD:

NOK PHONE #:                           PERSON NOTIFY PH#: (
NOK OT PH #:                           PERSON OT PH#:

                          *** GUARANTOR INFORMATION ***
GUARANTOR NAME: VANHOUTEN,EVERINE A    GUAR EMPLOYER: HILO MEDICAL CENTER
GUAR ADDRESS:             STREET       GUAR EMP PH #:
                                       RELATIONSHIP:  PATIENT
GUAR PHONE NO:                         GUARANTOR SS#: XXX-XX-3768

   INSURANCE                POLICY #           GROUP #           SUBSCRIBER
1 Quest/HMSA                                                    VANHOUTEN,EVERINE A
        PO Box 3520,Honolulu,HI 96811
        (808)948-6486
2

3

                          *** ADVANCE DIRECTIVES ***
Advanced Directive:U   Name:
  What type:

Do you have a living will?
HIPAA Notice Provided? 03/21/11 COA signed? Y    If no?

COMMENT:
```

**Hilo Medical Center**
*We Care for Our Community*
1190 Waianuenue Avenue. Hilo, Hawaii 96720
(808)932-3000

Report Status: Signed

Patient: **VANHOUTEN,EVERINE A**
DOB: ███████████
Medical Record: **HM00507788**
Account: **HL0010182490**
PCP: **Henry K. Leeloy MD**
ED Provider: **Edwards, Robin MD**
Service Date: **03/20/13**

### History of Present Illness

**Nursing Note:** Agreed With
**Chief Complaint:** Abnormal lab value, evaluation
**Stated Complaint:** Abnormal lab value, evaluation
**Time Seen by Provider:** 03/20/13 12:16
**Source:** Patient, Other (family)
**Historian:** Appears accurate
**Exam Limitations:** None
**Onset:** Minutes
**Severity:** Mild
**Timing/Duration:** Minutes
**Associated Symptoms:** denies: Chest Pain, Cough, Fever/Chills, Headaches, Nausea/Vomiting, Shortness of Breath

**Notes: (location/quality/context):**
Nursing Triage Note

| History of Chief Complaint and | paient seen on 3/18/13 for abd. pain |
| --- | --- |
| | vomiting, seen by Dr. Wren, patient |
| phoned by | Dr. Wren and started on antibiotics |
| last night | and instructed to report to ED for |
| elevated | liver function results |

03/20/13 12:18

Pt is a 33 year old female with a Hx of Cholecystectomy who arrives via POV accompanied by family. Patient seen in the ED on 3/18/13 for abdominal pain and vomiting, seen by Dr. Wren. Patient phoned by Dr. Wren and started on antibiotics last night and instructed to report to ED for elevated liver function results. Pt arrives to the ED and reports mild upper abdominal tenderness at this time. She denies fever, chills, sore throat, HA, cough, CP, SOB, urinary symptoms or recent illness. Pt is currently under the care of Dr. Leeloy.

Pg 1 of 4
**Physician Documentation** 0320-0070

Name: **VANHOUTEN,EVERINE A**
MR #: **HM00507788**
DOB: ~~████████~~

(Edwards,Robin MD)

**Allergies/Adverse Reactions:**

No Known Allergies Allergy (Verified 11/07/12 05:23)

**Home Medications:**

| Medication | Instructions | Recorded | Type |
|---|---|---|---|
| Ondansetron [Zofran Odt Tablet] | 4 mg PO Q6H PRN #10 tablet | 03/18/13 | Rx |

## Past Medical History

**Past Medical History:** Reports: None
**Past Surgical History:** Cholecystectomy, Other (breast augmentation)

**- Family History**

**Significant Family History:** Other (Renal Calculi)

**- Social History**

**Personal History:** Single
**Alcohol:** Reports: Occasional
**Drugs:** Reports: Never
**Smoking Status:** Never Smoker

## Review of Systems

**Except as noted:** Reviewed and negative
**Constitutional:** denies: Fever, Chills
**Eyes:** denies: Trauma
**Ears/Nose/Mouth/Throat:** denies: Epistaxis
**Cardiovascular:** denies: Chest Pain
**Respiratory:** denies: Dyspnea, Cough
**Gastrointestinal:** Abdominal Pain.  denies: Nausea, Vomiting, Diarrhea
**Genitourinary:** denies: Dysuria, Hematuria
**Musculoskeletal:** denies: Muscle Pain/Stiffness
**Integumentary:** denies: Rash
**Neurological:** denies: Headache
**Hematologic/Lymph:** denies: Lymphadenopathy
**Allergic/Immunologic:** denies: Drug Allergy

## Physical Exam

**Vital Signs Reviewed?:** Yes

Pg 2 of 4
**Physician Documentation** 0320-0070

Name: **VANHOUTEN, EVERINE A**
MR #: **HM00507788**
DOB: ▓▓▓▓▓▓▓

**Constitutional:** Well Developed/Nourished, Appears Stated Age, Alert. Not: Distress
**Eyes:** PERRL, EOMI
**Ears/Nose/Mouth/Throat:** Nml ENT Exam. No: JVD
**Cardiovascular:** Regular Rate & Rhythm, Peri Pulses Strg/Eq
**Respiratory:** BS Normal/Equal Bilat. No: Respiratory Distress
**Gastrointestinal:** Soft, Normal BS
**Abdominal Tenderness:** Present, RUQ
**Musculoskeletal:** Full ROM. No: Deformity, Tenderness to Palp, Pedal Edema
**Integumentary:** Normal, Dry
**Neurological:** Alert. Not: Focal Findings
**Psychiatric:** Nml Age Behavior, Alert
**Hema/Lymph/Immun:** No: Bleeding Gums, Lymphadenopathy

**Nursing Vital Signs:**

### Initial Vital Signs

| Temperature | 37.3 C | 03/20/13 12:08 |
|---|---|---|
| Pulse Rate | 98 | 03/20/13 12:08 |
| Respiratory Rate | 21 H | 03/20/13 12:08 |
| Blood Pressure | 153/111 H | 03/20/13 12:08 |
| O2 Sat by Pulse Oximetry | 99 | 03/20/13 12:08 |

### Results/Interpretations

**- Ultrasound**
  \*\* US # 1
**Ultrasound Note:**

03/20/13 13:36
**HHSC\cneal1, Neal, Dr. Christopher - 3/20/2013 1:34:01 PM**~~~~~~ ~~~~
Status post cholecystectomy. No evidence of hepatobiliary obstructive disease.
Question nonobstructive lower pole calculus left kidney 9.5 mm

**- Laboratory**

**Result Note:**

### Update

**- Patient Update**

Pg 3 of 4
Physician Documentation 0320-0070

Name: VANHOUTEN,EVERINE A
MR #: HM00507788
DOB: ████████

**Status on patient:**

03/20/13 12:21

Charting performed by ED scribe Tawny Souza for Dr. Edwards.

**Medical Decision Making/Dispo**

**MDM Note/Critical Care Macro:**

03/20/13 22:07
Patient presents to the emergency department with abdominal pain. After history, physical exam, and diagnostic evaluation, the etiology for their pain is unclear. In the emergency department they received [no further pain medication.. Laboratory data showed levitation of LFT's without fever or elecated white count. Gall bladder us shows nop sign of common duct stone. By history it appears patient may have passed a common duct ston about two days ago. She has some tenderess in RUQ npow but no pain. US shows no evidenc of common duct stone. Outpatient lab today per Dr Wren shows some elevated LFT's bnut patient is not symptomatic at this time. . White blood cell count was unremarkable. On serial exam their pain improved. At this point it is unclear exactly the etiology of the pt's pain; but I think they are at low risk for significant abdominal pathology based on serial exams and our ED evaluation. Patient is advised to have a followup with their primary care physician tomorrow for a recheck and repeat abdominal exam. They were advised to return to the emergency department if significant pain, fevers, not tolerating oral food or fluid, or new complaints
**Reviewed the Following:** Imaging, Old Charts
**Discussed Investigation, Dx and Tx With:** Patient, Family
**Risk, Follow-up Discussed With:** Patient, Family

- Disposition

**Time of Disposition:** 13:40
**Disposition:** DC

**Referrals:**
Leeloy,Henry K., MD [Primary Care Provider] -  (If you get severe pain or vomiting get rechecked;  You should have labs rechecked when you return from Las Vegas)

- Disposition

**DX: (Primary DX listed 1st):** Abdominal pain
**Condition:** Stable
**Instructions:**  LOW FAT DIET, ABDOMINAL PAIN, General Emergency Department Discharge Instructions

Signed By:    **Edwards, Robin MD**     Date/Time: **03/20/13 2214**
                        **<Electronically signed by Robin Edwards MD>**

Pg 4 of 4
**Physician Documentation** 0320-0070

Name: **VANHOUTEN,EVERINE A**
MR #: **HM00507788**
DOB: ██████████

CC: Leeloy, Henry K. MD.

Pg 5 of 4
**Physician Documentation** 0320-0070

East Hawaii Region

Patient Order Summary

Page: 1
Date: 03/23/13 16:12
User: Edwards,Robin MD

HL0010182490  VANHOUTEN,EVERINE A                    Location:HLSD        Medical Record Number: HM00507788
33/F              Attending:                                               Account Number:    HL0010182490
                  Reason:                                                  Registration: 03/20/13

| Category | Order | Status | Start | Ord Provider | | Ordered By |
|---|---|---|---|---|---|---|
| ULTRASOUND | 0320-12310523900 | Resulted | 03/20/13 12:30 | Edwards,Robin MD | | Edwards,Robin MD |
| | US Abdomen Complete | | | Order Source: Physician Order | | |

Diagnosis/Signs & Symptoms:  rug pain ?common duct stones
Prior Surgeries:             Yes: cholecystectomy 2011

| | Date & Time | User | Device | Event | | Acknowledged |
|---|---|---|---|---|---|---|
| 1 | 03/20/13 12:31 | Edwards,Robin MD | HMC351595 | No Signature is Necessary | | NA |
| 1 | 03/20/13 12:31 | Edwards,Robin MD | HMC351595 | Order is Entered | | NA |
| 2 | 03/20/13 12:31 | Daemon,Background | HIE-B606 | Status changed: | | NA |
| | | | | New: Transmitted | | |
| | | | | Old: Verified | | |
| 3 | 03/20/13 12:33 | ITS - Daemon,Background | HIE-CM02 | Status changed: | | NA |
| | | | | New: Logged | | |
| | | | | Old: Transmitted | | |
| 4 | 03/20/13 13:08 | ITS - Schultz,Mark | HIE-CM02 | Status changed: | | NA |
| | | | | New: Taken | | |
| | | | | Old: Logged | | |
| 5 | 03/23/13 16:11 | ITS - Daemon,Background | HIE-CM02 | Status changed: | | NA |
| | | | | New: Resulted | | |
| | | | | Old: Taken | | |

LEE LOY, HENRY K,MD
670 PONAHAWAI ST STE 218
Hilo, HI 96720
Ph#: 808-969-2011
ORDERING PHYS: LEE LOY, HENRY K

H LI0182490
Hm507788

PHY#: 10222
(808) 974-6898

VANHOUTEN,EVERINE A          75049044      33Y F      03/20/2013        ZOP
                                                                       10:44
Patient Tel. #:                  BD:              3500

cc Phys:                                                        Page: 1

W1191501 COLL: 03/20/2013 08:30 REC: 03/20/2013 08:38 PHYS: WREN, DALE (HILO MC ER)

Comp Metabolic Panel
| | | | | STAT |
|---|---|---|---|---|
| Sodium | 140 | [133-145] | mmol/L | [J] |
| Potassium | 4.4 | [3.3-5.1] | mmol/L | [J] |
| Chloride | 105 | [96-108] | mmol/L | [J] |
| CO2 | 29 | [21-31] | mmol/L | [J] |
| Anion Gap | 6 | [4-16] | | [J] |
| BUN | 9 | [8-24] | mg/dL | [J] |
| Creatinine | 0.85 | [0.40-1.10] | mg/dL | [J] |
| Glucose | 81 | [70-99] | mg/dL | [J] |
| Calcium | 8.8 | [8.6-10.3] | mg/dL | [J] |
| Total Protein | 6.3 | [5.9-8.4] | g/dL | [J] |
| Albumin | 4.0 | [4.0-5.1] | g/dL | [J] |
| Globulin | 2.3 | [2.0-3.6] | g/dL | [J] |
| A/G Ratio | 1.7 | [1.2-2.3] | | [J] |
| AST (SGOT) | H 120 | [0-31] | U/L | |
| ALT (SGPT) | H 291 | [0-31] | U/L | [J] |
| Alk Phos | H 133 | [34-104] | U/L | [J] |
| Bilirubin, Total | 0.5 | [0-1.2] | mg/dL | [J] |
| GFR (Non-African Amer) | >60 | [>59] | mL/min/1.73m2 | [J] |
| GFR (African American) | >60 | [>59] | mL/min/1.73m2 | [J] |

Average GFR for 30-39 yr: 107
Chronic kidney disease:  <60
Kidney failure:          <15
Accuracy of the GFR depends on a stable creatinine and
may be overestimated in malnutrition, cachexia, and
cirrhosis due to reduced muscle mass.

