EXHIBIT "8"

# EXHIBIT "8"

# <u>INDEX</u>

**Footnote 30**: (BS) Nos. 177-183

**Footnote 31**: (BS) Nos. 169-170, 174-175

**Footnote 32**: (BS) Nos. 134-140

**Footnote 33**: (BS) Nos. 129-131, 82-88, 54-56

# FOOTNOTE 30

.



PATIENT REGISTRATION FORM
HILO MEDICAL CENTER
1190 WAIANUENUE AVE HILO, HI 96720

MED REC#: HM0050778B          NAME: VANHOUTEN, EVERINE A          VIE          CONF
ACCOUNT #: HL00100248042      ADMIT DATE:   04/04/14 TIME: 0326    DISCHG DATE:
BIRTHDATE: _____         SERV/LOC:     HLED                   SOC SEC#:    XXX-XX-3768
AGE:      34                  ROOM/BED:                            PAT STATUS:  DEP ER
SEX:      F                   RACE: WHITE/CAUCASIAN                ADM CLERK:   BRIINGEN
FIN CLASS: HMSA               ADMIT SOURCE: PATIENT CAME FROM HO
INS DIAG:                     REASON:
INS AUTH:
INS Procedure 1:              Proc 2:              Proc 3:              Proc 4:

*** PATIENT INFORMATION ***

PATIENT:       VANHOUTEN, EVERINE A            MARITAL ST: NEVER MARRIED
ADDRESS:       _____T              RELIGION:   NONE

PHONE HM#: (_____9                       PHONE WK#: (_____
PREFERRED LANGUAGE:  English

*** PHYSICIAN INFORMATION ***

PRIMARY CARE PHYS: Leeloy, Henry K. MD.        FAMILY PHYS:
ADMIT PHYSICIAN:                               OTHER PHYS:
ATTENDING/ER PHYS: Sarubbi, Jo Ann  MD

*** CONTACT INFORMATION ***

NEXT OF KIN:  NONE, PERPT                       PERSON TO NOTIFY: VANHOUTEN, BARBARA
NOK ADDRESS:                                    PERSON NOTIFY ADD:

NOK PHONE #:                                    PERSON NOTIFY PH#: (_____
NOK OT PH #:                                    PERSON OT PH#:

*** GUARANTOR INFORMATION ***

GUARANTOR NAME: VANHOUTEN, EVERINE A            GUAR EMPLOYER: HILO MEDICAL CENTER
GUAR ADDRESS:   _____TREET            GUAR EMP PH #: (_____
                _____               RELATIONSHIP:  PATIENT
GUAR PHONE NO:  _____                     GUARANTOR SS#: X_____

| INSURANCE | POLICY # | GROUP # | SUBSCRIBER |
|---|---|---|---|
| 1 HMSA | R_____8 | 690 | VANHOUTEN, EVERINE A |
|   PO Box 32700, Honolulu, HI 96803 | | | |
|   (800)790-4672 | | | |
| 2 | | | |
| 3 | | | |

*** ADVANCE DIRECTIVES ***

Advanced Directive:U  Name:
  What type:

Do you have a living will?
HIPAA Notice Provided? 07/05/13 COA signed? Y    If no?

COMMENT:

HIE-CM01                                         REG ER

**Hilo Medical Center**
*We Care for Our Community*
1190 Waianuenue Avenue. Hilo, Hawaii 96720
(808)932-3000

Report Status: Signed

Patient: **VANHOUTEN,EVERINE A**
DOB: 0█████████
Medical Record: **HM00507788**
Account: **HL0010248046**
PCP: **Henry K. Leeloy MD**
ED Provider: **Sarubbi, Jo Ann MD**
Service Date: **04/04/14**

**History of Present Illness**
**Nursing Note:** Agreed With
**Chief Complaint:** Nausea/vomiting
**Time Seen by Provider:** 04/04/14 03:55
**Source:** Patient
**Historian:** Appears accurate
**Exam Limitations:** None
**Notes: (location/quality/context):**
Nursing Triage Note

History of Chief Complaint
course. also c

Pt recently had UTI, finished abx

/o nausea/vomiting

04/04/14 03:57
The patient presents to the emergency room department with right flank pain is radiating to her abdomen and lower pelvic discomfort associated with the nausea and vomiting. The that has been ongoing x2 days. The patient recently had a urinary tract infection and finished a course of antibiotics. She noted that she had blood in her urine today. Pain level is a 6/10.
**Onset:** Days
**Severity:** Moderate
**Timing/Duration:** Constant
**Modifying Factors:** improves with: Medication
**Associated Symptoms:** Nausea/Vomiting (A)
**Allergies/Adverse Reactions:**

No Known Allergies Allergy (Verified 04/04/14 03:32)

**Home Medications:**

| Medication | Instructions | Recorded | Type |
|---|---|---|---|
| Ciprofloxacin HCl [Cipro 500 mg Tab*] | 500 mg PO Q12H #10 tablet | 04/04/14 | Rx |
| Hydrocodone/Acetaminophen [Vicodin | 1 each PO Q6HP PRN #14 tablet | 04/04/14 | Rx |

Pg 1 of 6
**Physician Documentation** 0404-0006

Name: **VANHOUTEN,EVERINE A**
MR #: HM00507788
DOB:

| 5-300Mg Tablet] | | | |
|---|---|---|---|
| Ondansetron [Zofran ODT Tab] | 4 mg PO Q6H #14 tablet | 04/04/14 | Rx |

### Past Medical History
**Past Medical History:** Reports: Other (Migraines; Possible choledocholithiasis w/ERC performed on 8/07/13). Denies: Asthma, DM, HTN
**Past Surgical History:** None
**Last Menstrual Period:** 1 month

**- Social History**
**Personal History:** Single
**Alcohol:** Reports: Occasional
**Drugs:** Reports: Never
**Smoking Status:** Never Smoker

### Review of Systems
**Except as noted:** Reviewed and negative
**Constitutional:** Chills. denies: Fever
**Gastrointestinal:** Abdominal Pain, Nausea, Vomiting
**Genitourinary:** Hematuria. denies: Frequency, Dysuria, Vaginal Discharge
**Neurological:** denies: Dizziness

### Physical Exam
**Nursing Vital Signs:**

#### Initial Vital Signs

| Temperature | 36.2 C L | 04/04/14 03:32 |
|---|---|---|
| Pulse Rate | 105 H | 04/04/14 03:32 |
| Respiratory Rate | 16 | 04/04/14 03:32 |
| Blood Pressure | 130/85 | 04/04/14 03:32 |
| O2 Sat by Pulse Oximetry | 99 | 04/04/14 03:32 |

| | |
|---|---|
| Height | 1.52 m |
| Weight | 58.967 kg |
| Weight Measurement Method | Estimated by Patient |

04/04/14 04:03

**Vital Signs Reviewed?:** Yes
**Constitutional:** Well Developed/Nourished
**Eyes:** PERRL, EOMI
**Ears/Nose/Mouth/Throat:** Nml ENT Exam. No: Meningismus, JVD
**Cardiovascular:** Regular Rate & Rhythm, Peri Pulses Strg/Eq. No: Murmur
**Respiratory:** BS Normal/Equal Bilat. No: Respiratory Distress, Wheezing
**Gastrointestinal:** Soft, Tender, Normal BS, Right CVAT. Not: Splenomegaly
**Abdominal Tenderness:** Present, RUQ. Not: Rebound, Voluntary Guarding
**Musculoskeletal:** Full ROM, Supple Neck. No: Deformity, Tenderness to Palp, Pedal Edema
**Integumentary:** Normal, Dry
**Neurological:** Alert, Oriented x 3, Normal Coordination, Normal Gait. Not: Focal
Pg 2 of 6
**Physician Documentation** 0404-0006

Name: **VANHOUTEN,EVERINE A**
MR #: **HM00507788**
DOB:

Findings
**Psychiatric:** Nml Age Behavior, Alert
**Hema/Lymph/Immun:** No: Bleeding Gums, Lymphadenopathy

