Of Counsel:
ASHFORD & WRISTON
A Limited Liability Law Partnership LLP
MICHAEL W. GIBSON          1382-0
KEVIN W. HERRING           6722-0
FRANCIS P. HOGAN           2722-0
MICHAEL R. VIEIRA          8186-0
CLARA PARK                 9785-0
BENJAMIN M. CREPS          9959-0
999 Bishop Street, Suite 1400
Honolulu, Hawai`i  96813
Telephone:  (808) 539-0400
Facsimile:  (808) 533-4945
E-mail:     kherring@awlaw.com
            mvieira@awlaw.com

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| EVERINE VAN HOUTEN, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> USPLABS, LLC, a Texas corporation, ) <br> and GNC HOLDINGS, INC., a ) <br> Pennsylvania corporation, ) <br> ) <br> Defendants. ) | CIVIL NO. CV13-00635 LEK/KSC <br><br> STIPULATED FINAL JUDGMENT IN FAVOR OF DEFENDANTS |

STIPULATED FINAL JUDGMENT IN FAVOR OF DEFENDANTS

Pursuant to Rules 54 and 58 of the Federal Rules of Civil Procedure, and the

stipulation and agreement of the parties, final judgment is hereby entered in favor

1637236

of Defendants USPLABS, LLC and GNC HOLDINGS, INC. **("Defendants")** against Plaintiff EVERINE VAN HOUTEN ("**Plaintiff**"), as follows:

1. Plaintiff filed a Complaint herein on November 19, 2013 and a First Amended Complaint on October 29, 2014.

2. Defendants filed their Answer to the Complaint on October 14, 2014 and their Answer to the First Amended Complaint on November 7, 2014.

3. Defendants filed a Motion for Summary Judgment on April 22, 2015, seeking judgment as to all claims set forth in the First Amended Complaint.  The Motion for Summary Judgment was scheduled to be heard on July 13, 2015.

4. This Court has jurisdiction over the present proceedings pursuant to 28 U.S.C. § 1332.

5. Judgment is hereby entered in favor of Defendants and against Plaintiff on all counts of Plaintiff's First Amended Complaint.

6. The entry of this Judgment pertains to all claims and/or issues raised by Plaintiff against Defendants in this matter.

7. The parties acknowledge that they know and understand the nature of their claims and defenses and that they are voluntarily agreeing to the entry of final judgment as set forth herein.

8. Each party shall bear its own attorneys' fees and costs.

1615448.2

9. By virtue of this judgment, the hearing on the Motion for Summary Judgment is no longer necessary and is therefore vacated and terminated, along with all other deadlines and events set forth in the Rule 16 Scheduling Conference Order issued on May 21, 2014.

DATED: Honolulu, Hawaiʻi,

| | |
|---|---|
| __/s/ Bruce Clark_____<br>MICHAEL F. O'CONNOR<br>Ogawa, Lau, Nakamura & Jew<br><br>BRUCE CLARK<br>Marler Clark<br><br>Attorney for Plaintiff<br>Everine Van Houten | __/s/ Michael R. Vieira_____<br>MICHAEL W. GIBSON<br>KEVIN W. HERRING<br>MICHAEL R. VIEIRA<br>CLARA PARK<br>BENJAMIN M. CREPS<br>Attorneys for Defendants<br>USPlabs, LLC and GNC Holdings, Inc. |

APPROVED AND SO ORDERED:



　　　　　　　　　　　　　/s/ Leslie E. Kobayashi_____
　　　　　　　　　　　　　Leslie E. Kobayashi
　　　　　　　　　　　　　United States District Judge

---

Everine Van Houten v. USPlabs LLC et al; United States District Court for the District of Hawaii; Civil No. CV13-00635 LEK/KSC; *Stipulated Final Judgment in Favor of Defendants*

1615448.2