Leptospira, AB            PENDING

[J] = Performed at CLH, Hilo Medical Center, Hilo, HI 96720

W1191507 COLL: 03/20/2013 08:30 REC: 03/20/2013 08:38 PHYS: LEE LOY, HENRY K

Hepatic Function Panel
| Total Protein | 6.4 | [5.9-8.4] | g/dL | [J] |
|---|---|---|---|---|
| Albumin | 4.0 | [4.0-5.1] | g/dL | [J] |
| Globulin | 2.4 | [2.0-3.6] | g/dL | [J] |
| A/G Ratio | 1.7 | [1.2-2.3] | | [J] |
| AST (SGOT) | H 118 | [0-31] | U/L | [J] |

75049044
Page: 1                        102990269                    CONTINUED

LEE LOY, HENRY K,MD
670 PONAHAWAI ST STE 218
Hilo, HI 96720
Ph#: 808-969-2011
ORDERING PHYS: LEE LOY, HENRY K

HLI018 2490
Hm 507788

PHY#: 10222
(808) 974-6898

VANHOUTEN,EVERINE A            75049044     33Y F     03/20/2013     ZOP
                                                                     10:44

Patient Tel. #: ▆▆▆▆▆▆▆▆     BD:▆▆▆▆▆▆▆▆ 3500

cc Phys:                                                        Page: 2

W1191507 COLL: 03/20/2013 08:30 REC: 03/20/2013 08:38 PHYS: LEE LOY, HENRY K

Hepatic Function Panel    (CONTINUED)
  Alk Phos               H 132        [34-104]      U/L                [J]
  ALT (SGPT)             H 290        [0-31]        U/L                [J]
  Bilirubin, Total         0.5        [0-1.2]       mg/dL       [J]
  Bilirubin, Direct        0.1        [0-0.3]       mg/dL       [J]
  Bilirubin, Indirect      0.4        [0.3-1.1]     mg/dL       [J]

  [J] = Performed at CLH, Hilo Medical Center, Hilo, HI 96720

75049044
Page: 2                    102990269                     END OF REPORT

# FOOTNOTE 21

Clinical Labs Hawaii     800-800-0000              Fri Apr 05 16:13:35 2013 Page 2 of 4

AdHoc Report                     LABORATORY REPORT

LEE LOY, HENRY K (10222;1)
670 PONAHAWAI ST
STE 218
HILO, HI 96720
Phone:808-969-2011



HLI0185379
HM507788

# CLINICAL LABORATORIES OF HAWAII, LLP

91-2135 Fort Weaver Rd. 8300, Ewa Beach, Hawaii 96706
Phone: (808) 677-7999

| PATIENT NAME | PATIENT ID | AGE | SEX | REPORT DATE | TIME |
|---|---|---|---|---|---|
| VAN HOUTEN, EVERINE A | 90245932 | 33Y | F | 4/5/2013 | 4:12:47 PM |

| PHONE | DOB | PATIENT LOC | MPI |
|---|---|---|---|
| 8089666119 | | AOP;1 | N/A |

| CC Physicians: |
|---|
| None Requested |

**Acc#: H1255468 / Final**         Collected: 4/4/2013 10:26 AM

| BATTERY/TEST NAME | FLAG | RESULT | UNIT | REF. RANGE | LOC |
|---|---|---|---|---|---|
| Ur Macro Rfx Micro,C/S | | | | | |
| Color | | Yellow | | | J |
| Appearance | | Hazy | | | J |
| Specific Gravity | | 1.025 | | 1.005-1.030 | J |
| PH | | 6.0 | | 5.0-7.5 | J |
| Protein | | Negative | mg/dL | NEG | J |
| Glucose | | Negative | mg/dL | NEG | J |
| **Ketones** | * | **Trace** | **mg/dL** | **NEG** | J |
| Blood | | Negative | | NEG | J |
| Bilirubin | | Negative | | NEG | J |
| Urobilinogen | | 0.2 | EU/dL | 0.2-1.0 | J |
| Nitrite | | Negative | | NEG | J |
| Leukocyte Esterase | | Negative | | NEG | J |
| Comment: | | | | | J |

Reflex microscopic and culture not indicated.

| ABNORMAL SUMMARY | | | | | |
|---|---|---|---|---|---|
| **Acc#: H1255468 / Final** | | Collected: 4/4/2013 10:26 AM | | | |
| BATTERY/TEST NAME | FLAG | RESULT | UNIT | REF. RANGE | LOC |
| Ur Macro Rfx Micro,C/S | | | | | |
| Ketones | * | Trace | mg/dL | NEG | J |

NOTE: The abnormal summary is supplied as a tool for identifying abnormal results. All results must still be reviewed as some abnormal results will not be included due to their interpretative or textual nature.

| TESTING LOCATIONS | | | |
|---|---|---|---|
| Code | Location | Laboratory Director | Address |
| J | CLH Hilo Medical Center | Stephen Smith, MD | 1190 Waianuenue Ave Hilo, HI 96720 |

**Acc#: H1255467 / Final**         Collected: 4/4/2013 11:00 AM

| BATTERY/TEST NAME | FLAG | RESULT | UNIT | REF. RANGE | LOC |
|---|---|---|---|---|---|
| Unk Fast/Serum Index | | | | | |
| Specimen Info | | | | | |
| Fasting Status: | | Unknown | | | J |
| Appearance: | | Clear | | | A1 |
| Hepatic Function Panel | | | | | |
| Total Protein | | 6.9 | g/dL | 5.9-8.4 | A1 |
| Albumin | | 4.3 | g/dL | 4.0-5.1 | A1 |
| Globulin | | 2.6 | g/dL | 2.0-3.6 | A1 |
| A/G Ratio | | 1.7 | | 1.2-2.3 | A1 |
| AST (SGOT) | | 18 | U/L | 0-31 | A1 |



PAGE 1 OF 3

Clinical Labs Hawaii    800-800-9000                          Fri Apr 05 16:13:35 2013 Page 3 of 4
                              AdHoc Report                              LABORATORY REPORT

LEE LOY, HENRY K (10222;1)                                   
670 PONAHAWAI ST                    HL 10185379
STE 218                             Hm 507788
HILO, HI 96720
Phone:808-969-2011

91-2135 Fort Weaver Rd. #300, Ewa Beach, Hawaii 96706
Phone: (808) 671-7999

| PATIENT NAME | PATIENT ID | AGE | SEX | REPORT DATE | TIME |
|---|---|---|---|---|---|
| VAN HOUTEN, EVERINE A | 90245932 | 33Y | F | 4/5/2013 | 4:12:47 PM |
| PHONE | DOB | | PATIENT LOC | NPI | |
| | | | AOP;1 | N/A | |

CC Physicians:
None Requested

## Acc#: H1255467 / Final      Collected: 4/4/2013 11:00 AM

| | | | | |
|---|---|---|---|---|
| Alk Phos | 68 | U/L | 34-104 | A1 |
| ALT (SGPT) | 17 | U/L | 0-31 | A1 |
| Bilirubin, Total | 0.6 | mg/dL | 0-1.2 | A1 |
| Bilirubin, Direct | 0.2 | mg/dL | 0-0.3 | A1 |
| Bilirubin, Indirect | 0.4 | mg/dL | 0.3-1.1 | A1 |
| CBC | | | | |
| Automated Bld Cnt | | | | |
| WBC | 7.9 | 10(9)/L | 3.8-11.2 | J |
| RBC | 4.42 | 10(12)/L | 3.9-5.2 | J |
| Hemoglobin | 13.1 | g/dL | 11.6-15.1 | J |
| Hematocrit | 39.3 | % | 34.1-44.2 | J |
| MCV | 88.8 | fL | 80-100 | J |
| MCH | 29.7 | pg | 27-33 | J |
| MCHC | 33.5 | g/dL | 32-36 | J |
| RDW | 13.1 | % | 11-15 | J |
| **Platelet Count** | H **484** | **10(9)/L** | **150-450** | J |
| Peripheral Blood Diff | | | | |
| Diff Method | Auto | | | J |
| Neutrophils | 61 | % | 40-70 | J |
| Lymphs | 31 | % | 20-45 | J |
| Monocytes | 6 | % | 4-10 | J |
| Eosinophils | 1 | % | 0-6 | J |
| Basophils | 1 | % | 0-2 | J |
| Neutrophils, Absolute | 4.90 | 10(9)/L | 1.4-7.0 | J |
| Lymphs, Absolute | 2.40 | 10(9)/L | 0.7-4.5 | J |
| Monocytes, Absolute | 0.50 | 10(9)/L | 0.1-1.0 | J |
| Eosinophils, Absolute | 0.10 | 10(9)/L | 0-0.6 | J |
| Basophils, Absolute | 0.00 | 10(9)/L | 0-0.2 | J |
| Acute Hepatitis Panel | | | | |
| Hep B Surface Ag | Nonreactive | | NR | A1 |
| Hep B Core AB, IgM | Nonreactive | | NR | A1 |
| Hep A Ab, IgM | Nonreactive | | NR | A1 |
| Hepatitis C Antibody | Nonreactive | | NR | A1 |

This test was developed and its performance characteristics determined by Clinical
Laboratories of Hawaii, LLP. It has not been cleared or approved by the U.S. Food and
Drug Administration.
The FDA has determined that such clearance or approval is not necessary. This test is
used for clinical purposes. It should not be regarded as investigational or for
research.
This laboratory is certified under the Clinical Laboratory Improvement Amendments of
1988 (CLIA-88) as qualified to perform high complexity clinical laboratory testing.

# FOOTNOTE 22

`

**PATIENT REGISTRATION FORM**
**HILO MEDICAL CENTER**
1130 WAIANUENUE AVE HILO HI 96720

MED REC #: HM00507288   NAME: VANHOUTEN EVERINE A   VIP:   CONF:

| | | | |
|---|---|---|---|
| ACCOUNT #: HLED101868379 | ADMIT DATE: 04/05/13 TIME: 1550 | DISCHG DATE: | |
| BIRTHDATE: | SERV/LOC: HLED | SOC SEC#: XXX-XX-3768 | |
| AGE: 33 | ROOM/BED: | PAT STATUS: DEP ER | |
| SEX: F | RACE: WHITE/CAUCASIAN | ADM CLERK: BCASTRO | |
| FIN CLASS: QHMSA | ADMIT SOURCE: PATIENT CAME FROM HO | | |
| INS DIAG: | REASON: | | |
| INS AUTH: | | | |
| INS Procedure 1: | Proc 2: | Proc 3: | Proc 4: |

**\*\*\* PATIENT INFORMATION \*\*\***

PATIENT:     VANHOUTEN EVERINE A            MARITAL ST: NEVER MARRIED
ADDRESS:                                    RELIGION:   NONE

PHONE HM#:                                  PHONE WK#: (8

**\*\*\* PHYSICIAN INFORMATION \*\*\***

PRIMARY CARE PHYS: Leeloy, Henry K. MD.     FAMILY PHYS:
ADMIT PHYSICIAN:                            OTHER PHYS:
ATTENDING/ER PHYS: Katt, Kathleen MD

**\*\*\* CONTACT INFORMATION \*\*\***

NEXT OF KIN:  NONE,PERPT                    PERSON TO NOTIFY:  VANHOUTEN,BARBARA
NOK ADDRESS:                               PERSON NOTIFY ADD:

NOK PHONE #:                               PERSON NOTIFY PH#: (
NOK OT PH #:                               PERSON OT PH#:

**\*\*\* GUARANTOR INFORMATION \*\*\***

GUARANTOR NAME: VANHOUTEN,EVERINE A         GUAR EMPLOYER: HILO MEDICAL CENTER
GUAR ADDRESS:                              GUAR EMP PH #:
                                          RELATIONSHIP: PATIENT
GUAR PHONE NO:                            GUARANTOR SS#:

**\*\*\* INSURANCE \*\*\*   POLICY #      GROUP #       SUBSCRIBER \*\*\***

1 Quest/HMSA                                               VANHOUTEN,EVERINE A
    PO Box 3520,Honolulu,HI 96811
    (808)948-6486
2

3

**\*\*\* ADVANCE DIRECTIVES \*\*\***

Advanced Directive:U    Name:
  What type:

Do you have a living will?
HIPAA Notice Provided? 03/21/11 COA signed? Y    If no?