**Results/Interpretations**

- **Laboratory**
**Result Note:**



**Laboratory Tests**

| | 04/04/14 03:45 | 04/04/14 03:50 | Range/Units |
|---|---|---|---|
| WBC | 14.7 H | | (3.8-11.2)  10(9)/L |
| RBC | 4.52 | | (3.9-5.2)  10(12)/L |
| Hgb | 13.1 | | (11.6-15.1)  g/dL |
| Hct | 40.7 | | (34.1-44.2)  % |
| MCV | 90.2 | | (80-100)  fL |
| MCH | 29.1 | | (27-33)  pg |
| MCHC | 32.2 | | (32-36)  g/dL |
| RDW | 13.4 | | (11-15)  % |
| Plt Count | 351 | | (150-450)  10(9)/L |
| Neut % | 53 | | (40-70)  % |
| Lymph % | 38 | | (20-45)  % |
| Mono % | 7 | | (4-10)  % |
| Eos % | 1 | | (0-6)  % |
| Baso % | 1 | | (0-2)  % |
| Differential Method | Auto | | (()) |
| Absolute Neutrophils | 7.90 H | | (1.4-7.0)  10(9)/L |
| Absolute Lymphocytes | 5.50 H | | (0.7-4.5)  10(9)/L |
| Absolute Monocytes | 1.10 H | | (0.1-1.0)  10(9)/L |
| Absolute Eosinophils | 0.10 | | (0-0.6)  10(9)/L |
| Absolute Basophils | 0.10 | | (0-0.2)  10(9)/L |
| Sodium | 131 L | | (133-145)  mmol/L |
| Potassium | 3.8 | | (3.3-5.1)  mmol/L |
| Chloride | 103 | | (96-108)  mmol/L |
| Carbon Dioxide | 21 | | (21-31)  mmol/L |
| Anion Gap | 7 | | (4-16) |
| BUN | 11 | | (8-24)  mg/dL |
| Creatinine | 0.89 | | (0.40-1.10)  mg/dL |
| Est GFR (Non-Af Amer) | >60 | | (>59) |
| Est GFR (MDRD) Af Amer | >60 | | (>59) |
| Glucose | 151 H | | (70-99)  mg/dL |
| Calcium | 8.7 | | (8.6-10.3)  mg/dL |
| Total Bilirubin | 0.8 | | (0-1.2)  mg/dL |

Pg 3 of 6
**Physician Documentation** 0404-0006

Name: **VANHOUTEN,EVERINE A**
MR #: **HM00507788**
DOB: ⬛⬛⬛⬛⬛⬛



| | | | |
|---|---|---|---|
| AST | 138 H | | (0-31) U/L |
| ALT | 82 H | | (0-31) U/L |
| Alkaline Phosphatase | 74 | | (34-104) U/L |
| Total Protein | 6.5 | | (5.9-8.4) g/dL |
| Albumin | 4.1 | | (4.0-5.1) g/dL |
| Globulin | 2.4 | | (2.0-3.6) g/dL |
| Albumin/Globulin Ratio | 1.7 | | (1.2-2.3) |
| Lipase | 232 H | | (4-58) U/L |
| Urine Color | | Yellow | (()) |
| Urine Appearance | | Hazy | (()) |
| Urine pH | | 6.0 | (5.0-7.5) |
| Ur Specific Gravity | | 1.021 | (1.005-1.03) |
| Urine Protein | | Negative | (NEG) mg/dL |
| Urine Glucose (UA) | | Negative | (NEG) mg/dL |
| Urine Ketones | | Negative | (NEG) mg/dL |
| Urine Blood | | Mod H | (NEG) |
| Urine Nitrate | | Negative | (NEG) |
| Urine Bilirubin | | Negative | (NEG) |
| Urine Urobilinogen | | 0.2 | (0.2-1.0) EU/dL |
| Ur Leukocyte Esterase | | Negative | (NEG) |
| Urine RBC | | 0 | (0-2) /hpf |
| Urine WBC | | 10-20 | (0-5) /hpf |
| Ur Squamous Epith Cells | | Mod | (()) /lpf |
| Urine Bacteria | | Few H | (NONE) /hpf |
| Urine Mucus | | Mod | (()) /lpf |
| Ur Culture Indicated? | | Reflex c/s not done. | (CSND) |
| Urine HCG, Qual | | Negative | (()) |

- CT Scan
  ** CT # 1
CT Notes:

04/04/14 06:00
CAT scan of the abdomen and pelvis without contrast shows left nephrolithiasis and
mild left hydronephrosis secondary to a stone 1.3mm in the proximal left ureter just
distal to the UPJ mildly prominent distal small bowel contain content suggesting ileus

**Update**

- Patient Update
**Visit Medications:**

ED Visit Medications

| Generic Name Trade Name | Dose Route Freq PRN Reason | Start Stop | Last Admin Dose Admin |
|---|---|---|---|
| Lactated Ringer's<br><br>Lactated Ringers Iv Bag | 1,000 mls @ 200 mls/ hr<br>IV<br><br>.Q5H ONE | 04/04/14 03:56<br><br>04/04/14 08:55 | 04/04/14 04:00<br><br>200 mls/hr<br><br>Administration |

Discontinued Medications

Pg 4 of 6
**Physician Documentation** 0404-0006

Name: **VANHOUTEN,EVERINE A**
MR #: **HM00507788**
DOB:

| Generic Name<br>Trade Name | Dose Route<br>Freq  PRN Reason | Start<br>Stop | Last Admin<br>Dose Admin |
|---|---|---|---|
| Ciprofloxacin<br>Cipro Tablet | 500 mg<br>PO<br>ONCE ONE | 04/04/14 06:03<br>04/04/14 06:04 | 04/04/14 06:20<br>500 mg<br>Administration |
| Hydromorphone HCl<br>Dilaudid Injection | 0.5 mg<br>IVP<br>ONCE ONE | 04/04/14 04:51<br>04/04/14 04:52 | 04/04/14 04:59<br>Not Given |
| Hydromorphone HCl<br>Dilaudid Injection | 0.5 mg<br>IV<br>ONCE ONE | 04/04/14 04:58<br>04/04/14 04:59 | 04/04/14 04:59<br>0.5 mg<br>Administration |
| Ketorolac Tromethamine<br>Toradol Injection | 30 mg<br>IV<br>ONCE ONE | 04/04/14 03:56<br>04/04/14 03:57 | 04/04/14 04:00<br>30 mg<br>Administration |
| Morphine Sulfate<br>Morphine Injection | 2 mg<br>IVP<br>ONCE ONE | 04/04/14 04:44<br>04/04/14 04:45 | 04/04/14 04:50<br>Not Given |
| Ondansetron HCl<br>Zofran Injection | 4 mg<br>IVP<br>ONCE ONE | 04/04/14 03:44<br>04/04/14 03:45 | 04/04/14 03:45<br>4 mg<br>Administration |
| Oxycodone/Acetaminophen<br>Percocet 5/325mg Tablet | 1 each<br>PO<br>ONCE ONE | 04/04/14 06:21<br>04/04/14 06:22 | 04/04/14 06:21<br>1 each<br>Administration |

**- Disposition**
**If pending items are cleared:** May Go Home

**Medical Decision Making/Dispo**
**MDM Note/Critical Care Macro:**
04/04/14 06:06
Based on my history, physical exam, and diagnostic evaluation, the patient appears to have symptoms consistent with acute ureteral colic and nephrolithiasis without acute UTI. The pain appears to be secondary to ureteral colic. Pt's pain is now well controlled after treatment with [analgesia IV]. Pt will be discharged with narcotic analgesics and will be discharged with instructions to return if increasing pain, weakness, fevers, or new symptoms. I encouraged follow-up with the primary care physician for repeat exam in 24-48 hours. Pt was also given a referral to an area urologist. She will be kept on Cipro. She did have white cells in the urine.

04/04/14 06:27

**Reviewed the Following:** Lab, Imaging
**Discussed Investigation, Dx and Tx With:** Patient
**Risk, Follow-up Discussed With:** Patient
**Referrals:**
Leeloy,Henry K., MD [Primary Care Provider] - 3 to 5 Days
**Ambulatory Prescriptions:**
Ciprofloxacin HCl [Cipro 500 mg Tab*] 500 mg PO Q12H #10 tablet
Hydrocodone/Acetaminophen [Vicodin 5-300Mg Tablet] 1 each PO Q6HP PRN #14 tablet
  PRN Reason:
Ondansetron [Zofran ODT Tab] 4 mg PO Q6H #14 tablet
**Forms:** Other Return to Work/School

**- Disposition**
Pg 5 of 6
**Physician Documentation** 0404-0006

Name: **VANHOUTEN,EVERINE A**
MR #: **HM00507788**
DOB: ███████

**Time of Disposition:** 06:06
**Disposition:** DC
**DX: (Primary DX listed 1st):**
 Renal colic on left side, Nephrolithiasis, Abdominal pain
**Condition:** Good
**Instructions:**  General Emergency Department Discharge Instructions, Renal Colic (ED)


Signed By:     **Sarubbi, Jo Ann MD**        Date/Time: **04/05/14 1851**
                          **<Electronically signed by Jo Ann Sarubbi MD>**


CC: Leeloy, Henry K. MD.