COMMENT:

**Hilo Medical Center**
*We Care for Our Community*
1190 Waianuenue Avenue, Hilo, Hawaii 96720
(808)932-3000

Report Status: Signed

Patient: **VANHOUTEN,EVERINE A**
DOB: ███████
Medical Record: **HM00507788**
Account: **HL0010185379**
PCP: **Henry K. Leeloy MD**
ED Provider: **Katt, Kathleen MD**
Service Date: **04/05/13**

**History of Present Illness**

**Nursing Note:** Agreed With
**Chief Complaint:** Abdominal Pain
**Time Seen by Provider:** 04/05/13 16:14
**Source:** Patient, Hospital Records
**Historian:** Appears accurate
**Exam Limitations:** None
**Onset:** Weeks
**Severity:** Moderate
**Timing/Duration:** Constant
**Associated Symptoms:** Nausea/Vomiting. denies: Chest Pain, Cough, Diaphoresis, Fever/Chills, Headaches, Shortness of Breath, Syncope

**Notes: (location/quality/context):**
Nursing Triage Note

History of Chief Complaint     pt was seen here 2 wks ago and told she
had                            elevated liever enzymes. has been
having RUQ                     and RLQ pain since then and unable to
get into                       PCP until next week. +nausea. denies
vomiting



04/05/13 16:20
This is a 33 year old female patient of Dr.Leeloy with no significant PMHx who was last seen in the ED by Dr.Edwards who diagnosed and discharged the patient with abdominal pain s/p to a negative abdominal US. Today the patient returns to the ED alone via POV complaining of returning right sided abdominal pain since she had her gallbladder out 2 weeks ago. The patient was told that she had elevated liver enzymes as well. The patients states that since her surgery the pain has been moderate and constant. She has also been having nausea associated with the pain. She reports that the pain "lingers," it is a constant pain that does not worsen. Yesterday the patient had lab work done which reports generally normal. The patient reports that she recently had sexual intercourse and it was extremely painful. She denies any fever, diarrhea, vomiting, cough, chest pain, shortness of breath, headache, dysuria, hematuria or any
Pg 1 of 5
Physician Documentation 0405-0145

# FOOTNOTE 23

Name: **VANHOUTEN,EVERINE A**
MR #: **HM00507788**
DOB: ~~████████████~~

**Eyes:** PERRL, EOMI
**Ears/Nose/Mouth/Throat:** Nml ENT Exam.  No: JVD
**Cardiovascular:** Regular Rate & Rhythm, Peri Pulses Strg/Eq.  No: Murmur
**Respiratory:** BS Normal/Equal Bilat.  No: Respiratory Distress
**Gastrointestinal:** Soft, Tender, Normal BS.  Not: Right CVAT, Left CVAT
**Abdominal Tenderness:** Present, RUQ, RLQ, LLQ.  Not: Rebound, Voluntary Guarding, Involuntary Guarding
**Musculoskeletal:** Full ROM, Supple Neck.  No: Deformity, Tenderness to Palp, Pedal Edema
**Integumentary:** Normal, Dry
**Neurological:** Alert, Oriented x 3.  Not: Focal Findings
**Psychiatric:** Nml Age Behavior, Nml Mood/Affect, Alert
**Hema/Lymph/Immun:** No: Bleeding Gums, Lymphadenopathy

**Nursing Vital Signs:**

### Initial Vital Signs

| Temperature | 97.6 F | 04/05/13 16:08 |
|---|---|---|
| Pulse Rate | 88 | 04/05/13 16:08 |
| Respiratory Rate | 18 | 04/05/13 16:08 |
| Blood Pressure | 138/98 H | 04/05/13 16:08 |
| O2 Sat by Pulse Oximetry | 100 | 04/05/13 16:08 |

### Results/Interpretations

**- Ultrasound**
 ** US ≠ 1
**Ultrasound Note:**

04/05/13 18:10
US Pelvis report:
HHSC\dwcamacho, Camacho, David W. - 4/5/2013 6:07:51 PM
Negative. IUD in endo canal

**- Laboratory**

**Result Note:**

04/05/13 16:20

8.8 &lt; 13.4 / 40.1 &gt; 491H

04/05/13 16:20

139 | 106 | 18 &lt; 88
4.2 | 27 | 0.81

Pg 3 of 5
**Physician Documentation** 0405-0145

Name: **VANHOUTEN,EVERINE A**
MR #: **HM00507788**
DOB: ▓▓▓▓▓▓

### Laboratory Tests

| | 04/05/13 16:20 | Range/Units |
|---|---|---|
| WBC | 8.8 | (3.8-11.2) 10(9)/L |
| RBC | 4.50 | (3.9-5.2) 10(12)/L |
| Hgb | 13.4 | (11.6-15.1) g/dL |
| Hct | 40.1 | (34.1-44.2) % |
| MCV | 89.1 | (80-100) fL |
| MCH | 29.7 | (27-33) pg |
| MCHC | 33.3 | (32-36) g/dL |
| RDW | 13.2 | (11-15) % |
| Plt Count | 491 H | (150-450) 10(9)/L |
| ESR | 9 | (0-20) mm/hr |
| Sodium | 139 | (133-145) mmol/L |
| Potassium | 4.2 | (3.3-5.1) mmol/L |
| Chloride | 106 | (96-108) mmol/L |
| Carbon Dioxide | 27 | (21-31) mmol/L |
| Anion Gap | 6 | (4-16) |
| BUN | 18 | (8-24) mg/dL |
| Creatinine | 0.81 | (0.40-1.10) mg/dL |
| Est GFR (Non-Af Amer) | >60 | (>59) |
| Est GFR (MDRD) Af Amer | >60 | (>59) |
| Glucose | 88 | (70-99) mg/dL |
| Calcium | 9.3 | (8.6-10.3) mg/dL |
| Total Bilirubin | 0.4 | (0-1.2) mg/dL |
| AST | 20 | (0-31) U/L |
| ALT | 14 | (0-31) U/L |
| Alkaline Phosphatase | 74 | (34-104) U/L |
| C-Reactive Protein | 0.9 | (<8.0) mg/L |
| Total Protein | 7.2 | (5.9-8.4) g/dL |
| Albumin | 4.5 | (4.0-5.1) g/dL |
| Globulin | 2.7 | (2.0-3.6) g/dL |
| Albumin/Globulin Ratio | 1.7 | (1.2-2.3) |
| Lipase | 45 | (4-58) U/L |
| HCG, Qual | Negative | (()) |



**Update**

**- Patient Update**

**Status on patient:**

04/05/13 16:18

Pg 4 of 5
**Physician Documentation** 0405-0145

# FOOTNOTE 24



PATIENT REGISTRATION FORM
HILO MEDICAL CENTER
1190 WAIANUENUE AVE HILO, HI 96720

MED REC #: HH005D7788    NAME: VANHOUTEN, EVERINE A    VIP:    CONF:
ACCOUNT #: HH000101897‍49    ADMIT DATE:   04/29/13 TIME:  2147    DISCHG DATE:
BIRTHDATE:                 SERV/LOC:    HLED                      SOC SEC#:    XXX-XX-3768
AGE:    33                 ROOM/BED:                              PAT STATUS:  DEP ER
SEX:    F                  RACE: WHITE/CAUCASIAN                  ADM CLERK:   AAIWOHI1
FIN CLASS: QHMSA           ADMIT SOURCE: PATIENT CAME FROM HO
INS DIAG:                  REASON:
INS AUTH:
INS Procedure 1:           Proc 2:              Proc 3:              Proc 4:

*** PATIENT INFORMATION ***

PATIENT:   VANHOUTEN, EVERINE A            MARITAL ST: NEVER MARRIED
ADDRESS:   1                               RELIGION:   NONE

           HILO, HI 96720
PHONE HM#: (8                             PHONE WK#:

*** PHYSICIAN INFORMATION ***

PRIMARY CARE PHYS: Leeloy, Henry K. MD.    FAMILY PHYS:
ADMIT PHYSICIAN:                           OTHER PHYS:
ATTENDING/ER PHYS: Nicholes, Andrew DO

*** CONTACT INFORMATION ***

NEXT OF KIN:  NONE,PERPT                   PERSON TO NOTIFY:  VANHOUTEN,BARBARA
NOK ADDRESS:                              PERSON NOTIFY ADD:

NOK PHONE #:                              PERSON NOTIFY PH#: (8
NOK OT PH #:                              PERSON OT PH#:

*** GUARANTOR INFORMATION ***

GUARANTOR NAME: VANHOUTEN,EVERINE A        GUAR EMPLOYER: HILO MEDICAL CENTER
GUAR ADDRESS:                              GUAR EMP PH #: (
GUAR PHONE NO: (                          RELATIONSHIP:  PATIENT
                                          GUARANTOR SS#: XXX-XX-3768

INSURANCE              POLICY #         GROUP #         SUBSCRIBER
1 Quest/HMSA                                            VANHOUTEN,EVERINE A
    PO Box 3520,Honolulu,HI 96811
    (808)948-6486
2

3

*** ADVANCE DIRECTIVES ***

Advanced Directive:U    Name:
  What type:

Do you have a living will?
HIPAA Notice Provided? 03/21/11 COA signed? Y    If no?

COMMENT:

**Hilo Medical Center**
*We Care for Our Community*
1190 Waianuenue Avenue. Hilo, Hawaii 96720
(808)932-3000

Report Status: Signed

Patient: **VANHOUTEN,EVERINE A**
DOB: ████████████
Medical Record: **HM00507788**
Account: **HL0010189749**
PCP: **Henry K. Leeloy MD**
ED Provider: **Nicholes, Andrew DO**
Service Date: **04/29/13**

### History of Present Illness

**Nursing Note:** Agreed With
**Chief Complaint:** Vomiting
**Time Seen by Provider:** 04/29/13 22:15
**Source:** Patient
**Historian:** Appears accurate
**Exam Limitations:** None
**Onset:** Days (1)
**Severity:** Moderate
**Associated Symptoms:** Fever/Chills (chills only), Headaches, Loss of Appetite, Nausea/Vomiting.  denies: Cough, Rash

**Notes: (location/quality/context):**
Nursing Triage Note

History of Chief Complaint
and HA

several

Pt states she has has nausia vomiting

since 3am last night. Pt reports

episodes of the same thing.



04/29/13 22:04
This is a 33 year old female patient [primary care provider- Dr. Leeloy] with no significant past medical history who presents to the ED with family via POV complaining of nausea, vomiting, and headache. Onset 0300 yesterday morning. Reports that she has been unable to keep any food down all day, and adds that she has been having abdominal pains for the last month and a half. She reports chills and a sore throat, but denies any abdominal pain this evening, fever, rash, rhinorrhea, earache, dysuria, hematuria, diarrhea, constipation, hematochezia, or any other associated symptoms. The patient did present to her PCP regarding her symptoms, and an ultrasound was performed that was reportedly "normal." She adds that her current pain feels very similar to her past gall stone pain.  (Nicholes,Andrew)



**Allergies/Adverse Reactions:**

No Known Allergies Allergy (Verified 04/05/13 16:11)

Pg 1 of 6
**Physician Documentation** 0429-0240

Name: **VANHOUTEN,EVERINE A**
MR #: **HM00507788**
DOB:

**Home Medications:**

| Medication | Instructions | Recorded | Type |
|---|---|---|---|
| Ondansetron [Zofran ODT Tab] | 1 - 2 tab PO Q4HP PRN #20 tab | 04/05/13 | Rx |
| Tramadol HCl [Ultram Tablet] | 50 mg PO Q4HP PRN #20 tablet | 04/05/13 | Rx |

## Past Medical History

**Past Medical History:** Reports: None
**Past Surgical History:** Cholecystectomy

**- Social History**

**Personal History:** Single, Other (presents alone to the ED)
**Alcohol:** Reports: Never
**Drugs:** Reports: Never
**Smoking Status:** Never Smoker

## Review of Systems

**Except as noted:** Reviewed and negative
**Constitutional:** Chills, Malaise.  denies: Fever
**Eyes:** denies: Pain, Trauma
**Ears/Nose/Mouth/Throat:** Sore Throat.  denies: Earache, Rhinorrhea, Sinus Pain
**Cardiovascular:** denies: Chest Pain
**Respiratory:** denies: Dyspnea
**Gastrointestinal:** Nausea, Vomiting.  denies: Abdominal Pain (although she has had abdominal pain, she denies any here in the ED), Diarrhea, Constipation, Hematochezia
**Genitourinary:** denies: Dysuria, Hematuria
**Musculoskeletal:** denies: Back Pain, Neck Pain, Joint Pain
**Integumentary:** denies: Rash
**Neurological:** Headache.  denies: Dizziness, Syncope
**Psychiatric:** denies: Depression, Anxiety
**Endocrine:** denies: Polyuria, Polydipsia
**Hematologic/Lymph:** denies: Easy Bruising, Excessive Bleeding
**Allergic/Immunologic:** denies: Food Allergy, Drug Allergy

## Physical Exam

**Vital Signs Reviewed?:** Yes
**Constitutional:** Well Developed/Nourished, Appears Stated Age
**Eyes:** PERRL, EOMI
**Ears/Nose/Mouth/Throat:** Nml ENT Exam.  No: JVD
**Cardiovascular:** Regular Rate & Rhythm, Peri Pulses Strg/Eq
**Respiratory:** BS Normal/Equal Bilat.  No: Respiratory Distress
**Gastrointestinal:** Soft, Tender, Normal BS
**Abdominal Tenderness:** Present (diffusely).  Not: Rebound, Voluntary Guarding,

Pg 2 of 6
Physician Documentation 0429-0240

Name: **VANHOUTEN,EVERINE A**
MR #: **HM00507788**
DOB: ███████████

Involuntary Guarding
**Musculoskeletal:** Full ROM.  No: Deformity, Tenderness to Palp, Pedal Edema
**Integumentary:** Normal, Dry
**Neurological:** Alert.  Not: Focal Findings
**Psychiatric:** Nml Age Behavior, Alert
**Hema/Lymph/Immun:** No: Bleeding Gums, Lymphadenopathy

**Nursing Vital Signs:**

### Initial Vital Signs

| Temperature | 36.4 C | 04/29/13 21:55 |
|---|---|---|
| Pulse Rate | 87 | 04/29/13 21:55 |
| Respiratory Rate | 19 | 04/29/13 21:55 |
| Blood Pressure | 131/90 H | 04/29/13 21:55 |
| O2 Sat by Pulse Oximetry | 98 | 04/29/13 21:55 |

### - Laboratory

**Result Note:**

04/29/13 22:20

11.8 H &gt; 14.1 &lt; 432
42.4

04/29/13 22:20

134 | 105 | 15
4.2 | 23 | 0.83 &gt; 88

### Laboratory Tests

| | 04/29/13 22:20 | 04/29/13 22:38 | Range/Units |
|---|---|---|---|
| WBC | 11.8 H | | (3.8-11.2)  10(9)/L |
| RBC | 4.80 | | (3.9-5.2)  10(12)/L |
| Hgb | 14.1 | | (11.6-15.1)  g/dL |
| Hct | 42.4 | | (34.1-44.2)  % |
| MCV | 88.3 | | (80-100)  fL |
| MCH | 29.5 | | (27-33)  pg |
| MCHC | 33.4 | | (32-36)  g/dL |
| RDW | 12.9 | | (11-15)  % |
| Plt Count | 432 | | (150-450)  10(9)/L |
| Neut % | 76 H | | (40-70)  % |
| Lymph % | 21 | | (20-45)  % |
| Mono % | 3 L | | (4-10)  % |
| Eos % | 0 | | (0-6)  % |
| Baso % | 0 | | (0-2)  % |

Pg 3 of 6
**Physician Documentation** 0429-0240

Name: **VANHOUTEN,EVERINE A**
MR #: **HM00507788**
DOB: ▉▉▉▉▉▉▉▉



| | | | |
|---|---|---|---|
| Differential Method | Auto | | (()) |
| Absolute Neutrophils | 8.90 H | | (1.4-7.0)  10(9)/L |
| Absolute Lymphocytes | 2.50 | | (0.7-4,5)  10(9)/L |
| Absolute Monocytes | 0.40 | | (0.1-1.0)  10(9)/L |
| Absolute Eosinophils | 0 | | (0-0.6)  10(9)/L |
| Absolute Basophils | 0 | | (0-0.2)  10(9)/L |
| Sodium | 134 | | (133-145)  mmol/L |
| Potassium | 4.2 | | (3.3-5.1)  mmol/L |
| Chloride | 105 | | (96-108)  mmol/L |
| Carbon Dioxide | 23 | | (21-31)  mmol/L |
| Anion Gap | 6 | | (4-16) |
| BUN | 15 | | (8-24)  mg/dL |
| Creatinine | 0.83 | | (0.40-1.10)  mg/dL |
| Est GFR (Non-Af Amer) | >60 | | (>59) |
| Est GFR (MDRD) Af Amer | >60 | | (>59) |
| Glucose | 88 | | (70-99)  mg/dL |
| Calcium | 9.3 | | (8.6-10.3)  mg/dL |
| Total Bilirubin | 0.8 | | (0-1.2)  mg/dL |
| AST | 17 | | (0-31)  U/L |
| ALT | 22 | | (0-31)  U/L |
| Alkaline Phosphatase | 68 | | (34-104)  U/L |
| Total Protein | 7.3 | | (5.9-8.4)  g/dL |
| Albumin | 4.6 | | (4.0-5.1)  g/dL |
| Globulin | 2.7 | | (2.0-3.6)  g/dL |
| Albumin/Globulin Ratio | 1.7 | | (1.2-2.3) |
| Lipase | 8 | | (4-58)  U/L |
| Urine Color | | Yellow | (()) |
| Urine Appearance | | Hazy | (()) |
| Urine pH | | 6.0 | (5.0-7.5) |
| Ur Specific Gravity | | 1.025 | (1.005-1.03) |
| Urine Protein | | Negative | (NEG)  mg/dL |
| Urine Glucose (UA) | | Negative | (NEG)  mg/dL |
| Urine Ketones | | 40 H | (NEG)  mg/dL |
| Urine Blood | | Negative | (NEG) |
| Urine Nitrate | | Negative | (NEG) |
| Urine Bilirubin | | Negative | (NEG) |
| Urine Urobilinogen | | 0.2 | (0.2-1.0)  EU/dL |
| Ur Leukocyte Esterase | | Negative | (NEG) |
| Urine RBC | | 0 | (0-2)  /hpf |
| Urine WBC | | 0 | (0-5)  /hpf |
| Ur Squamous Epith Cells | | Few | (())  /lpf |
| Urine Bacteria | | Occ H | (NONE)  /hpf |
| Urine Mucus | | Few | (())  /lpf |
| Ur Culture Indicated? | | Reflex c/s not done. | (CSND) |
| Urine HCG, Qual | | Negative | (()) |

Pg 4 of 6
**Physician Documentation** 0429-0240

Name: **VANHOUTEN,EVERINE A**
MR #: **HM00507788**
DOB: ▓▓▓▓▓▓▓▓

## Update

**- Patient Update**

**Status on patient:**
04/29/13 22:04
Charting performed by ED scribe Sarah Bakken for Dr. Nicholes.