Pg 6 of 6
**Physician Documentation** 0404-0006

*Van Houten vs USPlabs, LLC; Civil No. CV 13-00635 LEK/KSC*
*Records from Hilo Medical Center taken on 03/02/2015*          183

East Hawaii Region

HIM ROI LAB RESULTS

Page: 1
Date: 04/24/14 14:13

VANHOUTEN,EVERINE A
Fac: Hilo Medical Center
34 F 00                                         Loc:Emergency Department                    Bed:-
                                    Med Rec Num                                  Visit:
        Attending:                                                              Reg Date:04/04/14
        Reason:

## Lab Results

| | | 04/04/14 03:50 | 04/04/14 03:45 |
|---|---|---|---|
| WBC | | | 14.7 H |
| RBC | | | 4.52 |
| Hgb | | | 13.1 |
| Hct | | | 40.7 |
| MCV | | | 90.2 |
| MCH | | | 29.1 |
| MCHC | | | 32.2 |
| RDW | | | 13.4 |
| Plt Count | | | 351 |
| Neut % | | | 53 |
| Lymph % | | | 38 |
| Mono % | | | 7 |
| Eos % | | | 1 |
| Baso % | | | 1 |
| Differential Method | | | Auto |
| Absolute Neutrophils | | | 7.90 H |
| Absolute Lymphocytes | | | 5.50 H |
| Absolute Monocytes | | | 1.10 H |
| Absolute Eosinophils | | | 0.10 |
| Absolute Basophils | | | 0.10 |
| Sodium | | | 131 L |
| Potassium | | | 3.8 |
| Chloride | | | 103 |
| Carbon Dioxide | | | 21 |
| Anion Gap | | | 7 |
| BUN | | | 11 |
| Creatinine | | | 0.89 |
| Est GFR (Non-Af Amer) | | | >60 |
| Est GFR (MDRD) Af Amer | | | >60 |
| Glucose | | | 151 H |
| Calcium | | | 8.7 |
| Total Bilirubin | | | 0.8 |
| AST | | | 138 H |
| ALT | | | 82 H |
| Alkaline Phosphatase | | | 74 |
| Total Protein | | | 6.5 |
| Albumin | | | 4.1 |
| Globulin | | | 2.4 |
| Albumin/Globulin Ratio | | | 1.7 |
| Lipase | | | 232 H |
| Urine Color | | Yellow | |
| Urine Appearance | | Hazy | |
| Urine pH | | 6.0 | |
| Ur Specific Gravity | | 1.021 | |
| Urine Protein | | Negative | |
| Urine Glucose (UA) | | Negative | |
| Urine Ketones | | Negative | |

Continued on Page 2

VANHOUTEN, EVERINE A                                                        Page: 2
Fac: Hilo Medical Center
34 F ████████████          Loc: Emergency Department      Bed:-
                          Med Rec Num: HM00507788          Visit: HL0010248046
Lab Results - Continued

| | | |
|---|---|---|
| Urine Blood | Mod H | |
| Urine Nitrate | Negative | |
| Urine Bilirubin | Negative | |
| Urine Urobilinogen | 0.2 | |
| Ur Leukocyte Esterase | Negative | |
| Urine RBC | 10-20 | |
| Urine WBC | 0 | |
| Ur Squamous Epith Cells | Mod | |
| Urine Bacteria | Few H | |
| Urine Mucus | Mod | |
| Ur Culture Indicated? | Reflex c/s not done. | |
| Urine HCG, Qual | Negative | |

Full Registration
Freq:                                              Start:  04/04/14 03:26
                                                   Status: Discharge
 Document      04/04/14 04:33   ABELANIO  (Rec: 04/04/14 04:33  ABELANIO  HLADTLT01)
 Full Registration
     Full registration complete?            YES

# FOOTNOTE 31

**Hilo Medical Center**
1190 WAIANUENUE AVE
HILO HI, 96720
(808) 932-3000

**Diagnostic Imaging Report**
Signed

Patient: **VANHOUTEN,EVERINE A**
Account: **HL0010249297**
Medical Record: **HM00507788**

Loc: **HLRAD**
Rm/Bd:

Age: **34**
Sex: **F**
Status: **REG CLI**

Exam: CT ABDOMEN AND PELVIS W/O
Accession: A0000229382
Reason For Exam: GROSS HEMATURIA
Ordering Physician: DeCaro, John MD

Service Date: **04/11/14**
Service Time: **1313**

PROCEDURE:
CT SCAN OF THE ABDOMEN AND PELVIS WITHOUT CONTRAST

CLINICAL HISTORY:
GROSS HEMATURIA

COMPARISON:
None.

TECHNIQUE:
Computed spiral tomography of the abdomen and pelvis was performed from the top of the diaphragms to the bottom of the pelvic floor using a multislice spiral CT scanner. This study was performed without intravenous or oral contrast in order to optimize visualization of the uroliths. The lack of oral and intravenous contrast somewhat decreases sensitivity of this examination for assessment of the solid viscera and bowel. If additional evaluation of these organs is desired, then contrast-enhanced CT with oral contrast should be considered. This study was done and no additional charge. After the noncontrast images were completed, contrast was noted in the collecting system from a contrast enhanced MRI done earlier today.

FINDINGS:
Lung bases: Lung bases are clear.

Liver: Unremarkable.

Gallbladder and bile ducts: The gallbladder is absent. There are no CT signs of biliary dilatation.

Pancreas: Unremarkable.

Spleen: Unremarkable.

Adrenal glands: Normal.

Aorta and retroperitoneum: Normal.



Kidneys, ureters, and bladder: The tiny left renal calculi noted on prior study are difficult to discern due to the contrast in the collecting system. There is a 2 mm stone anterior to the left psoas muscle at the level of the L3 superior endplate which appears to be within the proximal left ureter.  This appears to be causing partial left ureteral obstruction as there is contrast in the distal left ureter.

Bowel and mesentery: Unremarkable.

## Diagnostic Imaging Report
### Signed

Patient: **VANHOUTEN,EVERINE A**
Account: **HL0010249297**
Medical Record: **HM00507788**

DOB:▆▆▆▆▆▆▆
Loc: **HLRAD**
Rm/Bd:

Age: **34**
Sex: **F**
Status: **REG CLI**

Exam: <u>CT ABDOMEN AND PELVIS W/O</u>
Reason For Exam: <u>GROSS HEMATURIA</u>
Ordering Physician: <u>DeCaro, John MD</u>

Accesion:

Pelvic organs: IUD device is noted in the uterus.

Bones: No abnormality seen.



IMPRESSION:
Findings suspicious for a tiny 2 mm proximal left ureteral stone causing partial ureteral obstruction. This could be the cause of the patient's hematuria. If clinically indicated, the CT abdomen pelvis hematuria protocol study which has been rescheduled can be canceled.

Dictated at HMC.

This report was electronically signed by Dr. David Camacho on 4/11/2014 3:49 PM.

CC:<DeCaro, John MD; Leeloy, Henry K. MD>

**Hilo Medical Center**
1190 WAIANUENUE AVE
HILO HI, 96720
(808) 932-3000

**Diagnostic Imaging Report**
Signed

Patient: **VANHOUTEN,EVERINE A**
Account: **HL0010248972**
Medical Record: **HM00507788**

DOB:
Loc: **HLRAD**
Rm/Bd:

Age: **34**
Sex: **F**
Status: **REG CLI**

Exam: MRI ABD W/WO CONT
Accession: A0000229351
Reason For Exam: <u>VAGUE WEDGE SHAPED AREA OF RELATIVELY DECREASED DENSITY RT LIVER</u>
Ordering Physician: <u>Leelov, Henry K. MD</u>

Service Date: **04/11/14**
Service Time: **1200**

PROCEDURE:
MRI OF THE ABDOMEN WITH AND WITHOUT CONTRAST

CLINICAL HISTORY:
VAGUE WEDGE SHAPED AREA OF RELATIVELY DECREASED DENSITY RT LIVER

COMPARISON:
MR abdomen 7/16/2013 and CT abdomen pelvis dated 4/4/2014.

TECHNIQUE:
Magnetic resonance imaging of the abdomen was performed with and without contrast using 1.5 Tesla GE MRI unit.
13 cc of gadolinium contrast was given intravenously.



FINDINGS:
Liver: In the area of concern, at the anterior aspect of the right hepatic lobe, the wedge-shaped focus of hypodensity on prior CT appears to represent areas of focal fatty liver infiltration. No mass is seen in this area. However, there are 2 subtle foci of T1 hypointensity and T2 hyperintensity in the left hepatic lobe. After contrast administration, these nodules are well-defined and intensely enhance on the arterial phase with lobulated contours and measure 2.4 cm. On the venous phase each nodule is more difficult to appreciate. On the in phase and out of phase images, both nodules remain hypo-intense. Neither nodule can be clearly seen on prior CT studies, but identified on prior MRI of the abdomen dated 7/16/2013.

Gallbladder and bile ducts: The gallbladder is not seen.

Pancreas: Unremarkable.

Spleen: Normal.

Aorta: Normal.

Kidneys: Unremarkable.

Adrenal glands: Normal.

IMPRESSION:
The wedge shaped area of CT hypodensity within the right hepatic lobe represents an area of fatty liver infiltration. No further workup is necessary.
The two oval 2.4 cm left hepatic nodules are better defined on today's exam but were present on prior study of 7/16/2013 have not changed. These likely represent benign degenerating or dysplastic liver nodules. I would suggest a followup liver ultrasound in 6-12 months.