04/29/13 23:27
Patient complaining of headache- given Toradol, Reglan, and Benadryl.

**- Patient Update**

**Visit Medications:**

ED Visit Medications

Discontinued Medications

| Generic Name<br>Trade Name | Dose Route<br>Freq  PRN Reason | Start<br>Stop | Last Admin<br>Dose Admin |
|---|---|---|---|
| Pantoprazole Sodium<br>  Protonix Tablet | 40 mg PO ONCE<br>ONE | 04/29/13 23:48<br>04/29/13 23:49 | |
| Diphenhydramine HCl<br>  Benadryl Injection | 50 mg IV ONCE<br>ONE | 04/29/13 23:42<br>04/29/13 23:43 | 04/29/13 23:46<br>50 mg |
| Metoclopramide HCl<br>  Reglan Injection | 10 mg IV ONCE<br>ONE | 04/29/13 23:26<br>04/29/13 23:27 | 04/29/13 23:28<br>10 mg |
| Sodium Chloride<br>  Sodium Chloride 0.9% Bag | 1000 mls @<br>999 mls/hr IV<br>.Q1H1M ONE | 04/29/13 22:20<br>04/29/13 23:20 | 04/29/13 22:33<br>999 mls/hr |
| Ketorolac Tromethamine<br>  Toradol Injection | 30 mg IV ONCE<br>ONE | 04/29/13 22:41<br>04/29/13 22:42 | 04/29/13 22:44<br>30 mg |
| Ondansetron HCl<br>  Zofran Injection | 4 mg IVP ONCE<br>ONE | 04/29/13 22:20<br>04/29/13 22:21 | 04/29/13 22:33<br>4 mg |

## Medical Decision Making/Dispo

**MDM Note/Critical Care Macro:**

04/29/13 23:33
After history, physical exam, and diagnostic evaluation, the etiology for the patient's vomiting is unclear. On serial exam the abdomen is soft without peritoneal signs. Laboratory data was non-diagnostic. After treatment vomiting resolved and hydration was satisfactory. I think the pt is at low risk for significant abdominal pathology based on serial exams and ED evaluation. Pt is advised to have a follow-up with the primary care physician. They were advised to return to the emergency department if significant pain, fevers, not tolerating oral food or fluid, bloody vomit or stools or any new complaints. Instructed to take prilosec daily.

Pg 5 of 6
**Physician Documentation** 0429-0240

Name: VANHOUTEN,EVERINE A
MR #: HM00507788
DOB:

04/29/13 23:47


04/29/13 23:55

**Discussed Investigation, Dx and Tx With:** Patient, Family
**Risk, Follow-up Discussed With:** Patient, Family

**- Disposition**

**Time of Disposition:** 23:55
**Disposition:** DC

**Referrals:**
Leeloy,Henry K., MD [Primary Care Provider] -

**- Disposition**

**DX: (Primary DX listed 1st):** Vomiting, Headache
**Condition:** Stable
**Instructions:** Acute Headache (ED), VOMITING, General Emergency Department
Discharge Instructions
**Custom Instructions:**
Please be sure to follow up this week with your primary care provider, and return to the
ER if your symptoms worsen.


Signed By:    **Nicholes, Andrew DO**    Date/Time: **04/29/13 2355**
                                    **<Electronically signed by Andrew Nicholes DO>**


CC: Leeloy, Henry K. MD.


Pg 6 of 6
**Physician Documentation 0429-0240**

# FOOTNOTE 25

**Hilo Medical Center**
*We Care for Our Community*
1190 Waianuenue Avenue. Hilo, Hawaii 96720
(808)932-3000

Report Status: Signed

Patient: **VANHOUTEN,EVERINE A**
DOB: ██████████
Medical Record: HM00507788
Account: **HL0010202112**
PCP: **Henry K. Leeloy MD**
ED Provider: **FitzGerald,Judith DO**
Service Date: **07/09/13**

### History of Present Illness

**Nursing Note:** Agreed With
**Source:** Patient, Parent
**Historian:** Appears accurate
**Exam Limitations:** None
**Onset:** Hours
**Severity:** Moderate
**Timing/Duration:** Hours
**Associated Symptoms:** Nausea/Vomiting. denies: Fever/Chills

**Chief Complaint:** Abdominal Pain
**Time Seen by Provider:** 07/09/13 02:50
**Notes: (location/quality/context):**
Nursing Triage Note

```
History of Chief Complaint        pt here for evaluation of n/v and rlq
abdominal
                                  pain that has been present x 3 months
wih recent
                                  visit to ed; pt states difficulty
getting in to
                                  referral for possible cholysysectomy;
noted
                                  distress
```

07/09/13 02:50
Patient was seen here on July 5 for same. She had labs showing slight elevation of the LFTs, a CT and ultrasound demonstrating likely hemangiomas in the liver. Patient tried to follow up with Dr LeeLoy as requested but was unable to get an appointment. She is status post chole and saw Dr Jahraus with that surgery but has not seen GI since her surgery. She reports intermittant RUQ abdominal pain since the surgery worse the past several days, tonight accompanied with nausea and vomiting. (FitzGerald,Judith)

**Allergies/Adverse Reactions:**

No Known Allergies Allergy (Verified 07/09/13 02:23)

Pg 1 of 5
**Physician Documentation** 0709-0007

Name: **VANHOUTEN,EVERINE A**
MR #: **HM00507788**
DOB: ████████

**Home Medications:**

| Medication | Instructions | Recorded | Type |
|---|---|---|---|
| NK [NK] | | 07/09/13 | History |

## Past Medical History

**Past Medical History:** Reports: Other (migraines).  Denies: Asthma, DM, HTN
**Past Surgical History:** Cholecystectomy, Other (breast augmentation)
**– Family History**

**Significant Family History:** Cancer
**- Social History**

**Personal History:** Employed
**Smoking Status:** Never Smoker
## Review of Systems

**Except as noted:** Reviewed and negative
## Physical Exam

**Vital Signs Reviewed?:** Yes
**Constitutional:** Well Developed/Nourished, Distress (moderate), Appears Stated Age
**Eyes:** PERRL, EOMI
**Ears/Nose/Mouth/Throat:** Nml ENT Exam.  No: Nodes
**Cardiovascular:** Regular Rate & Rhythm.  No: Murmur, Rub, Gallop
**Respiratory:** BS Normal/Equal Bilat.  No: Wheezing, Crackles, Rhonchi
**Gastrointestinal:** Soft, Tender, Normal BS
**Abdominal Tenderness:** Present, RUQ.  Not: Rebound, Voluntary Guarding,
Involuntary Guarding, Referred Pain
**Musculoskeletal:** Full ROM, Supple Neck
**Integumentary:** Normal, Dry
**Neurological:** Alert, Oriented x 3
**Psychiatric:** Nml Age Behavior, Nml Mood/Affect
**Hema/Lymph/Immun:** No: Bleeding Gums, Lymphadenopathy

**Nursing Vital Signs:**

### Initial Vital Signs

| Temperature | 37.0 C | 07/09/13 02:24 |
|---|---|---|
| Pulse Rate | 112 H | 07/09/13 02:24 |
| Respiratory Rate | 20 | 07/09/13 02:24 |
| Blood Pressure | 149/101 H | 07/09/13 02:24 |
| O2 Sat by Pulse Oximetry | 100 | 07/09/13 02:24 |

## Results/Interpretations
**– Laboratory**
Pg 2 of 5
**Physician Documentation** 0709-0007

Name: **VANHOUTEN,EVERINE A**
MR #: **HM00507788**
DOB:

**Result Note:**

07/09/13 02:35

```
          13.9
11.7 H  <       > 387
          41.6
```

07/09/13 02:35

```
135 | 104 | 14
----+-----+----- > 95
4.3 | 26  | 0.86
```

**Laboratory Tests**

| | 07/09/13 02:35 | Range/Units |
|---|---|---|
| WBC | 11.7 H | (3.8-11.2)  10(9)/L |
| RBC | 4.70 | (3.9-5.2)  10(12)/L |
| Hgb | 13.9 | (11.6-15.1)  g/dL |
| Hct | 41.6 | (34.1-44.2)  % |
| MCV | 88.5 | (80-100)  fL |
| MCH | 29.5 | (27-33)  pg |
| MCHC | 33.3 | (32-36)  g/dL |
| RDW | 14.0 | (11-15)  % |
| Plt Count | 387 | (150-450)  10(9)/L |
| Neut % | 53 | (40-70)  % |
| Lymph % | 35 | (20-45)  % |
| Mono % | 6 | (4-10)  % |
| Eos % | 6 | (0-6)  % |
| Baso % | 0 | (0-2)  % |
| Differential Method | Auto | (()) |
| Absolute Neutrophils | 6.20 | (1.4-7.0)  10(9)/L |
| Absolute Lymphocytes | 4.10 | (0.7-4.5)  10(9)/L |
| Absolute Monocytes | 0.70 | (0.1-1.0)  10(9)/L |
| Absolute Eosinophils | 0.70 H | (0-0.6)  10(9)/L |
| Absolute Basophils | 0 | (0-0.2)  10(9)/L |
| Sodium | 135 | (133-145)  mmol/L |
| Potassium | 4.3 | (3.3-5.1)  mmol/L |
| Chloride | 104 | (96-108)  mmol/L |
| Carbon Dioxide | 26 | (21-31)  mmol/L |
| Anion Gap | 5 | (4-16) |
| BUN | 14 | (8-24)  mg/dL |
| Creatinine | 0.86 | (0.40-1.10)  mg/dL |
| Est GFR (Non-Af Amer) | >60 | (>59) |
| Est GFR (MDRD) Af Amer | >60 | (>59) |
| Glucose | 95 | (70-99)  mg/dL |
| Calcium | 9.0 | (8.6-10.3)  mg/dL |
| Total Bilirubin | 1.0 | (0-1.2)  mg/dL |
| AST | 142 H | (0-31)  U/L |
| ALT | 120 H | (0-31)  U/L |
| Alkaline Phosphatase | 97 | (34-104)  U/L |
| Total Protein | 7.2 | (5.9-8.4)  g/dL |

Pg 3 of 5
**Physician Documentation** 0709-0007

Name: **VANHOUTEN,EVERINE A**
MR #: **HM00507788**
DOB:

| Albumin | 4.2 | (4.0-5.1) g/dL |
|---|---|---|
| Globulin | 3.0 | (2.0-3.6) g/dL |