## Diagnostic Imaging Report
### Signed

| | | |
|---|---|---|
| Patient: **VANHOUTEN,EVERINE A** | DOB: ▇▇▇▇▇ | Age: **34** |
| Account: **HL0010248972** | Loc: **HLRAD** | Sex: **F** |
| Medical Record: **HM00507788** | Rm/Bd: | Status: **REG CLI** |

Exam: <u>MRI ABD W/WO CONT</u>          Accesion:
Reason For Exam: <u>VAGUE WEDGE SHAPED AREA OF RELATIVELY DECREASED DENSITY RT LIVER</u>
Ordering Physician: <u>Leeloy, Henry K. MD</u>

Dictated at HMC.

This report was electronically signed by Dr. David Camacho on 4/11/2014 1:30 PM.

CC:<Leeloy, Henry K. MD; Leeloy, Henry K. MD>

# FOOTNOTE 32



**PATIENT REGISTRATION FORM**
**HILO MEDICAL CENTER**
1130 WAIANUENUE AVE HILO  HI 96720

MED REC#: H00502788        NAME  VANHOUTEN,EVERINE A        VIP:        CONF:

ACCOUNT#: H600009561
BIRTHDATE:                  ADMIT DATE:   04/23/14 TIME:  2143        DISCHG DATE:
AGE:      34                SERV/LOC:     HLED                        SOC SEC#:     XXX-XX-3768
SEX:      F                 ROOM/BED:                                 PAT STATUS:   DEP ER
FIN CLASS: HMSA             RACE: WHITE/CAUCASIAN                     ADM CLERK:    KBROWN2
INS DIAG:                   ADMIT SOURCE: PATIENT CAME FROM HO
INS AUTH:                   REASON:
INS Procedure 1:           Proc 2:            Proc 3:            Proc 4:

*** PATIENT INFORMATION ***

PATIENT:      VANHOUTEN,EVERINE A            MARITAL ST: NEVER MARRIED
ADDRESS:      17                 T           RELIGION:   NONE
              KE
PHONE HM#:                                   PHONE WK#:
PREFERRED LANGUAGE:  English

*** PHYSICIAN INFORMATION ***

PRIMARY CARE PHYS: Leeloy, Henry K. MD.      FAMILY PHYS:
ADMIT PHYSICIAN:                             OTHER PHYS:
ATTENDING/ER PHYS: Sarubbi, Jo Ann  MD

*** CONTACT INFORMATION ***

NEXT OF KIN:  NONE,PERPT                     PERSON TO NOTIFY:  VANHOUTEN,BARBARA
NOK ADDRESS:                                 PERSON NOTIFY ADD:

NOK PHONE #:                                 PERSON NOTIFY PH#:
NOK OT PH #:                                 PERSON OT PH#:

*** GUARANTOR INFORMATION ***

GUARANTOR NAME: VANHOUTEN,EVERINE A          GUAR EMPLOYER: HILO MEDICAL CENTER
GUAR ADDRESS:                    STREET      GUAR EMP PH #:
                                             RELATIONSHIP:  PATIENT
GUAR PHONE NO:                               GUARANTOR SS#: XXX-XX-3768

INSURANCE                     POLICY #          GROUP #          SUBSCRIBER
1 HMSA                                          690              VANHOUTEN,EVERINE A
       PO Box 32700,Honolulu,HI 96803
       (800)790-4672
2

3

*** ADVANCE DIRECTIVES ***

Advanced Directive:U    Name:
  What type:

Do you have a living will?
HIPAA Notice Provided? 07/05/13 COA signed? Y    If no?

COMMENT:

HIE-CM01

**Hilo Medical Center**
*We Care for Our Community*
1190 Waianuenue Avenue. Hilo, Hawaii 96720
(808)932-3000

Report Status: Signed

Patient: **VANHOUTEN,EVERINE A**
DOB: ███████████
Medical Record: HM00507788
Account: HL0010251413
PCP: Henry K. Leeloy MD
ED Provider: **Sarubbi, Jo Ann  MD**
Service Date: **04/23/14**

**History of Present Illness**
**Nursing Note:** Agreed With
**Chief Complaint:** Abdominal Pain
**Time Seen by Provider:** 04/23/14 22:02
**Source:** Patient, Hospital Records
**Historian:** Appears accurate
**Exam Limitations:** None
**Notes: (location/quality/context):**
                                    Nursing Triage Note

| History of Chief Complaint | Pt c/o epigastric abd pain x20min. + |
|---|---|
| nausea. Pt | states she knows she has kidney stones, |
| denies | flank pain |

04/23/14 22:29
This is a 35 year old female patient of Dr. Leeloy and Dr. Hartman with a PMHx of
migraines and possible choledocholithiasis [Endoscopic retrograde cholangiopanc on 8/
07/13], kidney stones, and anxiety who presents to the ED today alone via POV
complaining of epigastric abdominal pain. Symptoms began earlier this evening. The
patient reports that her pain is severe, constant and worsening. It is primarily located
to her epigastrium but radiates into her back. She reports to having nausea but is
otherwise without complaints. She denies any vomiting, diarrhea, chest pain, shortness
of breath, urinary symptoms or any other associated symptoms or traumas.

04/23/14 22:31
Scribed by Corey Eshpeter.

**Onset:** Hours
**Severity:** Severe
**Timing/Duration:** Constant, Worsening
**Modifying  Factors:** improves with: Other (None)
**Associated Symptoms:** Nausea/Vomiting (NO VOMITING).  denies: Chest Pain, Fever/
Chills, Shortness of Breath
**Allergies/Adverse Reactions:**

No Known Allergies Allergy (Verified 04/04/14 03:32)

Pg 1 of 6
**Physician Documentation** 0423-0149

Name: **VANHOUTEN,EVERINE A**
MR #: **HM00507788**
DOB: ▮▮▮▮▮

**Home Medications:**

| Medication | Instructions | Recorded | Type |
|---|---|---|---|
| Hydrocodone/Acetaminophen [Vicodin 5-300Mg Tablet] | 1 each PO Q6HP PRN #14 tablet | 04/04/14 | Rx |

**– History of Present Illness Notes**
**Note::**

04/23/14 22:31
Scribed by Corey Eshpeter.

**Past Medical History**
**Past Medical History:** Reports: Other (Migraines; Possible choledocholithiasis w/ERC performed on 8/07/13).  Denies: Asthma, DM, HTN
**Past Surgical History:** Cholecystectomy, Other (Breast augmentation)

**– Social History**
**Personal History:** Employed (HMC)
**Alcohol:** Reports: Never
**Drugs:** Reports: Never
**Smoking Status:** Never Smoker

**– Past Medical History Notes**
**Note::**

04/23/14 22:31
Scribed by Corey Eshpeter.

**Review of Systems**
**Except as noted:** Reviewed and negative
**Constitutional:** denies: Fever, Chills
**Cardiovascular:** denies: Chest Pain
**Respiratory:** denies: Dyspnea, Cough
**Gastrointestinal:** Abdominal Pain, Nausea.  denies: Vomiting
**Genitourinary:** denies: Dysuria, Hematuria
**Musculoskeletal:** Back Pain
**Neurological:** denies: Headache

**– Review of Systems Notes**
**Note::**

04/23/14 22:31
Scribed by Corey Eshpeter.

**Physical Exam**
**Nursing Vital Signs:**

### Initial Vital Signs

| Temperature | 36.9 C | 04/23/14 22:02 |
|---|---|---|

Pg 2 of 6
**Physician Documentation** 0423-0149

Name: **VANHOUTEN,EVERINE A**
MR #: **HM00507788**
DOB: ▉▉▉▉▉▉▉

| Pulse Rate | 71 | 04/23/14 22:02 |
|---|---|---|
| Respiratory Rate | 16 | 04/23/14 22:02 |
| Blood Pressure | 129/79 | 04/23/14 22:02 |
| O2 Sat by Pulse Oximetry | 100 | 04/23/14 22:02 |

Height                              1.52 m
Weight                              54.431 kg
Weight Measurement Method           Estimated by Patient

**Vital Signs Reviewed?:** Yes
**Constitutional:** Well Developed/Nourished, Distress (and crying), Appears Stated Age, Alert
**Eyes:** PERRL, EOMI
**Ears/Nose/Mouth/Throat:** Nml ENT Exam, Nml Thyroid.  No: Nodes, JVD
**Cardiovascular:** Regular Rate & Rhythm, Peri Pulses Strg/Eq.  No: Murmur
**Respiratory:** BS Normal/Equal Bilat.  No: Respiratory Distress, CW Tenderness to Palp, Wheezing, Crackles
**Gastrointestinal:** Soft, Normal BS
**Abdominal Tenderness:** Present, Epigastric.  Not: Rebound, Voluntary Guarding, Involuntary Guarding
**Musculoskeletal:** Full ROM, Supple Neck.  No: Deformity, Tenderness to Palp, Pedal Edema
**Integumentary:** Normal, Dry
**Neurological:** Alert, Oriented x 3.  Not: Focal Findings
**Psychiatric:** Nml Age Behavior, Nml Mood/Affect, Alert
**Hema/Lymph/Immun:** No: Bleeding Gums, Lymphadenopathy

**- Physical Exam Notes:**
**Note::**

04/23/14 22:31
Scribed by Corey Eshpeter.