| Albumin/Globulin Ratio | 1.4 | (1.2-2.3) |
| Lipase | 70 H | (4-58) U/L |
| HCG, Qual | Negative | (()) |

07/09/13 03:35

### Laboratory Tests

| | 07/05/13 08:15 |
|---|---|
| WBC | 10.6 |
| Hgb | 14.1 |
| Hct | 41.3 |
| Plt Count | 420 |
| Sodium | 138 |
| Potassium | 4.0 |
| Chloride | 105 |
| Carbon Dioxide | 27 |
| BUN | 16 |
| Creatinine | 1.00 |
| Glucose | 75 |
| Total Bilirubin | 0.8 |
| AST | 180 H |
| ALT | 112 H |
| Alkaline Phosphatase | 100 |
| Lipase | 21 |

(FitzGerald,Judith)

**Update**
**- Patient Update**

**Visit Medications:**

ED Visit Medications

| Generic Name Trade Name | Dose Route Freq  PRN Reason | Start Stop | Last Admin Dose Admin |
|---|---|---|---|
| Sodium Chloride<br><br> Sodium Chloride 0.9% Bag | 1,000 mls @ 100 mls/hr<br>IV<br><br>.Q10H ONE | 07/09/13 02:52<br>07/09/13 12:51 | 07/09/13 03:02<br><br>100 mls/hr<br><br>Administration |

Discontinued Medications

| Generic Name Trade Name | Dose Route Freq  PRN Reason | Start Stop | Last Admin Dose Admin |
|---|---|---|---|
| Diphenhydramine HCl Benadryl Injection | 25 mg IV | 07/09/13 02:52 07/09/13 02:53 | 07/09/13 03:02 25 mg |

Pg 4 of 5
**Physician Documentation** 0709-0007

Name: **VANHOUTEN,EVERINE A**
MR #: <span style="background:black">HM00507788</span>
DOB:

| | ONCE ONE | | Administration |
|---|---|---|---|
| Ketorolac Tromethamine Toradol Injection | 30 mg IV ONCE ONE | 07/09/13 02:52 07/09/13 02:53 | 07/09/13 03:02 30 mg Administration |
| Metoclopramide HCl Reglan Injection | 10 mg IV ONCE ONE | 07/09/13 02:52 07/09/13 02:53 | 07/09/13 03:02 10 mg Administration |
| Ondansetron HCl Zofran Injection | 4 mg IVP ONCE ONE | 07/09/13 02:52 07/09/13 02:53 | 07/09/13 03:02 4 mg Administration |

**Medical Decision Making/Dispo**

**Reviewed the Following:** Lab, Old Charts
**Discussed Investigation, Dx and Tx With:** Patient, Family
**Risk, Follow-up Discussed With:** Patient, Family
**- Disposition**

**Time of Disposition:** 04:38
**Disposition:** DC

**MDM Note/Critical Care Macro:**
07/09/13 03:36
Patient was seen on 7/5/13 for same. She had CT and abdominal ultrasound showing hemangiomas in the liver; she is s/p cholecystectomy. Patient admits to intermittant abdominal pain RUQ since the surgery. She admits to increasing pain with nausea, vomiting for several days. She woke from sleep tonight with emesis and pain. No other family members are ill. She is using the percocet from her previous ED visit with limited relief. She admits to RUQ pain radiating the the back. Exam is notable for tearful female with clear lungs, soft abdomen with RUQ tenderness with no rebound, no guarding, no referred pain. Pain is managed with toradol, benadryl, reglan and zofran IV. CBC and chemistries are notable for white count of 11.7 with no bandemia, chemistries with good renal function and elevation of the AST, ALT and lipase consistent with previous recent visit. Urine is negative.

07/09/13 04:38
Patient is pain free and sleeping quietly. She is discharged to PMD and GI followup as needed. (FitzGerald,Judith)

**Referrals:**
Leeloy,Henry K., MD [Primary Care Provider] -
**Forms:** Return to Work/School
**- Disposition**

**DX: (Primary DX listed 1st):**
 abdominal pain, Abdominal pain
**Condition:** Good

Pg 5 of 5
**Physician Documentation** 0709-0007

Name: **VANHOUTEN,EVERINE A**
MR #: **HM00507788**
DOB: ▮▮▮▮▮▮▮

**Instructions:**  General Emergency Department Discharge Instructions
**Custom Instructions:**
Follow up with Dr Jahraus this week for recheck.


Signed By:     **FitzGerald, Judith DO**      Date/Time: **07/09/13 0552**
                                    **<Electronically signed by Judith FitzGerald DO>**




CC: Leeloy, Henry K. MD.

Pg 6 of 5
**Physician Documentation** 0709-0007



PATIENT REGISTRATION FORM
HILO MEDICAL CENTER
1190 WAIANUENUE AVE,HILO, HI 96720

MED REC#: HH00507288    NAME: VANHOUTEN,EVERINE A    VIP:    CONF:
ACCOUNT #: HED10020338J
BIRTHDATE:                ADMIT DATE:   07/16/13 TIME:  1216    DISCHG DATE:
AGE:      33              SERV/LOC:      HLED                   SOC SEC#:    XXX-XX-3768
SEX:      F               ROOM/BED:                             PAT STATUS:  DEP ER
FIN CLASS: HMSA           RACE: WHITE/CAUCASIAN                 ADM CLERK:   JKAHEE
INS DIAG:                 ADMIT SOURCE: PATIENT CAME FROM HO
INS AUTH:                 REASON:
INS Procedure 1:              Proc 2:              Proc 3:              Proc 4:

*** PATIENT INFORMATION ***

PATIENT:    VANHOUTEN,EVERINE A              MARITAL ST: NEVER MARRIED
ADDRESS:    1                                RELIGION:   NONE

PHONE HM#: (                                 PHONE WK#: (

*** PHYSICIAN INFORMATION ***

PRIMARY CARE PHYS: Leeloy, Henry K. MD.      FAMILY PHYS:
ADMIT PHYSICIAN:                             OTHER PHYS:
ATTENDING/ER PHYS: Calvert, Douglas DO

*** CONTACT INFORMATION ***

NEXT OF KIN:  NONE,PERPT                     PERSON TO NOTIFY:  VANHOUTEN,BARBARA
NOK ADDRESS:                                 PERSON NOTIFY ADD:

NOK PHONE #:                                 PERSON NOTIFY PH#: (
NOK OT PH #:                                 PERSON OT PH#:

*** GUARANTOR INFORMATION ***

GUARANTOR NAME: VANHOUTEN,EVERINE A          GUAR EMPLOYER: HILO MEDICAL CENTER
GUAR ADDRESS:                    STREET      GUAR EMP PH #: (
GUAR PHONE NO:                               RELATIONSHIP:  PATIENT
                                             GUARANTOR SS#: XXX-XX-3768

| INSURANCE | POLICY # | GROUP # | SUBSCRIBER |
|-----------|----------|---------|------------|
| 1 HMSA    |          | 690     | VANHOUTEN,EVERINE A |
|    PO Box 32700,Honolulu,HI 96803 | | | |
|    (800)790-4672 | | | |
| 2 | | | |
| 3 | | | |

*** ADVANCE DIRECTIVES ***

Advanced Directive:U   Name:
 What type:

Do you have a living will?
HIPAA Notice Provided? 07/05/13 COA signed? Y    If no?

COMMENT:

**Hilo Medical Center**
*We Care for Our Community*
1190 Waianuenue Avenue. Hilo, Hawaii 96720
(808)932-3000

Report Status: Signed

Patient: **VANHOUTEN,EVERINE A**
DOB: ▮▮▮▮▮▮▮
Medical Record: **HM00507788**
Account: **HL0010203364**
PCP: **Henry K. Leeloy MD**
ED Provider: **Calvert, Douglas DO**
Service Date: **07/16/13**

### History of Present Illness

**Nursing Note:** Agreed With
**Chief Complaint:** Abdominal Pain
**Time Seen by Provider:** 07/16/13 13:05
**Source:** Patient
**Historian:** Appears accurate
**Exam Limitations:** None
**Notes: (location/quality/context):**
Nursing Triage Note

| History of Chief Complaint pain. pt | pt arrives via POV with c\o abdominal |
| --- | --- |
| was seen | has had abdominal pain since March, and |
| the | here July 5th and this past tuesday for |
| pain. pt | pain. Right upper and lower quadrant |
| "spots on her | has CT and US and was told she has |
| Hartman | liver" and has an appointment to see MD |
| today, she | on Monday. however she was at work |
| she pain | works in nursing admin here at HMC when |
| tearful, | worsened and became very sharp. pt is |
|  | and guarding. |

07/16/13 13:07
This is a 33 year old female with a PMHx of migraines who presents to the ED alone via POV complaining of abdominal pain. Onset March 2013. Pain has been intermittent since March, and the patient was seen in the ED several times since then for abdominal pain. Her CT and US from 7/5/13 showed some possible hemangiomas of her liver. Patient states her pain has been worsening and has been occurring more frequently. Pain is currently severe, sharp, stabbing, and radiates to her back. Pain is prominent in the epigastric region and RUQ. Also ntoes some intermittent nausea and vomiting. She states she is scheduled to have an MRI this Friday. Patient also reports a sensation of "tightness" to her bilateral legs behind her knees that began while lying here in the emergency department. Denies any fever, diarrhea, constipation, rash or any other

Pg 1 of 7
**Physician Documentation** 0716-0061

Name: **VANHOUTEN,EVERINE A**
MR #: HM00507788
DOB: �altered

associated symptoms at this time. Patient is scheduled to see Dr. Hartman this upcoming Monday.