**Results/Interpretations**

**- Laboratory**
**Result Note:**



**Laboratory Tests**

|  | 04/23/14 22:00 | Range/Units |
|---|---|---|
| WBC | 9.5 | (3.8-11.2)  10(9)/L |

Pg 3 of 6
**Physician Documentation 0423-0149**

Name: **VANHOUTEN,EVERINE A**
MR#: **HM00507788**
DOB: ▓▓▓▓▓▓

| | | |
|---|---|---|
| RBC | 4.46 | (3.9-5.2) 10(12)/L |
| Hgb | 13.2 | (11.6-15.1) g/dL |
| Hct | 39.6 | (34.1-44.2) % |
| MCV | 88.8 | (80-100) fL |
| MCH | 29.6 | (27-33) pg |
| MCHC | 33.3 | (32-36) g/dL |
| RDW | 13.0 | (11-15) % |
| Plt Count | 403 | (150-450) 10(9)/L |
| Neut % | 45 | (40-70) % |
| Lymph % | 44 | (20-45) % |
| Mono % | 8 | (4-10) % |
| Eos % | 2 | (0-6) % |
| Baso % | 1 | (0-2) % |
| Differential Method | Auto | (()) |
| Absolute Neutrophils | 4.20 | (1.4-7.0) 10(9)/L |
| Absolute Lymphocytes | 4.20 | (0.7-4.5) 10(9)/L |
| Absolute Monocytes | 0.80 | (0.1-1.0) 10(9)/L |
| Absolute Eosinophils | 0.20 | (0-0.6) 10(9)/L |
| Absolute Basophils | 0.10 | (0-0.2) 10(9)/L |
| Sodium | 138 | (133-145) mmol/L |
| Potassium | 3.8 | (3.3-5.1) mmol/L |
| Chloride | 105 | (96-108) mmol/L |
| Carbon Dioxide | 28 | (21-31) mmol/L |
| Anion Gap | 5 | (4-16) |
| BUN | 9 | (8-24) mg/dL |
| Creatinine | 0.86 | (0.40-1.10) mg/dL |
| Est GFR (Non-Af Amer) | >60 | (>59) |
| Est GFR (MDRD) Af Amer | >60 | (>59) |
| Glucose | 72 | (70-99) mg/dL |
| Calcium | 9.0 | (8.6-10.3) mg/dL |
| Total Bilirubin | 0.4 | (0-1.2) mg/dL |
| AST | 36 H | (0-31) U/L |
| ALT | 24 | (0-31) U/L |
| Alkaline Phosphatase | 80 | (34-104) U/L |
| Total Protein | 6.5 | (5.9-8.4) g/dL |
| Albumin | 4.4 | (4.0-5.1) g/dL |
| Globulin | 2.1 | (2.0-3.6) g/dL |
| Albumin/Globulin Ratio | 2.1 | (1.2-2.3) |
| Lipase | 32 | (4-58) U/L |

**Update**

**- Patient Update**
**Status on patient:**
04/23/14 22:28
Charting performed by ED scribe Corey Eshpeter for Dr.Sarubbi.

04/24/14 00:42
According to the patient's old records. She has had right sided abdominal pain has been
ongoing over a year She's had workup including M. ERCP and CAT scan did not show
any etiology for the pain. She does have a new diagnosis of liver, lesion. That's
being worked up. She is scheduled for her lithotripsy for her left  ureteral and kidney
Pg 4 of 6
**Physician Documentation** 0423-0149

Name: **VANHOUTEN,EVERINE A**
MR #: **HM00507788**
DOB:

stone
**Visit Medications:**

ED Visit Medications

Discontinued Medications

| Generic Name<br>Trade Name | Dose Route<br>Freq  PRN Reason | Start<br>Stop | Last Admin<br>Dose Admin |
|---|---|---|---|
| Glycopyrrolate<br>Robinul Injection | 0.1 mg<br>IV<br>ONCE ONE | 04/24/14 00:39<br>04/24/14 00:40 | 04/24/14 00:50<br>0.1 mg<br>Administration |
| Hydromorphone HCl<br>Dilaudid Injection | 1 mg<br>IVP<br>ONCE ONE | 04/24/14 00:39<br>04/24/14 00:40 | 04/24/14 00:50<br>1 mg<br>Administration |
| Ketorolac Tromethamine<br>Toradol Injection | 30 mg<br>IV<br>ONCE ONE | 04/23/14 23:13<br>04/23/14 23:14 | 04/23/14 23:21<br>30 mg<br>Administration |
| Lorazepam<br>Ativan Injection | 0.5 mg<br>IV<br>ONCE ONE | 04/23/14 22:30<br>04/23/14 22:31 | 04/23/14 22:44<br>0.5 mg<br>Administration |
| Morphine Sulfate<br>Morphine Injection | 4 mg<br>IVP<br>ONCE ONE | 04/23/14 22:29<br>04/23/14 22:30 | 04/23/14 22:44<br>4 mg<br>Administration |
| Ondansetron HCl<br>Zofran Injection | 4 mg<br>IVP<br>ONCE ONE | 04/23/14 22:29<br>04/23/14 22:30 | 04/23/14 22:44<br>4 mg<br>Administration |

**Medical Decision Making/Dispo**
**MDM Note/Critical Care Macro:**
04/24/14 01:20
All medical record entries made by the scribe were at my direction. I have reviewed the chart and agree that the record accurately reflects my personal performance of the history, physical exam, medical decision making, and the emergency department course for this patient. I have also personally reviewed and agree with the discharge instructions and disposition.
Patient presents to the emergency department with abdominal pain. After history, physical exam, and diagnostic evaluation, the etiology for their pain is unclear. In the emergency department they received [morphine and Dilaudid Zofran IV]. Laboratory data was nondiagnostic. White blood cell count was unremarkable. On serial exam their pain improved. At this point it is unclear exactly the etiology of the pt's pain; but I think they are at low risk for significant abdominal pathology based on serial exams and our ED evaluation. The patient has had this chronic abdominal pain has been ongoing for a year. Her workup has been negative. The concern was for pancreatitis, but the patient's lipase was normal. She was not vomiting. She appeared comfortable Patient is advised to have a followup with their primary care physician tomorrow for a recheck and repeat abdominal exam. They were advised to return to the emergency department if significant pain, fevers, not tolerating oral food or fluid, or new complaints

04/24/14 01:23

**Reviewed the Following:** Lab, Old Charts
**Discussed Investigation, Dx and Tx With:** Patient
**Risk, Follow-up Discussed With:** Patient
**Referrals:**
Leeloy,Henry K., MD [Primary Care Provider] - 2 Day
Pg 5 of 6
**Physician Documentation** 0423-0149

Name: **VANHOUTEN,EVERINE A**
MR #: **HM00507788**
DOB: ▓▓▓▓▓▓

**- Disposition**
**Time of Disposition:** 01:09
**Disposition:** DC
**DX: (Primary DX listed 1st):**
Chronic abdominal pain, Nephrolithiasis
**Condition:** Stable
**Instructions:** General Emergency Department Discharge Instructions, Abdominal Pain (ED)
**Custom Instructions:**
Follow up with your primary doctor this week for reevaluation, return to the emergency department as needed

**- MDM Notes**
**Note::**

04/23/14 22:33
Scribed by Corey Eshpeter.


Signed By:    **Sarubbi, Jo Ann MD**     Date/Time: **04/24/14 0124**
                        **<Electronically signed by Jo Ann Sarubbi MD>**



CC: Leeloy, Henry K. MD.

Pg 6 of 6
**Physician Documentation** 0423-0149

# FOOTNOTE 33

**Hilo Medical Center**
1190 WAIANUENUE AVE
HILO HI, 96720
(808) 932-3000

**Diagnostic Imaging Report**
**Signed**

Patient: **VANHOUTEN,EVERINE A**            DOB: ~~████████~~        Age: **34**
Account: **HL0010252945**                        Loc: **HLRAD**        Sex: **F**
Medical Record: **HM00507788**                  Rm/Bd:              Status: **DEP CLI**

Exam: CT ABDOMEN AND PELVIS W/WO                         Service Date: **05/06/14**   
Accession: A0000235186                                   Service Time: **0800**
Reason For Exam: <u>GROSS HEMATURIA</u>
Ordering Physician: <u>DeCaro, John MD</u>

******** ADDENDUM #1 ********

Addendum:

Noncontrast images show punctate calcifications in the spleen best on coronal image 45 likely represent old granulomatous disease.