**Onset:** Chronic
**Severity:** Moderate
**Timing/Duration:** Intermittent
**Modifying Factors:** improves with: Other (none)
**Associated Symptoms:** Nausea/Vomiting.  denies: Chest Pain, Fever/Chills, Shortness of Breath
**Allergies/Adverse Reactions:**

No Known Allergies Allergy (Verified 07/09/13 02:23)

**Home Medications:**

| Medication | Instructions | Recorded | Type |
|---|---|---|---|
| Ondansetron [Zofran Odt(Ondansetron)4Mg *] | 4 mg SL Q6HP PRN #10 tablet | 07/09/13 | Rx |

**Past Medical History**

**Past Medical History:** Reports: Other (migraines).  Denies: Asthma, DM, HTN
**- Social History**

**Smoking Status:** Never Smoker
**Review of Systems**

**Except as noted:** Reviewed and negative
**Constitutional:** denies: Fever, Chills
**Eyes:** denies: Photophobia, Vision Change
**Ears/Nose/Mouth/Throat:** denies: Earache, Rhinorrhea
**Cardiovascular:** denies: Chest Pain, Palpitations
**Respiratory:** denies: Dyspnea, Cough
**Gastrointestinal:** Abdominal Pain, Nausea, Vomiting.  denies: Diarrhea, Constipation
**Genitourinary:** denies: Dysuria, Hematuria
**Musculoskeletal:** denies: Back Pain, Neck Pain
**Integumentary:** denies: Pruritis, Rash
**Neurological:** denies: Dizziness, Headache
**Allergic/Immunologic:** denies: Drug Allergy
**Physical Exam**

**Nursing Vital Signs:**
### Initial Vital Signs

| Temperature | 36.2 C L | 07/16/13 12:20 |
|---|---|---|
| Pulse Rate | 120 H | 07/16/13 12:20 |
| Respiratory Rate | 20 | 07/16/13 12:20 |
| Blood Pressure | 154/110 H | 07/16/13 12:20 |

Pg 2 of 7
**Physician Documentation** 0716-0061

Name: **VANHOUTEN,EVERINE A**
MR #: **HM00507788**
DOB: ▮▮▮▮▮▮▮

| O2 Sat by Pulse Oximetry | 98 | | 07/16/13 12:20 |
|---|---|---|---|

**Vital Signs Reviewed?:** Yes
**Constitutional:** Well Developed/Nourished, Appears Stated Age, Alert.  Not: Distress
**Eyes:** PERRL, EOMI.  No: Scleral Icterus, Pale conjunctiva
**Ears/Nose/Mouth/Throat:** Nml ENT Exam.  No: JVD
**Cardiovascular:** Regular Rate & Rhythm, Peri Pulses Strg/Eq.  No: Murmur, Rub, Gallop
**Respiratory:** BS Normal/Equal Bilat.  No: Respiratory Distress, Wheezing, Crackles, Rhonchi
**Gastrointestinal:** Soft, Normal BS.  Not: Tender, Hepatomegaly, Splenomegaly
**Abdominal Tenderness:** Not: Present
**Musculoskeletal:** Full ROM, Supple Neck.  No: Deformity, Tenderness to Palp, Pedal Edema
**Integumentary:** Normal, Dry
**Neurological:** Alert, Oriented x 3.  Not: Focal Findings
**Psychiatric:** Nml Age Behavior, Nml Mood/Affect, Alert
**Hema/Lymph/Immun:** No: Bleeding Gums, Purpura, Petechia, Lymphadenopathy
**Results/Interpretations**
**- Laboratory**

**Result Note:**

```
                    07/16/13 12:35
                       14.6
        12.4H  <              >  436
                       43.6

                    07/16/13 12:35
        137  |  102  |  16   \
        ————————————————————   > 87
        4.1  |   26  | 0.86  /
```

### Laboratory Tests

| | 07/16/13 12:35 | 07/16/13 13:49 | 07/16/13 16:21 | Range/Units |
|---|---|---|---|---|
| WBC | 12.4 H | | | (3.8-11.2) 10(9)/L |
| RBC | 4.90 | | | (3.9-5.2) 10(12)/L |
| Hgb | 14.6 | | | (11.6-15.1) g/dL |
| Hct | 43.6 | | | (34.1-44.2) % |
| MCV | 89.1 | | | (80-100) fL |
| MCH | 29.8 | | | (27-33) pg |
| MCHC | 33.4 | | | (32-36) g/dL |
| RDW | 14.3 | | | (11-15) % |
| Plt Count | 436 | | | (150-450) 10(9)/L |

Pg 3 of 7
**Physician Documentation** 0716-0061

Name: **VANHOUTEN,EVERINE A**
MR #: **HM00507788**
DOB:

| | | | | |
|---|---|---|---|---|
| Neut % | 49 | | | (40-70) % |
| Lymph % | 39 | | | (20-45) % |
| Mono % | 8 | | | (4-10) % |
| Eos % | 3 | | | (0-6) % |
| Baso % | 1 | | | (0-2) % |
| Differential Method | Auto | | | (()) |
| Absolute Neutrophils | 6.10 | | | (1.4-7.0) 10(9)/L |
| Absolute Lymphocytes | 4.90 H | | | (0.7-4.5) 10(9)/L |
| Absolute Monocytes | 0.90 | | | (0.1-1.0) 10(9)/L |
| Absolute Eosinophils | 0.40 | | | (0-0.6) 10(9)/L |
| Absolute Basophils | 0.10 | | | (0-0.2) 10(9)/L |
| Sodium | 137 | | | (133-145) mmol/L |
| Potassium | 4.1 | | | (3.3-5.1) mmol/L |
| Chloride | 102 | | | (96-108) mmol/L |
| Carbon Dioxide | 26 | | | (21-31) mmol/L |
| Anion Gap | 9 | | | (4-16) |
| BUN | 16 | | | (8-24) mg/dL |
| Creatinine | 0.86 | | | (0.40-1.10) mg/dL |
| Est GFR (Non-Af Amer) | >60 | | | (>59) |
| Est GFR (MDRD) Af Amer | >60 | | | (>59) |
| Glucose | 87 | | | (70-99) mg/dL |
| Calcium | 10.0 | | | (8.6-10.3) mg/dL |
| Total Bilirubin | 0.5 | | | (0-1.2) mg/dL |
| AST | 24 | | | (0-31) U/L |
| ALT | 53 H | | | (0-31) U/L |
| Alkaline Phosphatase | 90 | | | (34-104) U/L |
| Total Protein | 7.8 | | | (5.9-8.4) g/dL |
| Albumin | 4.9 | | | (4.0-5.1) g/dL |
| Globulin | 2.9 | | | (2.0-3.6) g/dL |
| Albumin/Globulin Ratio | 1.7 | | | (1.2-2.3) |
| Amylase | 66 | | | (28-100) U/L |

Pg 4 of 7
**Physician Documentation** 0716-0061

Name: **VANHOUTEN,EVERINE A**
MR #: **HM00507788**
DOB: 

| Lipase | 33 | | | (4-58) U/L |
|---|---|---|---|---|
| HCG, Qual | Negative | | | (()) |
| Urine Color | | Yellow | Yellow | (()) |
| Urine Appearance | | Clear | Sl hazy | (()) |
| Urine pH | | 6.0 | 6.5 | (5.0-7.5) |
| Ur Specific Gravity | | <1.005 L | 1.015 | (1.005-1.03) |
| Urine Protein | | Negative | Negative | (NEG) mg/dL |
| Urine Glucose (UA) | | Negative | Negative | (NEG) mg/dL |
| Urine Ketones | | Negative | Negative | (NEG) mg/dL |
| Urine Blood | | Negative | Negative | (NEG) |
| Urine Nitrate | | Negative | Negative | (NEG) |
| Urine Bilirubin | | Negative | Negative | (NEG) |
| Urine Urobilinogen | | 0.2 | 0.2 | (0.2-1.0) EU/dL |
| Ur Leukocyte Esterase | | Mod H | Negative | (NEG) |
| Urine RBC | | 0-2 | 0-2 | (0-2) /hpf |
| Urine WBC | | 5-10 | 2-5 | (0-5) /hpf |
| Ur Squamous Epith Cells | | Mod | | (()) /lpf |
| Amorphous Crystals | | | Occ | (()) /lpf |
| Urine Bacteria | | Few H | None | (NONE) /hpf |
| Urine Mucus | | Mod | Few | (()) /lpf |
| Ur Culture Indicated? | | Reflex c/s done. H | Reflex c/s not done. | (CSND) |

**- CT Scan**
  \*\* Abdomen/Pelvis CT from 7/5/13
**CT Notes:**
07/16/13 13:18
Abdomen/Pelvis CT from 7/5/13 read by radiologist Dr. Harvey Nakamura:
IMPRESSION:
  1. Cholecystectomy.
  2. Three enhancing foci in the liver on the arterial phase, possibly hemangiomas.
Recommendation:  Ultrasound examination for further evaluation.
  3. Several nonobstructing left renal stones.
  4.   Intrauterine device in the uterus.

**- Ultrasound**
  \*\* Abdomen US from 7/5/13
**Ultrasound Note:**
07/16/13 13:18
Abdomen US from 7/5/13 read by radiologist Dr. Harvey Nakamura:
IMPRESSION:
 Two ill-defined heterogeneous masses demonstrated in the left lobe of the liver consistent with the CT scan findings.  These may be hemangiomas.
Recommendation:  Follow-up CT or ultrasound scans or an MRI scan for further evaluation.

**- Magnetic Resonance Imaging**
Pg 5 of 7
**Physician Documentation** 0716-0061

Name: **VANHOUTEN,EVERINE A**
MR #: **HM00507788**
DOB:

** Abdomen MRI
**MRI Notes:**
07/16/13 16:51
HHSC\cneal1, Neal, Christopher - 7/16/2013 4:29:49 PM
Subcutaneous emphysema in the webspace between the first and second ray and the palm.
**Update**
~ **Patient Update**

**Status on patient:**
07/16/13 13:06
Charting performed by ED scribe Grady Sullivan for Dr. Calvert.
**Visit Medications:**

ED Visit Medications

> ### Discontinued Medications

| Generic Name<br>Trade Name | Dose Route<br>Freq  PRN Reason | Start<br>Stop | Last Admin<br>Dose Admin |
|---|---|---|---|
| Sodium Chloride<br><br> Sodium Chloride 0.9%<br>Bag | 1,000 mls @ 100<br>mls/hr<br>IV<br><br>.Q10H ONE | 07/16/13<br>12:39<br>07/16/13<br>22:38 | 07/16/13<br>12:39<br>100 mls/hr<br><br>Administration |
| Ketorolac Tromethamine<br><br> Toradol Injection | 30 mg<br><br>IV<br><br>ONCE ONE | 07/16/13<br>14:51<br>07/16/13<br>14:52 | 07/16/13<br>14:10<br>30 mg<br><br>Administration |
| Lorazepam<br><br> Ativan Injection | 0.5 mg<br><br>IV<br><br>ONCE ONE | 07/16/13<br>13:29<br>07/16/13<br>13:30 | 07/16/13<br>13:50<br>0.5 mg<br><br>Administration |
| Morphine Sulfate<br><br> Morphine Injection | 5 mg<br><br>IVP<br><br>ONCE ONE | 07/16/13<br>13:29<br>07/16/13<br>13:30 | 07/16/13<br>13:48<br>5 mg<br><br>Administration |
| Ondansetron HCl<br><br> Zofran Injection | 4 mg<br><br>IVP<br><br>ONCE ONE | 07/16/13<br>12:47<br>07/16/13<br>12:48 | 07/16/13<br>12:51<br>4 mg<br><br>Administration |
| Ondansetron HCl<br><br> Zofran Odt Tablet | 4 mg<br><br>PO<br><br>ONCE ONE | 07/16/13<br>13:29<br>07/16/13<br>13:30 | 07/16/13<br>17:38<br>Not Given |

Name: **VANHOUTEN,EVERINE A**
MR #: HM00507788
DOB: ███████████

**Medical Decision Making/Dispo**

**MDM Note/Critical Care Macro:**
07/16/13 13:29
33-year-old female to emergency Department with complaint of several month
history of right upper quadrant abdominal pain. Patient reports that she does have
pain medicines prescribed, she rarely takes them. She reports the pain is sharp.
Reports ongoing nausea without vomiting. Patient does have an appointment with
gastroenterology scheduled for 6 days from now. She also has an MRI scheduled
for 3 days from now. Patient has had numerous visits to the emergency department
over the last several months with similar complaints. Hepatitis screen negative. CBC
has been normal. CMP demonstrated intermittent elevation of liver enzymes with
normal bilirubin. Patient had a urinary tract infection on July was initiated on
Macrobid, however a urine culture demonstrated mixed flora.

Patient has had numerous imaging studies. On March 18 of this year CT scan
demonstrated small nonobstructing left renal stones no other acute findings.
Ultrasound performed 2 days later demonstrated status post cholecystectomy
without evidence of hepatobiliary obstructive disease. Pelvic ultrasound performed
on April 5 was normal. On July 5 patient had a repeat CT scan of the abdomen and
pelvis which demonstrated cholecystectomy and 3 enhancing foci in the liver possibly
hemangiomas. Incidentally noted were several nonobstructing left renal stones as
well as an IUD. Ultrasound performed that demonstrated two heterogeneous
masses in the left lobe of the liver consistent with CT findings, also interpreted as
likely hemangiomas.

On examination here in the emergency department patient is tearful, somewhat
anxious. Left upper quadrant and epigastric tenderness to palpation. Normal bowel
sounds. Patient reports a sensation of tightness in the popliteal fossa of both legs,
however neurologic examination is normal. Reports that she "just wants everything
figured out." We will obtain screening labs, consideration will be given to additional
imaging at this time, although patient does have appropriate followup scheduled
already.

07/16/13 14:29
HCG is negative. CBC demonstrates white blood cell count of 12,400 with no left
shift. CMP is normal with exception of an ALT of 53. Amylase and lipase normal.
Urinalysis demonstrates moderate leukocyte esterase with few bacteria. As patient's
last urinalysis appeared contaminated, we will obtain straight catheter urinalysis to
rule out urinary tract infection and obtain MRCP today.

07/16/13 16:59
Catheter urinalysis is negative for leukocyte esterase, demonstrates no bacteria.
MRCP demonstrates no biliary dilatation or stones. Lesions noted in the liver are not
hemangiomas but are probably benign. Patient will be discharged home with

Pg 7 of 7
**Physician Documentation** 0716-0061

Name: **VANHOUTEN,EVERINE A**
MR #: **HM00507788**
DOB:   ▓▓▓▓▓▓▓▓

outpatient gastroenterology followup in 6 days as scheduled.
**Reviewed the Following:** Lab, EKG, Imaging
**Discussed Investigation, Dx and Tx With:** Patient, Family
**Risk, Follow-up Discussed With:** Patient, Family
**Referrals:**
Leeloy,Henry K., MD [Primary Care Provider] -
Hartman,William MD, MD [Staff Physician] -  (Follow up with Dr. Hartman as
scheduled.)
**Forms:**  Return to Work/School
**- Disposition**

**Time of Disposition:** 16:56
**Disposition:** DC
**DX: (Primary DX listed 1st):**
 Abdominal pain
**Instructions:**  General Emergency Department Discharge Instructions, Abdominal Pain
(ED)


Signed By:    **Calvert, Douglas DO**        Date/Time: **07/16/13 1815**
                              **<Electronically signed by Douglas Calvert DO>**




CC: Leeloy, Henry K. MD.