There are bilateral punctate renal cortical calcifications none of which are obstructive, largest in the left upper renal cortex largest measuring 3 mm.

This report was electronically signed by Dr. Christopher Neal on 5/7/2014 9:19 AM.

******** ORIGINAL REPORT ********
PROCEDURE:
CT SCAN OF THE ABDOMEN AND PELVIS WITH AND WITHOUT CONTRAST

CLINICAL HISTORY:
GROSS HEMATURIA

COMPARISON:
None.

TECHNIQUE:
. Precontrast CT spiral acquisition was made from the diaphragm through the liver. 75 cc of Omnipaque 350 iodinated contrast was then injected intravenously. After a 20 second delay, an acquisition was made from the dome of the liver through the iliac crests. After a 5 minute scan delay, another acquisition was made from the diaphragm through the inferior pubic rami.

FINDINGS:
Lung bases: Lung bases are clear. Bilateral implants.

Liver: Normal.

Gallbladder and bile ducts: Gallbladder surgically absent

Pancreas: Normal.

Spleen: Normal.

## Diagnostic Imaging Report
**Signed**

Patient: **VANHOUTEN,EVERINE A**
Account: **HL0010252945**
Medical Record: **HM00507788**

DOB:
Loc: **HLRAD**
Rm/Bd:

Age: **34**
Sex: **F**
Status: **DEP CLI**

Exam: <u>CT ABDOMEN AND PELVIS W/WO</u>
Reason For Exam: <u>GROSS HEMATURIA</u>
Ordering Physician: <u>DeCaro, John MD</u>

Accesion:

---

Adrenal glands: Normal.

Aorta and retroperitoneum: Normal.

Kidneys, ureters, and bladder: No evidence of stones or hydronephrosis.

Bowel and mesentery: No acute process. Appendix is normal in caliber.

Pelvic organs: IUD within the uterus.

Bones: No abnormality seen.

IMPRESSION:
No significant amounted detected. Specifically sought and not identified is any obvious source of the patient's known hematuria.

Dictated at HMC.

This report was electronically signed by Dr. Christopher Neal on 5/6/2014 10:06 AM.

CC:<DeCaro, John MD; Leeloy, Henry K. MD>

**Hilo Medical Center**
1190 WAIANUENUE AVE
HILO HI, 96720
(808) 932-3000

**Diagnostic Imaging Report**
**Signed**

Patient: **VANHOUTEN,EVERINE A**          DOB: ███████████          Age: **34**
Account: **HL0010252945**                Loc: **HLRAD**               Sex: **F**
Medical Record: **HM00507788**            Rm/Bd:                      Status: **REG CLI**

Exam: ABDOMEN 1V (KUB)                                              Service Date: **05/06/14**
Accession: A0000235187                                             Service Time: **0830**
Reason For Exam: GROSS HEMATURIA
Ordering Physician: DeCaro, John MD

---

PROCEDURE:
ABDOMEN 1 VIEW

CLINICAL HISTORY:
GROSS HEMATURIA

COMPARISON:
CT the abdomen pelvis today's date

TECHNIQUE:
Supine.

FINDINGS:
Bowel gas pattern: Normal.

Abdominal soft tissues: Contrast opacification the kidneys with segmental visualization of the ureters and partially opacified urinary bladder. IUD seen in lower pelvis.

Bones: No abnormality seen.

IMPRESSION:
Intravenous contrast in the genitourinary system and IUD. No definite acute intra-abdominal pathology detected

Dictated at HMC.

This report was electronically signed by Dr. Christopher Neal on 5/6/2014 8:35 AM.

CC:<DeCaro, John MD; Leeloy, Henry K. MD>

**Hilo Medical Center**
*We Care for Our Community*
1190 Waianuenue Avenue. Hilo, Hawaii 96720
(808)932-3000

Report Status: Signed

Patient: **VANHOUTEN,EVERINE A**
DOB: ███████
Medical Record: **HM00507788**
Account: **HL0010254186**
PCP: **Henry K. Leeloy MD**
ED Provider: **Edwards, Robin MD**
Service Date: **05/09/14**


**History of Present Illness**
**Nursing Note:** Agreed With
**Chief Complaint:** Flank pain
**Time Seen by Provider:** 05/09/14 22:30
**Source:** Patient, Hospital Records
**Historian:** Appears accurate
**Exam Limitations:** None
**Notes: (location/quality/context):**
Nursing Triage Note

| History of Chief Complaint | PT HERE FOR EVALUATION OF PAIN TO LT FLANK AFTER |
| --- | --- |
| | STENT PLACEMENT FOR KIDNEY STONE |
| YESTERDAY; | |
| | NAUSEA; NOTED DISCOMFORT |



05/09/14 22:31
This patient is a 34 year old female with a past medical history of migraines and kidney stones who presents to the ED with family via POV complaining of flank pain. Patient states that she had a left kidney stent placed yesterday by Dr. DeCaro. She notes worsening left flank pain that has worsened since approximately 1800. Patient states that she has had hematuria as well. No known drug allergies. PCP is Dr. Leeloy. urologist is Dr. DeCaro.

Scribed by Leif Marz


**Onset:** Hours
**Severity:** Moderate
**Timing/Duration:** Constant
**Modifying Factors:** improves with: Other (none)
**Associated Symptoms:** None
**Allergies/Adverse Reactions:**


No Known Allergies Allergy (Verified 05/09/14 22:11)


**Home Medications:**


Pg 1 of 7
**Physician Documentation** 0509-0158

Name: **VANHOUTEN,EVERINE A**
MR #: **HM00507788**
DOB: ███████████

| Medication | Instructions | Recorded | Type |
|---|---|---|---|
| Ciprofloxacin HCl [Cipro Tablet] | 500 mg PO BID #20 tablet | 05/09/14 | Rx |
| Hydrocodone/Acetaminophen [Norco 5-325 Tablet] | 1 each PO Q4HP PRN #12 tablet | 05/09/14 | Rx |
| Ondansetron [Zofran Odt Tablet] | 4 mg PO Q4HP PRN #10 tablet | 05/09/14 | Rx |

**- History of Present Illness Notes**
**Note::**

05/09/14 22:32
Scribed by Leif Marz

**Past Medical History**
**Past Medical History:** Reports: Other (Migraines; Possible choledocholithiasis w/ERC performed on 8/07/13). Denies: Asthma, DM, HTN
**Past Surgical History:** Cholecystectomy, Other (kdiney stent placement, breast augmentation)

**- Family History**
**Significant Family History:** None

**- Social History**
**Personal History:** Single
**Alcohol:** Reports: Never
**Drugs:** Reports: Never
**Smoking Status:** Never Smoker

**- Past Medical History Notes**
**Note::**

05/09/14 22:33
Scribed by Leif Marz

**Review of Systems**
**Except as noted:** Reviewed and negative
**Constitutional:** denies: Fever, Chills
**Eyes:** denies: Vision Change, Discharge
**Ears/Nose/Mouth/Throat:** denies: Earache, Sore Throat
**Cardiovascular:** denies: Chest Pain, Palpitations
**Respiratory:** denies: Dyspnea, Cough
**Gastrointestinal:** Abdominal Pain, Nausea. denies: Vomiting
**Genitourinary:** Dysuria. denies: Incontinence
**Musculoskeletal:** Back Pain (flank pain)
**Integumentary:** denies: Pruritis, Rash
**Neurological:** denies: Dizziness, Headache

**- Review of Systems Notes**
**Note::**

05/09/14 22:44
Pg 2 of 7
**Physician Documentation 0509-0158**

*Van Houten vs USPlabs, LLC; Civil No. CV 13-00635 LEK/KSC*
*Records from Hilo Medical Center taken on 03/02/2015*

Name: **VANHOUTEN,EVERINE A**
MR #: HM00507788
DOB: ▓▓▓▓▓▓▓▓

Scribed by Leif Marz

**Physical Exam**
**Nursing Vital Signs:**

### Initial Vital Signs

| Temperature | 36.8 C | 05/09/14 22:11 |
|---|---|---|
| Pulse Rate | 94 | 05/09/14 22:11 |
| Respiratory Rate | 18 | 05/09/14 22:11 |
| Blood Pressure | 144/68 H | 05/09/14 22:11 |
| O2 Sat by Pulse Oximetry | 100 | 05/09/14 22:11 |