*Van Houten vs USPlabs, LLC; Civil No. CV 13-00635 LEK/KSC*
*Records from Hilo Medical Center taken on 03/02/2015*                    313

# FOOTNOTE 26



PATIENT REGISTRATION FORM
HILO MEDICAL CENTER
1190 WAIANUENUE AVE HILO, HI 96720

MED REC#: HM00507788        NAME  VANHOUTEN, EVERINE A          VIP:      CONF:
ACCOUNT#: HI███████████  ADMIT DATE:   07/31/13 TIME:  1107   DISCHG DATE:
BIRTHDATE: 0█████████    SERV/LOC:     HLED                   SOC SEC#:   XXX-XX-3768
AGE:        33           ROOM/BED:                            PAT STATUS: DEP ER
SEX:        F            RACE: WHITE/CAUCASIAN                ADM CLERK:  KKUALII
FIN CLASS: HMSA          ADMIT SOURCE: PATIENT CAME FROM HO
INS DIAG:                REASON:
INS AUTH:
INS Procedure 1:              Proc 2:              Proc 3:              Proc 4:

*** PATIENT INFORMATION ***

PATIENT:   VANHOUTEN, EVERINE A              MARITAL ST: NEVER MARRIED
ADDRESS:   17█████████████ET                 RELIGION:   NONE
           ████████
PHONE HM#: (██████████                       PHONE WK#:  (8██████████

*** PHYSICIAN INFORMATION ***

PRIMARY CARE PHYS: Leeloy, Henry K. MD.      FAMILY PHYS:
ADMIT PHYSICIAN:                             OTHER PHYS:
ATTENDING/ER PHYS: Budde, James MD

*** CONTACT INFORMATION ***

NEXT OF KIN:  NONE, PERPT                     PERSON TO NOTIFY:  VANHOUTEN, BARBARA
NOK ADDRESS:                                 PERSON NOTIFY ADD:

NOK PHONE #:                                 PERSON NOTIFY PH#: (8████████████
NOK OT PH #:                                 PERSON OT PH#:

*** GUARANTOR INFORMATION ***

GUARANTOR NAME: VANHOUTEN, EVERINE A          GUAR EMPLOYER: HILO MEDICAL CENTER
GUAR ADDRESS:    █████████████T              GUAR EMP PH #: (█████████████
                 ████████                     RELATIONSHIP:  PATIENT
GUAR PHONE NO:  (8███████                     GUARANTOR SS#: XXX-XX-3768

INSURANCE              POLICY #              GROUP #              SUBSCRIBER
1 HMSA                 ██████████            690                  VANHOUTEN, EVERINE A
     PO Box 32700, Honolulu, HI 96803
     (800)790-4672
2

3

*** ADVANCE DIRECTIVES ***

Advanced Directive:U   Name:
  What type:

Do you have a living will?
HIPAA Notice Provided? 07/05/13 COA signed? Y    If no?

COMMENT:

**Hilo Medical Center**
*We Care for Our Community*
1190 Waianuenue Avenue. Hilo, Hawaii 96720
(808)932-3000

Report Status: Signed

Patient: **VANHOUTEN,EVERINE A**
DOB: ███████████
Medical Record: **HM00507788**
Account: **HL0010205822**
PCP: **Henry K. Leeloy MD**
ED Provider: **Budde, James MD**
Service Date: **07/31/13**

### History of Present Illness

**Nursing Note:** Agreed With
**Chief Complaint:** Abdominal Pain
**Time Seen by Provider:** 07/31/13 11:48
**Source:** Patient
**Historian:** Appears accurate
**Exam Limitations:** None
**Notes: (location/quality/context):**
Nursing Triage Note

History of Chief Complaint          Pt here with c/o RUQ pain x 1 month.
Pt has an
                                    appt with Hartman to schedule an
endoscopy.



07/31/13 11:18
This is a 33 year old female with a PMHx of migraines who presents to the ED alone via POV
complaining of abdominal pain. Onset March 2013. Pain has been intermittent since March,
and the patient was seen in the ED several times since then for abdominal pain. The pain began
again today while working and is prominent in the epigastric region and RUQ. Pain is
currently severe, sharp, stabbing, and radiates to her back. She took Ibuprofen and zofran at
the time without relief. Patient is requesting further pain management at this time. Also notes
some intermittent nausea and vomiting. She has an appointment with Dr. Hartman to have an
endoscopy scheduled. Patient states she called Dr. Hartman PTA who suggested she come to
the ED for pain management. Denies any fever, diarrhea, constipation, rash or any other
associated symptoms at this time. Patient is scheduled to see Dr. Hartman this upcoming
Monday. Her PCP is Dr. Leeloy and she has seen him for the complaint. She is currently on
her menstrual period.

**Onset:** Weeks
**Severity:** Moderate
**Timing/Duration:** Intermittent
**Modifying Factors:** improves with: Other (none)
**Associated Symptoms:** None
**Allergies/Adverse Reactions:**
Pg 1 of 6
**Physician Documentation** 0731-0067

Name: **VANHOUTEN,EVERINE A**
MR #: **HM00507788**
DOB:

No Known Allergies Allergy (Verified 07/09/13 02:23)

**Home Medications:**

| Medication | Instructions | Recorded | Type |
|---|---|---|---|
| Hydrocodone Bit/ Acetaminophen [Vicodin 5/500 Tablet] | 1 each PO Q4HP PRN #20 tablet | 07/31/13 | Rx |
| Ondansetron [Zofran Odt(Ondansetron)4Mg *] | 4 mg SL Q6HP PRN #10 tablet | 07/31/13 | Rx |
| Pantoprazole Sodium [Protonix Tablet] | 40 mg PO BID #30 tablet.dr | 07/31/13 | Rx |
| Sucralfate [Carafate] | 1 gm PO Q4HP PRN #500 ml | 07/31/13 | Rx |

**Past Medical History**

**Past Medical History:** Reports: Other (migraines).  Denies: Asthma, DM, HTN
**Past Surgical History:** Cholecystectomy
**- Social History**

**Personal History:** Single
**Alcohol:** Reports: Never
**Drugs:** Reports: Never
**Smoking Status:** Never Smoker
**Review of Systems**

**Except as noted:** Reviewed and negative
**Constitutional:** denies: Fever, Chills
**Eyes:** denies: Photophobia
**Ears/Nose/Mouth/Throat:** denies: Epistaxis
**Cardiovascular:** denies: Palpitations, Orthopnea
**Gastrointestinal:** Abdominal Pain, Nausea
**Genitourinary:** denies: Retention
**Musculoskeletal:** denies: Joint Pain
**Integumentary:** denies: Bruising
**Neurological:** denies: Paresthesia
**Psychiatric:** denies: Anxiety
**Hematologic/Lymph:** denies: Lymphadenopathy
**Physical Exam**

**Nursing Vital Signs:**

### Initial Vital Signs

| Temperature | 36.8 C | 07/31/13 11:08 |
|---|---|---|
| Pulse Rate | 90 | 07/31/13 11:08 |

Pg 2 of 6
**Physician Documentation** 0731-0067

Name: **VANHOUTEN,EVERINE A**
MR #: **HM00507788**
DOB: 

| Respiratory Rate | 14 | 07/31/13 11:08 |
|---|---|---|
| Blood Pressure | 119/81 | 07/31/13 11:08 |
| O2 Sat by Pulse Oximetry | 100 | 07/31/13 11:08 |

**Vital Signs Reviewed?:** Yes
**Constitutional:** Well Developed/Nourished, Appears Stated Age, Alert.  Not: Distress
**Eyes:** PERRL, EOMI
**Ears/Nose/Mouth/Throat:** Nml ENT Exam.  No: JVD
**Cardiovascular:** Regular Rate & Rhythm, Peri Pulses Strg/Eq
**Respiratory:** BS Normal/Equal Bilat.  No: Respiratory Distress
**Gastrointestinal:** Soft, Normal BS.  Not: Tender
**Abdominal Tenderness:** Epigastric.  Not: Present
**Musculoskeletal:** Full ROM, Supple Neck.  No: Deformity, Tenderness to Palp, Pedal Edema
**Integumentary:** Normal, Dry, Other (abdominal surgical scar)
**Neurological:** Alert, Oriented x 3.  Not: Focal Findings
**Psychiatric:** Nml Mood/Affect, Alert
**Hema/Lymph/Immun:** No: Bleeding Gums, Purpura, Petechia, Lymphadenopathy
**Results/Interpretations**
**- Laboratory**

**Result Note:**



**Laboratory Tests**

| | 07/31/13 11:27 | 07/31/13 11:30 | Range/Units |
|---|---|---|---|
| WBC | | 9.3 | (3.8-11.2)  10(9)/L |
| RBC | | 4.81 | (3.9-5.2)  10(12)/L |
| Hgb | | 14.5 | (11.6-15.1)  g/dL |
| Hct | | 42.3 | (34.1-44.2)  % |
| MCV | | 87.9 | (80-100)  fL |
| MCH | | 30.1 | (27-33)  pg |
| MCHC | | 34.3 | (32-36)  g/dL |
| RDW | | 14.3 | (11-15)  % |
| Plt Count | | 493 H | (150-450)  10(9)/L |
| Neut % | | 58 | (40-70)  % |
| Lymph % | | 36 | (20-45)  % |
| Mono % | | 4 | (4-10)  % |
| Eos % | | 2 | (0-6)  % |
| Baso % | | 0 | (0-2)  % |
| Differential Method | | Auto | (()) |

Pg 3 of 6
Physician Documentation 0731-0067

Name: **VANHOUTEN,EVERINE A**
MR #: **HM00507788**
DOB: ▮▮▮▮▮▮▮▮

| | | | |
|---|---|---|---|
| Absolute Neutrophils | | 5.40 | (1.4-7.0)  10(9)/L |
| Absolute Lymphocytes | | 3.30 | (0.7-4.5)  10(9)/L |
| Absolute Monocytes | | 0.40 | (0.1-1.0)  10(9)/L |
| Absolute Eosinophils | | 0.10 | (0-0.6)  10(9)/L |
| Absolute Basophils | | 0 | (0-0.2)  10(9)/L |
| Sodium | | 135 | (133-145)  mmol/L |
| Potassium | | 4.1 | (3.3-5.1)  mmol/L |
| Chloride | | 102 | (96-108)  mmol/L |
| Carbon Dioxide | | 25 | (21-31)  mmol/L |
| Anion Gap | | 8 | (4-16) |
| BUN | | 19 | (8-24)  mg/dL |
| Creatinine | | 0.91 | (0.40-1.10)  mg/dL |
| Est GFR (Non-Af Amer) | | >60 | (>59) |
| Est GFR (MDRD) Af Amer | | >60 | (>59) |
| Glucose | | 99 | (70-99)  mg/dL |
| Calcium | | 9.4 | (8.6-10.3)  mg/dL |
| Total Bilirubin | | 0.7 | (0-1.2)  mg/dL |
| AST | | 71 H | (0-31)  U/L |
| ALT | | 50 H | (0-31)  U/L |
| Alkaline Phosphatase | | 72 | (34-104)  U/L |
| Total Protein | | 8.0 | (5.9-8.4)  g/dL |
| Albumin | | 4.9 | (4.0-5.1)  g/dL |
| Globulin | | 3.1 | (2.0-3.6)  g/dL |
| Albumin/Globulin Ratio | | 1.6 | (1.2-2.3) |
| Lipase | | 35 | (4-58)  U/L |
| Urine Color | Yellow | | (()) |
| Urine Appearance | Sl hazy | | (()) |
| Urine pH | 6.5 | | (5.0-7.5) |
| Ur Specific Gravity | 1.025 | | (1.005-1.03) |
| Urine Protein | Negative | | (NEG)  mg/dL |
| Urine Glucose (UA) | Negative | | (NEG)  mg/dL |
| Urine Ketones | Negative | | (NEG)  mg/dL |
| Urine Blood | Negative | | (NEG) |
| Urine Nitrate | Negative | | (NEG) |
| Urine Bilirubin | Negative | | (NEG) |
| Urine Urobilinogen | 0.2 | | (0.2-1.0)  EU/dL |
| Ur Leukocyte Esterase | Negative | | (NEG) |
| Urine RBC | 0-2 | | (0-2)  /hpf |
| Urine WBC | 2-5 | | (0-5)  /hpf |
| Ur Squamous Epith Cells | Mod | | (())  /lpf |
| Amorphous Crystals | Few | | (())  /lpf |
| Urine Bacteria | Few H | | (NONE)  /hpf |
| Urine Mucus | Mod | | (())  /lpf |
| Ur Culture Indicated? | Reflex c/s not done. | | (CSND) |
| Urine HCG, Qual | Negative | | (()) |

**Update**
- Patient Update

**Status on patient:**

Pg 4 of 6
**Physician Documentation** 0731-0067

# FOOTNOTE 29

**Hilo Medical Center**
*We Care for Our Community*
1190 Waianuenue Avenue. Hilo, Hawaii 96720
(808)932-3000

Report Status: Signed

Patient: **VANHOUTEN,EVERINE A**
DOB: ████████
Medical Record: HM00507788
Account: HL0010207070
PCP: **Henry K. Leeloy MD**
ED Provider: **Morrison, James S MD**
Service Date: **08/07/13**

*<Sarubbi,Jo Ann MD – Last Filed: 08/10/13 17:17>*

**History of Present Illness**
**Nursing Note:** Agreed With
**Chief Complaint:** Nausea/vomiting
**Stated Complaint:** vomiting post scope
**Time Seen by Provider:** 08/07/13 23:04
**Source:** Patient
**Historian:** Appears accurate
**Exam Limitations:** None
**Notes: (location/quality/context):**
Nursing Triage Note

| **History of Chief Complaint** since being | pt arrives via POV with c\o emesis |
| states that | scoped this morning by MD Hartman. |
| heaving since post | she has been vomiting and dry |
| zofran with | procedure, and was sent home with |
| states she was | no relief. left facility at 1600. |
| | being scoped for gallstones. |

08/07/13 23:40
This is a 33 year old female pt of Dr. Leeloy with a PMHx of migraines who arrives to the ED via POV with complaints of nausea and vomiting. Pt states that she has been complaining of abdominal pain and vomiting since March 2013. Pt has been seen in the ED on multiple visits for complaints of the same with negative workups. Pt states that she was being seen by her GI doctor, Dr. Hartman, for ERCP with normal results, and was doing well until she started to rouse after procedural sedation where she had multiple episodes of nausea and vomiting. Pt states that she was sent home from Dr. Hartman's office with zofran without relief.