Height          1.52 m
Weight          60.328 kg

**Vital Signs Reviewed?:** Yes
**Constitutional:** Well Developed/Nourished, Distress (acute), Appears Stated Age
**Eyes:** PERRL, EOMI
**Ears/Nose/Mouth/Throat:** Nml ENT Exam.  No: JVD
**Cardiovascular:** Regular Rate & Rhythm, Peri Pulses Strg/Eq
**Respiratory:** BS Normal/Equal Bilat.  No: Respiratory Distress
**Gastrointestinal:** Soft, Normal BS.  Not: Tender
**Abdominal Tenderness:** Not: Present
**Musculoskeletal:** Full ROM.  No: Deformity, Tenderness to Palp, Pedal Edema
**Integumentary:** Normal, Dry
**Neurological:** Alert.  Not: Focal Findings
**Psychiatric:** Nml Age Behavior, Alert
**Hema/Lymph/Immun:** No: Bleeding Gums, Lymphadenopathy

- **Physcial Exam Notes:**
**Note::**

05/09/14 22:36
Scribed by Leif Marz

**Results/Interpretations**

- **Laboratory**
**Result Note:**



**Laboratory Tests**

| | 05/09/14 | | 05/09/14 | Range/Units |
|---|---|---|---|---|
| _____ | | _____ | | _____ |

Pg 3 of 7
**Physician Documentation** 0509-0158

Name: **VANHOUTEN,EVERINE A**
MR #: HM00507788
DOB: ▬▬▬▬▬

| | 22:41 | 22:45 | |
|---|---|---|---|
| WBC | 13.2 H | | (3.8-11.2) 10(9)/L |
| RBC | 3.94 | | (3.9-5.2) 10(12)/L |
| Hgb | 11.6 | | (11.6-15.1) g/dL |
| Hct | 35.2 | | (34.1-44.2) % |
| MCV | 89.2 | | (80-100) fL |
| MCH | 29.4 | | (27-33) pg |
| MCHC | 33.0 | | (32-36) g/dL |
| RDW | 13.6 | | (11-15) % |
| Plt Count | 299 | | (150-450) 10(9)/L |
| Neut % | 66 | | (40-70) % |
| Lymph % | 28 | | (20-45) % |
| Mono % | 6 | | (4-10) % |
| Eos % | 0 | | (0-6) % |
| Baso % | 0 | | (0-2) % |
| Differential Method | Auto | | (()) |
| Absolute Neutrophils | 8.50 H | | (1.4-7.0) 10(9)/L |
| Absolute Lymphocytes | 3.70 | | (0.7-4.5) 10(9)/L |
| Absolute Monocytes | 0.80 | | (0.1-1.0) 10(9)/L |
| Absolute Eosinophils | 0 | | (0-0.6) 10(9)/L |
| Absolute Basophils | 0.10 | | (0-0.2) 10(9)/L |
| Sodium | 137 | | (133-145) mmol/L |
| Potassium | 3.4 | | (3.3-5.1) mmol/L |
| Chloride | 109 H | | (96-108) mmol/L |
| Carbon Dioxide | 22 | | (21-31) mmol/L |
| Anion Gap | 6 | | (4-16) |
| BUN | 12 | | (8-24) mg/dL |
| Creatinine | 0.79 | | (0.40-1.10) mg/dL |
| Est GFR (Non-Af Amer) | >60 | | (>59) |
| Est GFR (MDRD) Af Amer | >60 | | (>59) |
| Glucose | 100 H | | (70-99) mg/dL |
| Calcium | 8.1 L | | (8.6-10.3) mg/dL |
| Total Bilirubin | 0.5 | | (0-1.2) mg/dL |
| AST | 41 H | | (0-31) U/L |
| ALT | 79 H | | (0-31) U/L |
| Alkaline Phosphatase | 78 | | (34-104) U/L |
| Total Protein | 5.8 L | | (5.9-8.4) g/dL |
| Albumin | 3.5 L | | (4.0-5.1) g/dL |
| Globulin | 2.3 | | (2.0-3.6) g/dL |
| Albumin/Globulin Ratio | 1.5 | | (1.2-2.3) |
| Urine Color | | Red | (()) |
| Urine Appearance | | Bloody | (()) |
| Urine pH | | 7.0 | (5.0-7.5) |
| Ur Specific Gravity | | 1.020 | (1.005-1.03) |
| Urine Protein | | >=300 H | (NEG) mg/dL |
| Urine Blood | | Large H | (NEG) |
| Urine Bilirubin | | Mod H | (NEG) |
| Urine Ictotest | | Not performed H | (NEG) |
| Ur Leukocyte Esterase | | Large H | (NEG) |
| Urine RBC | | >100 | (0-2) /hpf |
| Urine WBC | | 20-50 | (0-5) /hpf |
| Ur Squamous Epith Cells | | Mod | (()) /hpf |
| Urine Bacteria | | Mod H | (NONE) /hpf |
| Urine Mucus | | Occ | (()) /lpf |



Pg 4 of 7
**Physician Documentation** 0509-0158

Name: **VANHOUTEN,EVERINE A**
MR #: **HM00507788**
DOB: ▮▮▮▮▮▮▮▮

| Ur Culture Indicated? | | Reflex c/s done. H | (CSND) |
|---|---|---|---|

**- CT Scan**
  ** Pelvic CT
**CT Notes:**

05/09/14 23:41
Conclusion: No acute intrapelvic process is identified

**Update**

**- Patient Update**
**Status on patient:**

05/09/14 22:44
Charting performed by ED scribe Leif Marz for Dr. Edwards.
**Visit Medications:**

ED Visit Medications

| Discontinued Medications |
|---|

| Generic Name Trade Name | Dose Route Freq  PRN Reason | Start Stop | Last Admin Dose Admin |
|---|---|---|---|
| Acetaminophen/ Hydrocodone Bitart  Norco 5/325 Mg Tablet | 1 each  PO  TAKEHOME ONE | 05/09/14 23:53  05/09/14 23:54 | 05/10/14 00:02  1 each  Administration |
| Ceftriaxone Sodium/ Dextrose  Rocephin 1gm Premix Bag | 1 gm  IV  ONCE ONE | 05/09/14 23:38  05/09/14 23:39 | 05/09/14 23:47  1 gm  Administration |
| Ciprofloxacin  Cipro Tablet | 500 mg  PO  ONCE ONE  Protocol | 05/09/14 23:45  05/09/14 23:46 | 05/10/14 00:03  500 mg  Administration |
| Hydromorphone HCl  Dilaudid Injection | 1 mg  IV  ONCE ONE | 05/09/14 22:30  05/09/14 22:31 | 05/09/14 22:36  1 mg  Administration |
| Hydromorphone HCl  Dilaudid Injection | 1 mg  IV  ONCE ONE | 05/09/14 23:41  05/09/14 23:42 | 05/09/14 23:41  0.5 mg  Administration |
| Sodium Chloride   Sodium Chloride 0.9% Bag | 1,000 mls @ 999 mls/ hr  IV  .Q1H1M ONE | 05/09/14 22:35  05/09/14 23:35 | 05/09/14 22:30  999 mls/hr  Administration |
| Ketorolac Tromethamine  Toradol Injection | 30 mg  IV | 05/09/14 23:51  05/09/14 23:52 | 05/10/14 00:03  Not Given |

Pg 5 of 7
**Physician Documentation** 0509-0158

Name: **VANHOUTEN,EVERINE A**
MR#: **HM00507788**
DOB: ▓▓▓▓▓▓▓▓

|  | ONCE ONE |  |  |
|---|---|---|---|
| Metoclopramide HCl Reglan Injection | 10 mg IV ONCE ONE | 05/09/14 22:36 05/09/14 22:37 | 05/09/14 22:46 10 mg Administration |
| Ondansetron HCl Zofran Injection | 4 mg IVP ONCE ONE | 05/09/14 22:35 05/09/14 22:36 | 05/09/14 22:35 4 mg Administration |
| Ondansetron HCl Zofran Odt Tablet | 4 mg PO TAKEHOME ONE | 05/09/14 23:53 05/09/14 23:54 | 05/10/14 00:02 4 mg Administration |
| Tamsulosin HCl Flomax Capsule | 0.4 mg PO ONCE ONE | 05/09/14 22:36 05/09/14 22:37 | 05/09/14 22:55 0.4 mg Administration |



**Medical Decision Making/Dispo**
**MDM Note/Critical Care Macro:**
05/09/14 23:56

All medical record entries made by the scribe were at my direction. I have reviewed the chart
and agree that the record accurately reflects my personal performance of the history, physical
exam, medical decision making, and the emergency department course for this patient. I have
also personally reviewed and agree with the discharge instructions and disposition.
patient presented with severe left flank pain. Two days ago she had a stent placed in
the left kidney and ureter by Dr De Caro for 3 non obstructing stones in the left kidney.
Her repeat CT today shows the stent in good position and no obstruction. She does
have leuk esterase in her urine and 50 WBC per hpf.  I have discussed this with Dr
Tikhonenkov who is on call for Island urology. he recommends treating the patient with
cipro as an outpatient and they will see her for followup on Monday; She was given
rocephin 1gm IV and cipro 500mg PO. She was given aprescription for cipro 500 bid.
She will return to ER for uncontrolled pain, vomiting or fever