**Onset:** Hours
**Timing/Duration:** Intermittent (episodes)
**Associated Symptoms:** denies: Fever/Chills
**Allergies/Adverse Reactions:**

No Known Allergies Allergy (Verified 08/10/13 10:25)

Pg 1 of 6
**Physician Documentation 0807-0189**

Name: **VANHOUTEN,EVERINE A**
MR #: HM00507788
DOB: ▉▉▉▉▉▉▉

**Home Medications:**

| Medication | Instructions | Recorded | Type |
|---|---|---|---|
| Ibuprofen [Motrin Tablet] | 800 mg PO DAILYP PRN | 08/06/13 | History |
| Multivitamin [Multi Vitamin Daily] | 1 each PO DAILY | 08/06/13 | History |
| Bisacodyl [Dulcolax Tablet] | 5 mg PO DAILYP PRN #30 tablet | 08/13/13 | Rx |
| Cefuroxime Axetil [Cefuroxime 500Mg] | 500 mg PO BID #14 tablet | 08/13/13 | Rx |
| Docusate Sodium [Colace Capsule] | 100 mg PO BIDP PRN #60 capsule | 08/13/13 | Rx |
| Magnesium Chloride [Mag64] | 64 mg PO HS #30 tablet.sa | 08/13/13 | Rx |
| Omeprazole [Prilosec Capsule] | 40 mg PO DAILY #30 capsule | 08/13/13 | Rx |
| Ondansetron [Zofran Tablet] | 4 mg PO Q4HP PRN #30 tablet | 08/13/13 | Rx |
| Tramadol HCl [Ultram Tablet] | 50 mg PO Q4HP PRN #30 tablet | 08/13/13 | Rx |
| Venlafaxine HCl [Effexor Xr 75Mg] | 75 mg PO HS #30 cap | 08/13/13 | Rx |

**Past Medical History**
**Past Medical History:** Reports: Other (migraines).  Denies: Asthma, DM, HTN
**Past Surgical History:** Cholecystectomy
**Last Menstrual Period:** 1 month
**Vaccination Hx:** Yes: UTD

**- Social History**
**Personal History:** Other (unaccompanied at bedside)
**Alcohol:** Reports: Never
**Drugs:** Reports: Never
**Smoking Status:** Never Smoker

**Review of Systems**
**Except as noted:** Reviewed and negative
**Constitutional:** denies: Fever, Chills
**Eyes:** denies: Pain, Trauma
**Ears/Nose/Mouth/Throat:** denies: Earache, Rhinorrhea
**Cardiovascular:** denies: Chest Pain
**Respiratory:** denies: Dyspnea, Cough
**Gastrointestinal:** denies: Abdominal Pain, Nausea, Vomiting
**Genitourinary:** denies: Dysuria, Hematuria
**Musculoskeletal:** denies: Back Pain, Neck Pain
**Integumentary:** denies: Rash, Bruising
**Neurological:** denies: Headache, Syncope
**Allergic/Immunologic:** denies: Food Allergy, Drug Allergy, Environmental Allergy, Immunocompromised, Other

**Physical Exam**
**Nursing Vital Signs:**

### Initial Vital Signs

| Temperature | 97 F L | 08/07/13 22:49 |
|---|---|---|
| Pulse Rate | 119 H | 08/07/13 22:49 |
| Respiratory Rate | 20 | 08/07/13 22:49 |
| Blood Pressure | 130/74 | 08/07/13 22:49 |

Pg 2 of 6
**Physician Documentation** 0807-0189

Name: **VANHOUTEN,EVERINE A**
MR #: HM00507788
DOB: ▓▓▓▓▓▓▓

| O2 Sat by Pulse Oximetry | 98 | 08/07/13 22:49 |

**Vital Signs Reviewed?:** Yes
**Constitutional:** Well Developed/Nourished, Appears Stated Age, Alert. Not: Distress
**Eyes:** PERRL, EOMI
**Ears/Nose/Mouth/Throat:** Nml ENT Exam, Nml Thyroid. No: Nodes, JVD
**Cardiovascular:** Regular Rate & Rhythm, Peri Pulses Strg/Eq. No: Murmur
**Respiratory:** BS Normal/Equal Bilat. No: Respiratory Distress, CW Tenderness to Palp, Wheezing
**Gastrointestinal:** Soft, Tender, Decr BS
**Abdominal Tenderness:** Present, RUQ (toward the epigastric region). Not: Rebound, Voluntary Guarding
**Musculoskeletal:** Full ROM, Supple Neck. No: Deformity, Tenderness to Palp, Pedal Edema
**Integumentary:** Normal, Dry
**Neurological:** Alert, Oriented x 3. Not: Focal Findings
**Psychiatric:** Nml Age Behavior, Nml Mood/Affect, Alert

**Results/Interpretations**

**- Laboratory**
**Result Note:**

08/07/13 23:09

```
        12.9
14.8H  ──────  406
        38.6
```

08/07/13 23:09

```
135   103   15
───── ───── ───── 142H
4.2    23   0.85
```

**Laboratory Tests**

| | 08/07/13 23:09 | Range/Units |
|---|---|---|
| WBC | 14.8 H | (3.8-11.2) 10(9)/L |
| RBC | 4.36 | (3.9-5.2) 10(12)/L |
| Hgb | 12.9 | (11.6-15.1) g/dL |
| Hct | 38.6 | (34.1-44.2) % |
| MCV | 88.4 | (80-100) fL |
| MCH | 29.7 | (27-33) pg |
| MCHC | 33.6 | (32-36) g/dL |
| RDW | 13.4 | (11-15) % |
| Plt Count | 406 | (150-450) 10(9)/L |
| Neut % | 87 H | (40-70) % |
| Lymph % | 10 L | (20-45) % |
| Mono % | 3 L | (4-10) % |
| Eos % | 0 | (0-6) % |
| Baso % | 0 | (0-2) % |
| Differential Method | Auto | (()) |
| Absolute Neutrophils | 12.90 H | (1.4-7.0) 10(9)/L |
| Absolute Lymphocytes | 1.50 | (0.7-4.5) 10(9)/L |
| Absolute Monocytes | 0.40 | (0.1-1.0) 10(9)/L |
| Absolute Eosinophils | 0 | (0-0.6) 10(9)/L |

Pg 3 of 6
**Physician Documentation** 0807-0189

Name: VANHOUTEN,EVERINE A
MR #: HM00507788
DOB: ◼◼◼◼◼◼◼◼

| Absolute Basophils | 0 | (0-0.2) 10(9)/L |
|---|---|---|
| Sodium | 135 | (133-145) mmol/L |
| Potassium | 4.2 | (3.3-5.1) mmol/L |
| Chloride | 103 | (96-108) mmol/L |
| Carbon Dioxide | 23 | (21-31) mmol/L |
| Anion Gap | 9 | (4-16) |
| BUN | 15 | (8-24) mg/dL |
| Creatinine | 0.85 | (0.40-1.10) mg/dL |
| Est GFR (Non-Af Amer) | >60 | (>59) |
| Est GFR (MDRD) Af Amer | >60 | (>59) |
| Glucose | 142 H | (70-99) mg/dL |
| Calcium | 9.0 | (8.6-10.3) mg/dL |
| Total Bilirubin | 0.8 | (0-1.2) mg/dL |
| AST | 110 H | (0-31) U/L |
| ALT | 144 H | (0-31) U/L |
| Alkaline Phosphatase | 83 | (34-104) U/L |
| Total Protein | 7.0 | (5.9-8.4) g/dL |
| Albumin | 4.4 | (4.0-5.1) g/dL |
| Globulin | 2.6 | (2.0-3.6) g/dL |
| Albumin/Globulin Ratio | 1.7 | (1.2-2.3) |
| Amylase | 74 | (28-100) U/L |
| Lipase | 20 | (4-58) U/L |

**Update**

**- Patient Update**
**Status on patient:**
Charting performed by ED scribe Emily Brinkman for Dr. Sarubbi.

08/08/13 01:40
The patient had an ERCP done today, the operative report states that the exam is normal. The patient's symptoms resolved with medication. Her symptoms tonight according to the patient with the same symptoms. She was having the testing for

**Visit Medications:**

ED Visit Medications

Discontinued Medications

| Generic Name<br>Trade Name | Dose Route<br>Freq PRN Reason | Start<br>Stop | Last Admin<br>Dose Admin |
|---|---|---|---|
| Diphenhydramine HCl<br>Benadryl Injection | 25 mg<br>IV<br>ONCE ONE | 08/08/13 11:45<br>08/08/13 11:46 | 08/08/13 11:45<br>25 mg<br>Administration |
| Hydromorphone HCl<br>Dilaudid Injection | 1 mg<br>IVP<br>ONCE ONE | 08/08/13 01:11<br>08/08/13 01:12 | 08/08/13 01:19<br>1 mg<br>Administration |
| Hydromorphone HCl<br>Dilaudid Injection | 1 mg<br>IM<br>ONCE ONE | 08/08/13 07:03<br>08/08/13 07:04 | 08/08/13 07:03<br>1 mg<br>Administration |
| Sodium Chloride<br>Sodium Chloride 0.9% Bag | 1,000 mls @ 150 mls/hr<br>IV | 08/07/13 23:36<br>08/08/13 06:15 | 08/07/13 23:39<br>150 mls/hr |

Pg 4 of 6
**Physician Documentation** 0807-0189

Name: VANHOUTEN,EVERINE A
MR #: HM00507788
DOB: ▮▮▮▮▮▮▮

| | .Q6H40M ONE | | | Administration |
|---|---|---|---|---|
| Lorazepam Ativan Injection | 1 mg IV ONCE ONE | 08/07/13 23:36 08/07/13 23:37 | | 08/07/13 23:39 1 mg Administration |
| Metoclopramide HCl Reglan Injection | 10 mg IV ONCE ONE | 08/07/13 23:37 08/07/13 23:38 | | 08/07/13 23:37 10 mg Administration |
| Metoclopramide HCl Reglan Injection | 10 mg IV ONCE ONE | 08/07/13 23:37 08/07/13 23:38 | | 08/07/13 23:39 Not Given |
| Ondansetron HCl Zofran Injection | 4 mg IVP ONCE ONE | 08/07/13 23:07 08/07/13 23:08 | | 08/07/13 23:07 4 mg Administration |
| Ondansetron HCl Zofran Injection | 4 mg IVP ONCE ONE | 08/07/13 23:36 08/07/13 23:37 | | 08/07/13 23:39 4 mg Administration |
| Ondansetron HCl Zofran Odt Tablet | 4 mg PO ONCE ONE | 08/08/13 09:46 08/08/13 09:47 | | 08/08/13 09:46 4 mg Administration |
| Prochlorperazine Edisylate Compazine Injection | 10 mg IV ONCE ONE | 08/08/13 04:09 08/08/13 04:10 | | 08/08/13 04:09 10 mg Administration |

**Medical Decision Making/Dispo**
**MDM Note/Critical Care Macro:**


Patient presents to the emergency department with abdominal pain. After history, physical exam, and diagnostic evaluation, the etiology for their pain is unclear.the patien has been having these same symtoms fro months with no dx. she underwent a ERCP today which the perliminary report is negative. In the emergency department they received [NS IV,dilaudid, and Zofran IV]. Laboratory data was nondiagnostic. White blood cell count was slightly elevated.. On serial exam their pain improved. At this point it is unclear exactly the etiology of the pt's pain; but I think they are at low risk for significant abdominal pathology based on serial exams and our ED evaluation. Patient is advised to have a followup with their primary care physician tomorrow for a recheck and repeat abdominal exam. They were advised to return to the emergency department if significant pain, fevers, not tolerating oral food or fluid, or new complaints
**Reviewed the Following:** Lab
**Discussed Investigation, Dx and Tx With:** Patient
**Risk, Follow-up Discussed With:** Patient
**Referrals:**
Leeloy,Henry K., MD [Primary Care Provider] - 6 to 10 Days
Hartman,William MD, MD [Staff Physician] - 3 to 5 Days

**- Disposition**
**Time of Disposition:** 06:26
**Disposition:** DC
**DX: (Primary DX listed 1st):**
 Abdominal pain, Persistent recurrent vomiting
**Condition:** Stable
**Instructions:** ABDOMINAL PAIN, General Emergency Department Discharge Instructions
**Custom Instructions:**
Continue regular medications, take Zofran every 6 hours. Follow up with Dr. Hartman on monday.

*<Morrison,James S MD - Last Filed: 08/13/13 16:24>*
Pg 5 of 6
**Physician Documentation** 0807-0189

*Van Houten vs USPlabs, LLC; Civil No. CV 13-00635 LEK/KSC*
*Records from Hilo Medical Center taken on 03/02/2015*

224

Name: VANHOUTEN,EVERINE A
MR #: HM00507788
DOB: ▓▓▓▓▓▓

**Results/Interpretations**

- **CT Scan**
  ** CT # 1
**CT Notes:**

08/08/13 12:58
HHSC\ewyatt, Wyatt, Dr. Eric MD - 8/8/2013 12:38:38 PM
Small gas bubble in the liver consistent with recent ERCP and sphincterotomy. Proximal to the gas bubble is a curvilinear area of decreased density suspicious for a very focal cholangitis. It measures proximately 3.5 cm in length and 5 mm in width. Status post cholecystectomy. The previous CC and enhancing masses in the liver are no longer visualized. There are only seen on the very early arterial images. Today's scan is more delayed. Continued surveillance is recommended as per the MRI report. No bowel obstruction. No free intraperitoneal gas. No other evidence for acute disease.


Signed By:   **Sarubbi, Jo Ann MD**      Date/Time: **08/10/13 1757**
                    **<Electronically signed by Jo Ann Sarubbi MD>**
                              **08/13/13 1626**
                    **<Electronically signed by James S Morrison MD>**



CC: Leeloy, Henry K. MD.


Pg 6 of 6
**Physician Documentation** 0807-0189

*Van Houten vs USPlabs, LLC; Civil No. CV 13-00635 LEK/KSC
Records from Hilo Medical Center taken on 03/02/2015*                 225