05/10/14 03:19

**Reviewed the Following:** Lab, Imaging, Old Charts
**Discussed Investigation, Dx and Tx With:** Patient
**Risk, Follow-up Discussed With:** Patient
**Referrals:**
Leeloy,Henry K., MD [Primary Care Provider] - 2 Day (follow up Monday with Dr Leeloy
or Dr DeCaro for urine culture results; Return for persistant vomiting or uncontrolled
pain)
**Ambulatory Prescriptions:**
Ciprofloxacin HCl [Cipro Tablet] 500 mg PO BID #20 tablet
Hydrocodone/Acetaminophen [Norco 5-325 Tablet] 1 each PO Q4HP PRN #12 tablet
 PRN Reason:
Ondansetron [Zofran Odt Tablet] 4 mg PO Q4HP PRN #10 tablet
 PRN Reason: NAUSEA/VOMITING

**- Disposition**
**Time of Disposition:** 00:30
**Disposition:** DC
**DX: (Primary DX listed 1st):**
 Urinary tract infection, Calculus of kidney, Retained ureteral stent

Pg 6 of 7
**Physician Documentation** 0509-0158

Name: **VANHOUTEN,EVERINE A**
MR #: **HM00507788**
DOB: ▓▓▓▓▓▓▓▓

**Condition:** Stable
**Instructions:**  General Emergency Department Discharge Instructions, Urinary Tract Infection in Women (ED)


Signed By:     **Edwards, Robin MD**      Date/Time: **05/10/14 0322**
                              **<Electronically signed by Robin Edwards MD>**


CC: Leeloy, Henry K. MD.


Pg 7 of 7
**Physician Documentation** 0509-0158



**PATIENT REGISTRATION FORM**
**HILO MEDICAL CENTER**
**1190 WAIANUENUE AVE HILO HI 96720**

MED REC#: HH00507788    NAME: VANHOUTEN,EVERINE A    VIP:    CONF:

ACCOUNT#: HL00102543314
BIRTHDATE:                      ADMIT DATE:  05/10/14 TIME:  2028    DISCHG DATE:
AGE:      34                    SERV/LOC:    HIED                    SOC SEC#:    XXX-XX-3768
SEX:      F                     ROOM/BED:                            PAT STATUS:  DEP ER
FIN CLASS: HMSA                 RACE: WHITE/CAUCASIAN                 ADM CLERK:   JROGERS
INS DIAG:                       ADMIT SOURCE: PATIENT CAME FROM HO
INS AUTH:                       REASON:
INS Procedure 1:                Proc 2:              Proc 3:              Proc 4:

**\*\*\* PATIENT INFORMATION \*\*\***

PATIENT:  VANHOUTEN,EVERINE A                MARITAL ST: NEVER MARRIED
ADDRESS:                                     RELIGION:   NONE

PHONE HM#: (            9                    PHONE WK#:  (808)932-3000
PREFERRED LANGUAGE:  English

**\*\*\* PHYSICIAN INFORMATION \*\*\***

PRIMARY CARE PHYS: Leeloy, Henry K. MD.      FAMILY PHYS:
ADMIT PHYSICIAN:                             OTHER PHYS:
ATTENDING/ER PHYS: FitzGerald,Judith DO

**\*\*\* CONTACT INFORMATION \*\*\***

NEXT OF KIN:  NONE,PERPT                     PERSON TO NOTIFY:  VANHOUTEN,BARBARA
NOK ADDRESS:                                 PERSON NOTIFY ADD:

NOK PHONE #:                                 PERSON NOTIFY PH#: (808)385-1760
NOK OT PH #:                                 PERSON OT PH#:

**\*\*\* GUARANTOR INFORMATION \*\*\***

GUARANTOR NAME: VANHOUTEN,EVERINE A          GUAR EMPLOYER: HILO MEDICAL CENTER
GUAR ADDRESS:                                GUAR EMP PH #: (
                                             RELATIONSHIP:  PATIENT
GUAR PHONE NO: (                             GUARANTOR SS#: XXX-XX-3768

INSURANCE          POLICY #          GROUP #          SUBSCRIBER
1 HMSA                                  690            VANHOUTEN,EVERINE A
    PO Box 32700,Honolulu,HI
    (800)790-4672
2

3

**\*\*\* ADVANCE DIRECTIVES \*\*\***

Advanced Directive:U   Name:
  What type:

Do you have a living will?
HIPAA Notice Provided? 07/05/13 COA signed? Y    If no?

COMMENT:

HIE-CM01                                     REG ER

**Hilo Medical Center**
*We Care for Our Community*
1190 Waianuenue Avenue. Hilo, Hawaii 96720
(808)932-3000

Report Status: Signed

Patient: **VANHOUTEN,EVERINE A**
DOB: ████████████
Medical Record: **HM00507788**
Account: **HL0010254314**
PCP: **Henry K. Leeloy MD**
ED Provider: **FitzGerald,Judith DO**
Service Date: **05/10/14**

**NIH Stroke Scale**

**History of Present Illness**
**Source:** Patient
**Historian:** Appears accurate
**Exam Limitations:** None
**Onset:** Days (Since stenting.)
**Severity:** Moderate
**Timing/Duration:** Constant
**Associated Symptoms:** Nausea/Vomiting (Nausea. No vomiting.). denies: Chest Pain, Cough, Fever/Chills, Shortness of Breath

<Lewis,Drew MD - Last Filed: 05/10/14 23:27>
**Chief Complaint:** Flank pain
**Stated Complaint:** Flank Pain
**Notes: (location/quality/context):**
Nursing Triage Note

History of Chief Complaint      pt here with c/o L flank pain where she
had
                                stent placed for kidney stone.  pt seen
in ed
                                last night and started antibiotics for
uti but
                                has been taking pain medications with
no relief.
                                denies fever, chills, or any other
symptoms.



05/10/14 21:53
34 yo female with history of recent renal stenting who presents with left flank pain.

Patient had ureteral stenting on Thursday. Discharged the same day. Was seen here last night for worsening flank pain. Had workup showing UTI, negative CT scan and mild leukocytosis. Since discharge last night she has continued to have left flank pain. Vicodin no seeming to help. Also with dysuria. Using pyridium without significant relief. No fevers. Nausea. No vomiting. Mild LLQ abdominal pain.  (Lewis,Drew MD)

**Allergies/Adverse Reactions:**

No Known Allergies Allergy (Verified 05/10/14 20:46)
Pg 1 of 5
**Physician Documentation** 0510-0139

*Van Houten vs USPlabs, LLC; Civil No. CV 13-00635 LEK/KSC*
*Records from Hilo Medical Center taken on 03/02/2015*

Name: **VANHOUTEN,EVERINE A**
MR#: **HM00507788**
DOB: ▓▓▓▓▓▓▓▓▓▓

**Home Medications:**

| Medication | Instructions | Recorded | Type |
|---|---|---|---|
| Ciprofloxacin HCl [Cipro Tablet] | 500 mg PO BID #20 tablet | 05/09/14 | Rx |
| Hydrocodone/Acetaminophen [Norco 5-325 Tablet] | 1 each PO Q4HP PRN #12 tablet | 05/09/14 | Rx |
| Ondansetron [Zofran Odt Tablet] | 4 mg PO Q4HP PRN #10 tablet | 05/09/14 | Rx |
| Promethazine HCl [Phenergan Tablet] | 12.5 mg PO Q4HP PRN #12 tablet | 05/10/14 | Rx |

**Past Medical History**
**Past Medical History:** Reports: Other (Migraines; Possible choledocholithiasis w/ERC performed on 8/07/13).  Denies: Asthma, DM, HTN

**- Social History**
**Smoking Status:** Never Smoker

*<FitzGerald,Judith 05/10/14 20:55>*
**Past Surgical History:** Other (Ureteral stenting.)

**- Family History**
**Significant Family History:** None

*<Lewis,Drew MD – Last Filed: 05/10/14 23:27>*

**- Social History**
**Social History Notes:**

05/10/14 23:22
Here with mom and brother. (Lewis,Drew MD)

**Review of Systems**
**Constitutional:** Chills.  denies: Fever
**Cardiovascular:** denies: Chest Pain
**Respiratory:** denies: Dyspnea, Cough
**Gastrointestinal:** Abdominal Pain, Nausea, Other (Flank Pain.).  denies: Vomiting
**Genitourinary:** Frequency, Dysuria
**Neurological:** denies: Dizziness, Headache

*<Lewis,Drew MD – Last Filed: 05/10/14 23:27>*

**Physical Exam**
**Vital Signs Reviewed?:** Yes
**Constitutional:** Well Developed/Nourished.  Not: Distress
**Eyes:** PERRL, EOMI
**Ears/Nose/Mouth/Throat:** Nml ENT Exam
Pg 2 of 5
**Physician Documentation** 0510-0139